Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice forthcoming*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Movants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| In re Subpoena to:<br><br>Reddit, Inc. | Case No.:<br>Hearing Date: TBD<br>Time: TBD<br>**MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA AND FOR EXPEDITED BRIEFING SCHEDULE** |
|---|---|

**MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA AND FOR EXPEDITED BRIEFING SCHEDULE**

Voltage Holdings, LLC and Screen Media Ventures, LLC ("Movants"), by and through their counsel, move this Court to grant an order: compelling non-party REDDIT, INC. ("Reddit") to fully produce documents in response to Movants' subpoena. This Motion is pursuant to Fed. R. Civ. P. 26(b)(1), 34(c), 45(d)(2)(i) and Civ L.R. 37. Movants' counsel Kerry Culpepper certifies that he met and conferred with counsel for Reddit in a good faith effort to resolve this dispute pursuant to Civ L.R. 37-1(a).

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

Pursuant to Fed. R. Civ. P. 78(b) and Civ L.R. 6-3(b), Movants request that the Court set a shortened deadline of seven (7) days for Reddit to respond to this motion and three (3) days from the date of Reddit's response for Movants to file a reply and decide this Motion on the papers without a hearing.

*(1) Sets forth with particularity the reasons for the requested enlargement or shortening of time;*

In the underlying case, Movants have a fact discovery cut-off of June 13, 2024.

*(2) Describes the efforts the party has made to obtain a stipulation to the time change;*

On Jan. 2, 2024, during the meet and confer, Movants' counsel proposed an expedited briefing schedule to Reddit's counsel and sent him an email requesting same that same day. As of the time of filing of this motion, Movants' counsel has not received a reply.

*(3) Identifies the substantial harm or prejudice that would occur if the Court did not change the time; and*

If the Court does not agree to Movants' request for an expedited briefing schedule and waiver of a hearing on the motion, there is a substantial risk that a decision would not be made until after the fact discovery cut-off.

*(4) If the motion is to shorten time for the Court to hear a motion:*

*(i) Describes the moving party's compliance with Civil L.R. 37-1(a), where applicable,*

As stated above, on Jan. 2, 2024, during the meet and confer, Movants' counsel proposed an expedited briefing schedule to Reddit's counsel.

*(ii) Describes the nature of the underlying dispute that would be addressed in the motion and briefly summarizes the position each party had taken.*

As set forth in the memorandum below, Movants served a Rule 45 subpoena on Reddit seeking Internet Protocol address login information for certain Reddit users who boasted of using

the service of the Internet service provider Frontier Communications for piracy on Reddit's platform.

*(5) Discloses all previous time modifications in the case, whether by stipulation or Court order;*

Not applicable

*(6) Describes the effect the requested time modification would have on the schedule for the case.*

With respect to the underlying case in the S.D.N.Y Bankr. Court, the requested time modification would (should the motion be granted) provide Movants time to analyze and use the evidence requested in support of their proof of claims should their motion be granted.

## MEMORANDUM

### I.  BRIEF RELEVANT FACTUAL AND PROCEDURAL HISTORY

1. Movants are Claimants against Debtor Frontier Communications, Corp. ("Frontier") in the bankruptcy matter *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.) in the Bankruptcy Court for the Southern District of New York.

2. Between June 8, 2020 and Sept. 28, 2020, Movants filed pre-petition proofs of claims based upon secondary liability for copyright infringement of their movies and violations of the integrity of the copyright management information conveyed with file titles of their movies per 17 U.S.C. §1202 ("DMCA violations") in Frontier's bankruptcy proceeding.

3. On May 17, 2021, Frontier filed an omnibus objection to pre-petition claims of different (record company) claimants that also made claims based upon secondary liability for copyright infringement and a proposed order. Particularly, Frontier argued: (a) record company claimants could not establish any direct or actual copyright infringement of Frontier customers; (b) any direct infringement was *de minimus*; (c) Frontier had no obligation to act on notices or terminate

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3

customers; (d) 17 U.S.C. §512(a) provides it a safe harbor; (e) Frontier acted in good faith; and (f) the record company claimants suffered no damages.

4. On May 25, 2021, Frontier filed a notice of revised order that included Movants' claims.

5. Between May 28 and June 1, 2021, Movants filed administrative claims based upon secondary liability for copyright infringement and DMCA violations.

6. On June 7, 2021, Movants filed a Response to Frontier's objection disputing Frontier's assertions and particularly asserting that Frontier failed to qualify for the §512(a) safe harbor from copyright infringement monetary damages and that the §512 safe harbors do not apply to DMCA violations provided by §1202.

7. On Nov. 21, 2023[1], the Court held a case management conference and declared the matter a contested proceeding for which all part VII rules would apply. *See In re Frontier Commc'ns Corp.*, No. 20-22476 (MG), 2023 Bankr. LEXIS 2858, at *4 (Bankr. S.D.N.Y. Dec. 1, 2023).

8. On Nov. 22, 2023, Movants served a First Request for Production of Documents ("1RPOD") on Frontier requesting customer identification information for a limited number of the pirating Internet Protocol ("IP") addresses.

9. On Dec. 1, 2023, the Court issued an opinion stating, "The Court finds that Movie Company Claimants are entitled to the information sought by the CCPA Subpoenas. The Court will authorize Frontier, through an order substantially in the form of the Proposed Cable Act Order, to release such information." *Id.* The Court stated that "it would permit the issuance of subpoenas for Subscriber [personal identification information] that reach back six months before the limitations periods expired: October 14, 2016." *Id.*

10. Notably, the Court stated, "Movie Company Claimants' interest in obtaining Subscriber

---

1. The matter was effectively stayed for more than two years while the District Court considered a motion to withdraw the reference.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4

[personal identification information] relevant to their infringement claims outweighs the Subscribers' privacy interest." *Id.*

11.  On Dec. 17, 2023, Movants served a subpoena to Reddit requesting "IP address log information from 1/1/2017 to present for users: "Gibson125T"; "Sankerin"; "Old_Package540", "Arceist_Justin"; "ZeroHart"; "Cyb3rR3b0rn"". *See* Ex. "1".

12.  On Jan. 2, 2024, Reddit's counsel served objections to the subpoena. *See* Ex. "2".

13.  On Jan. 3, 2024, Frontier served a response to 1RPOD stating that it would not produce customer identification information.

14.  On Jan. 3, 2024, Reddit's and Movants' counsels conferred on Reddit's objections by telephone but were unable to resolve Reddit's objections or otherwise come to a resolution of this dispute.

## II.    LEGAL STANDARD

15.  Fed. R. Civ. P. 26(b)(1) states "Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case…Information within this scope of discovery need not be admissible in evidence to be discoverable."

16.  Fed. R. Civ. P. 34(c) states "As provided in Rule 45, a nonparty may be compelled to produce documents…"

17.  Fed. R. Civ. P. 45(a)(1)(D) provides for a party to serve subpoenas to produce documents on nonparties.  Fed. R. Civ. P. 45(d)(2)(i) provides that "At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection."

18.  On a motion to compel compliance with a Rule 45 subpoena, the Local Rules require a party to "detail the basis for the party's contention that it is entitled to the requested discovery and

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

5

show how the proportionality and other requirements of Fed. R. Civ. P. 26(b)(2) are satisfied." N.D. Cal. Civ. L.R. 37-2. The court has discretion to determine whether to grant a motion to compel. *See Garrett v. City & Cnty. of San Francisco*, 818 F.2d 1515, 1519 (9th Cir. 1987).

19.   In "evaluating the First Amendment rights of anonymous Internet users in the context of a third-party civil subpoena," district courts have followed the approach taken in *Doe v. 2TheMart.com*, 140 F. Supp. 2d 1088 (W.D. Wash. 2001). *In re Reddit, Inc.*, No. 3:23-mc-80037-LB, 2023 U.S. Dist. LEXIS 74338 (N.D. Cal. Apr. 28, 2023) (*"Reddit I"*).

20.   "[T]o the extent that anonymity is used to mask copyright infringement or to facilitate such infringement by other persons, it is unprotected by the First Amendment." *Arista Records Ltd. Liab. Co. v. Doe*, 604 F.3d 110, 118 (2d Cir. 2010)).

**III.   ARGUMENT**

***A.   The discovery requested is relevant and proportional to the needs of the case.***

21.   The evidence Movants request from Reddit in the Rule 45 subpoena is clearly relevant and proportional to the needs of the case.  The Reddit user comments can be placed within two categories of relevant evidence: (i) Comments that establish that Frontier has not reasonably implemented a policy for terminating repeat infringers sufficient for a safe harbor affirmative defense as required by 17 U.S.C. §512; and (ii) Comments that establish that the ability to freely pirate without consequence was a draw to becoming a subscriber of Frontier and/or subscribers are motivated to use Frontier's service for pirating content without consequence.

22.   In the Reddit discussion forum explicitly dedicated to "Piracy", Reddit user "Gibson125T" admitted that "…From may 7th up until about a week ago, I got a total of 44 emails from frontier about downloading torrents and that it could terminate service. They haven't yet. And I kinda feel like if they didn't do it after 44 emails. That they won't…"

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

6



23. In a Reddit discussion forum "Frontierfios", Reddit user "Old_Package540" admitted, "I torrent every once in a while, been getting dmca notices quite often. Has anyone been shut off because of them or is it all just threats?"

24. In the Reddit "Piracy" forum, Reddit user "Arceist_Justin" admitted, "Been using Frontier DSL for years. Despite the sh*tty internet, they didn't give a sh*t what I downloaded. But I download ONE game just for screenshots and Comcast throws me into a legal battle."

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

7



25. In the Reddit "Frontierfios" forum, Reddit user "ZeroHart" states that Frontier was terminating his account but failed to send him/her any copy of at least 10 notices that were sent to Frontier concerning piracy at her/his account.

26. In the Reddit "Piracy" forum, Reddit user"Cyb3rR3b0rn" admits to using Frontier's service to pirate from the notorious piracy websites 1337x and PirateBay and that "I've been torrenting unprotected for like a decade and never gotten [a DMCA notice]".

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-kona,
Hawaii 96740
(808) 464-4047

8



27. All these comments fit into categories (i) and (ii) because they support Movants' assertion that the ability to pirate content efficiently without any consequences is a draw for becoming a Frontier subscriber (an element of vicarious liability) and that Frontier does not have an effective policy for terminating repeat infringers (rebutting Frontier's purported DMCA safe harbor).

**B. The information Movants request from Reddit does not implicate the First Amendment Right to Anonymous Speech.**

28. Reddit asserts that the information Movants request is not permissible under the First Amendment. *See* Ex. "2", p.2. Particularly, Reddit cites this Court's decisions of *In re Reddit, Inc.,* No. 3:23-mc-80037-LB, 2023 WL 3163455, at *3 (N.D. Cal. Apr. 28, 2023) ("*Reddit I*") and *In re Reddit, Inc.*, No. 3:23-mc-80173-LB, 2023 WL 4849434, at *4 (N.D. Cal. July 29, 2023) ("*Reddit II*"). However, Movants' subpoena does not request anonymous users' identities. Rather, the subpoena is limited to requesting the Reddit users' IP address logs. Accordingly, the analysis of *Reddit I* and *Reddit II* is not applicable. Further, Reddit has not identified any potential harm to these users by disclosing the requested information. Movants are not seeking to retaliate

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

9

economically or officially against these Reddit users. Rather, Movants wish to use their comments as evidence that Frontier has no meaningful policy for terminating repeat infringers and this lax or no policy was a draw for using Frontier's service.

29. Moreover, the Reddit users do not have a recognized privacy interest in their IP addresses. The Ninth Circuit has consistently held that a person has no legitimate expectation of privacy in information they voluntarily turn over to third parties. For example, in the Fourth Amendment context, in *United States v. Forrester*, the Ninth Circuit allowed the warrantless collection of email and IP address because email and IP addresses "constitute addressing information and do not necessarily reveal any more about the underlying contents of communication than do phone numbers." *See United States v. Forrester,* 512 F.3d 500, 510 (9th Cir. 2008). Similarly, in *In re Zynga Privacy Litigation*, the Ninth Circuit held that a user does not even have a reasonable expectation of privacy in URLs that revealed basic identification and address information – information significantly more detailed and intrusive than the IP addresses Movants request here. *See Graf v. Zynga Game Network, Inc. (In re Zynga Privacy Litig.)*, 750 F.3d 1098, 1108-09 (9th Cir. 2014).

**C. The Reddit I** and ***Reddit II* six part test does not apply to the comments at issue.**

30. Assuming *arguendo* that the IP address logs requested are identification information, Movants do not agree with Reddit's assertion that the six part test of *Reddit I* and *Reddit II* the Court applied for First Amendment rights of the anonymous speaker is applicable to the comments boasting of copyright infringement as in the present case. Courts apply a "rigorous or most exacting" standard when the speech is political, religious, or literary. In contrast, commercial speech is afforded less protection. *See In re Anonymous Online Speakers*, 661 F.3d 1168, 1177 (9th Cir. 2011). The speech here should receive even less protection than commercial speech since it is arguably speech boasting of criminal conduct violating 17 U.S.C. § 506(a)(1)(C). Three

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

of the posts at issue here are explicitly in a forum dedicated to and named "Piracy".

31. Courts routinely apply an even lower standard to speech pertaining to copyright infringement because copyright law includes built-in First Amendment accommodations such as the fair use defense that ease the apparent tension between free expression and U.S. copyright law. *See Eldred v. Ashcroft*, 537 U.S. 186, 219, 123 S. Ct. 769, 154 L. Ed. 2d 683 (2003). For example, in *In re DMCA Subpoena to Reddit, Inc.*, this Court noted that applying the anonymous speech approach in the context of a copyright dispute would be "problematic" because "[t]he doctrine of fair use provides everything needed to balance the competing interests of the First Amendment and the copyright laws". *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875, 882 (N.D. Cal. 2020). Such is the case here with respect to Reddit users who boast of using the service for piracy. Applying the *Twitter* standard, the Court should compel Reddit to provide the IP address logs. It should be noted, that in the underlying case the Court has already concluded that, "Movie Company Claimants' interest in obtaining Subscriber [personal identification information] relevant to their infringement claims outweighs the Subscribers' privacy interest." *In re Frontier Commc'ns Corp.*, No. 20-22476 (MG), 2023 Bankr. LEXIS 2858, at *4 (Bankr. S.D.N.Y. Dec. 1, 2023).

**D. The comments are directly and materially relevant to the core claims or defenses.**

32. Reddit argues that "It is unclear how the subpoena's requests satisfy the second or third prongs of this test given that none of the posts…appear to relate to movies that we understand are the subject of your clients' copyright infringement claims." Ex. "2", p.2. Reddit is incorrect. A core issue is Frontier's safe harbor defense – whether Frontier has reasonably implemented a policy for terminating the account of repeat infringers. The issue of whether or not Frontier has a safe harbor is not limited to Movants' Works but is evaluated in view of Frontier's response to all copyright holders. *See Perfect 10, Inc. v. CCBill LLC*, 488 F.3d 1102, 1113 (9th Cir. 2007)

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

11

("…actions towards copyright holders who are not a party to the litigation are relevant in determining whether CCBill and CWIE reasonably implemented their repeat infringer policy. Section 512(i)(1)(A) requires an assessment of the service provider's "policy," not how the service provider treated a particular copyright holder."). The comments from Reddit's users refer to Defendant's lack of a policy for terminating repeat infringers and/or failure to reasonably implement such a policy. *See* Ex. "1", pp. 6-7.

***E. The information Movants seek is not available from another source before the discovery cut-off.***

*33.* Reddit also argues that Movants cannot show that they can obtain information sufficient to establish or to disprove a claim or defense from another source since the "in light of the Bankruptcy Court's order allowing your clients to obtain discovery from Frontier Communications Corporation regarding "specific, identified instances of infringement."" Ex. "1", p.1. Reddit is incorrect. Firstly, Frontier has objected to disclosing subscriber information and, at the time of this motion, has refused to even start the notification process. *See* Decl. of Culpepper, ¶19. The discovery cut-off in the underlying case is June of 2024. Movants have already propounded nearly a hundred RFPs and have not received information from Frontier concerning their subscribers choosing its service for the ability to pirate without consequence. *See id.* at ¶¶19. Secondly, assuming *arguendo* that Movants' obtained subscriber information from Frontier, this information would not provide Movants with documented evidence that the ability to pirate freely was a draw to using Frontier's service or that Frontier failed to reasonably implement a policy for terminating repeat infringers.

***F.   There is no burden to Reddit to disclose the requested information.***

34. Reddit does not argue that there is a burden to it to disclose the requested information.

***G. Movants Waive Oral Argument/Hearing***

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

12

35. Pursuant to Fed. R. Civ. P. 78(b), Movants waive a hearing and request that their Motion be determined based upon the papers filed.

## IV. CONCLUSION

36. Accordingly, Movants pray that this Court grant their motion to compel Reddit to fully respond to the subpoena and for such other and further relief to which they may be justly entitled to receive.

DATED:      Jan. 9, 2024.

/s/ Tobi Clinton

Tobi Clinton

And

CULPEPPER IP, LLLC

Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

*pro hac vice forthcoming*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

13