**Exhibit "1"**

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT
District of __New York, Southern__

In re __FRONTIER COMMUNICATIONS, et al.__
Debtor

*(Complete if issued in an adversary proceeding)*

_____
Plaintiff

v.

_____
Defendant

Case No. __20-BR-22476__

Chapter __11__

Adv. Proc. No. _____

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Reddit, Inc., Agent: Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA, 95833
*(Name of person to whom the subpoena is directed)*

■ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: IP address log information from 1/1/2017 to present for users: "Gibson125T"; "Sankerin"; "Old_Package540", "Arceist_Justin"; "ZeroHart"; "Cyb3rR3b0rn", See Exhibit "A"

| PLACE via email: kculpepper@culpepperip.com; Kerry Culpepper c/o Clinton Firm, 5515 Pacific St., #2954, Rocklin, CA 95677-8455 | DATE AND TIME 01/05/24 |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __12/17/23__

CLERK OF COURT

OR

_____        /s/ Kerry S. Culpepper
*Signature of Clerk or Deputy Clerk*        _____
                                             *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
__Voltage Holdings, LLC, et al.__, who issues or requests this subpoena, are:
Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua Kona, HI 96740, kculpepper@culpepperip.com, 808-464-4047

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)**

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on (*date*) _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of  $ _____ .

 My fees are $ _____ for travel and $_____ for services, for a total of $_____  .

      I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information concerning attempted service, etc.:

Case 3:24-mc-80005   Document 1-2   Filed 01/09/24   Page 4 of 17

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 3)

# Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
### (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
      (i) is a party or a party's officer; or
      (ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
   (A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   (B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
   (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   (B) *Objections*. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
   (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      (i) fails to allow a reasonable time to comply;
      (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
      (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      (iv) subjects a person to undue burden.
   (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      (i) disclosing a trade secret or other confidential research, development, or commercial information; or

      (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
   (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      (i) expressly make the claim; and
      (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
…

**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

# Exhibit "A"

Skip to main content  r/Piracy  Search in r/Piracy   Log In ⋯

 r/Piracy • 5 mo. ago
Gibson125T

## 44 dmca complaints from frontier fios

Question

Had a roommate that just moved out recently and wasn't using a VPN (or at least I have to assume) because I just checked my email that I don't check very often. From may 7th up until about a week ago, I got a total of 44 emails from frontier about downloading torrents and that it could terminate service. They haven't yet. And I kinda feel like if they didn't do it after 44 emails. That they won't but in googling it to be sure I see there was a lawsuit with them in 2021, etc etc. So short question. Given that the downloads stopped as of a few days ago. Should I still be concerned about a delayed termination? Anyone actually had them terminate an account for it? Or just a threat for them to cover their butts.

↑ 1 ↓   💬 3   ↗ Share

Sort by: Best ⌄

➕ Add a Comment

**CRABMAN16** • 5 mo. ago

Ignore em till you lose connection. Usually they don't do shit, and you will be fine. You can also startup a new connection with your own credentials at a new ISP easily.

⊖  ↑ 3 ↓   💬 Reply   ↗ Share   ⋯

**Gibson125T** OP • 5 mo. ago

We only have 2 isp's I. The area and only ours has good upload speeds. No more activities will occur so It's just whatever has already happened (I also use torrents but I use mullvad)

↑ 2 ↓   💬 Reply   ↗ Share   ⋯

**Danielhh47** • 3 mo. ago

I've been a frontier subscriber since 2017. Not a single email or any complaints in that time.

Today I received this in the mail. Currently on 5gig symmetrical fiber, there's nothing even remotely close to it in my area.

https://imgur.com/a/JYQhj0k

↑ 2 ↓   💬 Reply   ↗ Share   ⋯

Skip to main content   r/frontierfios   Search in r/frontierfios   Log In

r/frontierfios • 3 yr. ago
Old_Package540

# DMCA

I torrent every once in a while, been getting dmca notices quite often. Has anyone been shut off because of them or is it all just threats?

3   8   Share

Sort by: Best

Add a Comment

**ExitTheHandbasket** • 3 yr. ago

Don't know about Frontier specifically, but other major providers Do. Not. Play. They will cancel you, and redline your address so that you can't just sign up again under another name.

3   Reply   Share

**vkapadia** • 3 yr. ago

Eh I've received several notices when I was with Comcast, nothing happened.

Still, if you're going to download, use a VPN.

2   Reply   Share

**n67324** • 3 yr. ago

While a bit late to this post, the record labels are back to suing ISPs for not disconnecting people who torrent music. Frontier is on the hook for about 850M if they win. So you will likely see some uptick in activity soon. I suspect once again the record industry will lose the battle, but you can bet it's going to get some attention at Frontier. I won't even torrent legal stuff like linux images for fear of getting caught in the stupidity. It's much better to use a seedbox or a VPN (or both) regardless of what you are torrenting.

Frontier Sued by Record Labels

2   Reply   Share

**paticao** • 3 yr. ago

doesn't happen very often buy they can shut off the service.

You should always be using a VPN for torrenting, they're pretty cheap e easy to configure

12/17/23, 8:30 PM
DMCA notices and torrenting : r/frontierfios
Case 3:24-mc-80005   Document 1-2   Filed 01/09/24   Page 8 of 17

Skip to main content

  Log In

**MmmPi314** • 3 yr. ago

I torrent, but only Linux images.

For some reason, without any changes on my end, it stopped working. Haven't gone back and figured out why yet.

This happen to anyone else?

1  Reply  Share

**Mannus01** • 3 yr. ago

I've been torrenting for years with Frontier(previously Fios) and never got a DCMA letter. I also use PIA's SOCKS proxy.

1  Reply  Share

**designedsilence** • 2 yr. ago

Appears the law suits have done something. I run a plex server Ive downloaded thousands of movies and games over the past 3 years and just started to get DMCA's last month. Not sure if they would ever shut it off but when I was with ATT they were going to do it after 10 notices. Time to VPN again.

1  Reply  Share

**bluemystic2017** • 1 yr. ago

The only thing they ever get me on is fast and furious movies. Why?

1  Reply  Share

# More posts you may like

**r/flipperzero**

Finally, FlipperPhone! With this DIY open-source module you can call and write sms with FLipperZero. All materials and instructions will be on github (WIP), you can find git in the...

142 upvotes · 40 comments



**r/raspberry_pi**

You can use external GPUs on the Raspberry Pi 5 - Jeff Geerling

133 upvotes · 33 comments



Skip to main content

 r/frontierfios  ✕     Search in r/frontierfios                                 Log In

### r/frontierfios • 2 yr. ago
ZeroHart

# Frontier Terminating my account

So I got an email this morning from a Frontier Lawyer stating that my account will be terminated, I though this was a Scam due to the very lack of information in the email it literally just said, See attached letter.

It mentioned that due to DMCA they were terminating my account. I asked why. And this is the response I got.

*Because of repeated complaints by copyright owners that your account is making copyrighted works available for sharing in violation of the Digital Millennium Copyright Act. We sent emails to you about this but it continued. We have given you plenty of time to transition service to another provider.*

I responded with a screenshot of my email with the search term of Frontier and no notices. I asked for more details.

He sent me this

*Here are some of  the notices we received from copyright owners about your account over the last number of months:*

*2020-06-24 | Star Wars Jedi - Fallen Order [FitGirl Repack]*

*2020-07-04 | Trials of Mana [FitGirl Repack]*

*2020-12-29 | Horizon - Zero Dawn CE [FitGirl Repack]*

*2021-03-04 | Pokemon - Sword &amp; Shield [FitGirl Repack]*

*2021-05-06 | The Legend of Zelda - Breath of the Wild [FitGirl Repack]*

*2021-05-06 | Fire Emblem - Three Houses [FitGirl Repack]*

*2021-05-06 | It Takes Two [FitGirl Repack]*

*2021-08-24 | Final Fantasy I-II-III Pixel Remaster [FitGirl Repack]*

*2021-09-03 | The Legend of Zelda - Links Awakening [FitGirl Repack]*

*2021-09-04 | Resident Evil 7 - Biohazard [FitGirl Repack]*

***Our system apparently did not send the notices to your email because it didn't match it up with your account for some reason****, but Walled Garden Notices did appear on your system after the situation escalated. You must be using a VPN because you did not acknowledge the Walled Garden Notices.*

*Unfortunately, there is nothing we can do at this point.*

He states that notices never came through because of my email. but I checked my account and the email is correct and never changed, plus I receive other emails from Frontier such as Billing Notifications.

Skip to main content



Log In

He also mentioned Walled Garden Notices, no idea what is but I have never seen it.

either way, I called in to cancel my service and they say there is nothing there on their end, so I am not sure if someone if pulling a joke on me. or what.

UPDATE: The guy from support mentioned that he does not see any notice from my account. and that the only notice for DMCA in my account is the one from the lawyer from today. Which makes everything weirder.

12   22   Share

Sort by: Best

Add a Comment

**ZeroHart** OP • 2 yr. ago

I feel like Frontier needed a scapegoat for their lawsuit on their lack of controls and they just picked me. I have other options of internet near me what worries me is that this happens to someone else who has no other options.

5   Reply   Share

**Cloudy_Automation** • 2 yr. ago

I'm guessing that if you don't use their DNS, that they can't enable a walled garden. But the default 10 digit wifi password isn't the most secure.

3   Reply   Share

**ZeroHart** OP • 2 yr. ago

I don't use their DNS servers so that is probably why I never saw their messages but that still does not explain why I never got any alerts. And yes as soon as I got that email I changed my password just in case but I was given a big fuck you, too late message from the lawyer.

1   Reply   Share

1 more reply

**[deleted]** • 2 yr. ago

12/17/23, 8:29 PM  Case 3:24-mc-80005   Document 1-2   Filed 01/09/24   Page 11 of 17  Frontier terminating my account : r/frontierfios

Skip to main content

r/      Log In

no reasonable explanation. I don't download copyright material either but do use VPN and download large amounts of data for work.

Wondering if you had any similar issues. I'm starting to think they are up to something since the last troubleshooting I tried had an error message saying they couldn't connect and that I had changed settings on my router which is not true.

⌄ ⌃ 2 ⌄  💬 Reply   ↑ Share   …

**ZeroHart** OP • 2 yr. ago

Not outages no, but my connection would be sluggish every now and then.

⌃ 2 ⌄   💬 Reply   ↑ Share   …

 **ExitTheHandbasket** • 2 yr. ago

They're not coming at you for downloading content. They're coming at you for *sharing* copyrighted content.

⌄ ⌃ 3 ⌄   💬 Reply   ↑ Share   …

**stevesobol** • 2 yr. ago

The DMCA is a horrible law. Absolutely horrible. It's heavy-handed BS.

When you get hit with a DMCA claim, you really have no choice but to deal with it or get sued.

But I'm a little suspicious of Frontier's behavior. The ONLY communication from the company was an ultimatium, and customer service has no notes in the computer? Something doesn't smell right.

⌃ 6 ⌄   💬 Reply   ↑ Share   …

⊕ 4 more replies

⊕ **ZeroHart** OP • 2 yr. ago

**ZeroHart** OP • 2 yr. ago

Also the problem is not even that, if they indeed told me about this I would have changed the wifi password or check what the hell was going on. but no, they blame their faulty system for never reaching out and decide to simply terminate my account.

⌃ 1 ⌄   💬 Reply   ↑ Share   …

 **AnimatioLN** • 2 yr. ago

Have you ever wondered why a seeder is? Once you download a movie to watch it you become a seeder. Unaware, you are now helping other users download the movie at a faster pace. This is why some movies can be downloaded faster than others.

⌃ 1 ⌄   💬 Reply   ↑ Share   …

⊕ 6 more replies

Skip to main content r/Piracy Search in r/Piracy Log In

r/Piracy • 2 yr. ago
Cyb3rR3b0rn

# Has anyone noticed an uptick in DMCA notices? I've gotten two within a week, after 10+ years of not getting any on Frontier

Discussion

Has anyone using Frontier suddenly seen an uptick in DMCA notices?

I've gotten two this last week. One for a movie, which I thought was just because I used 1337x to find the torrent which I normally don't use. But I just got one for a game as well which I got from ThePirateBay. I hope I don't get a 3rd one for the DLC which is downloading now because I'm at work and can't pause it for 12 hours and by then it will be completed. I've been torrenting unprotected for like a decade and never gotten one.

I have a Seedbox but I only use it for hitting ratios on private trackers and for long term stuff that has low or sporadic seeds. I guess it's time for everything to go through the Seedbox

Archived post. New comments cannot be posted and votes cannot be cast.

1 8 Share

Sort by: Best

**HANEZ** • 2 yr. ago

Time for a VPN.

6 Share ···

**nairn1969** • 2 yr. ago

do people even read the op he has a seedbox so no need for a vpn.

4 Share ···

1 more reply

**[deleted]** • 2 yr. ago

**SpicyEmpanada** • 2 yr. ago

It would be useful if you said in which country you are 😅. Where are u?

1 Share ···

**Cyb3rR3b0rn** OP • 2 yr. ago



12/17/23, 8:36 PM    Has anyone noticed an uptick in DMCA notices? I've gotten two within a week, after 10 years of not getting any on Frontier : r/Pi…

Case 3:24-mc-80005   Document 1-2   Filed 01/09/24   Page 13 of 17

Skip to main content         Log In

https://www.theverge.com/2021/6/10/22528633/frontier-isp-lawsuit-record-labels-piracy-disconnection

They were probably just ignoring and not forwarding DMCA previously. I really hope that DLC doesn't get me a 3rd strike that gets my account shutdown because they are my only option for internet until Elon turns on the Starlink for my area. I might run home at lunch and shut it down.

⬆ 1 ⬇    📤 Share    ⋯

 I_am_INTJ • 2 yr. ago

Since they mentioned Frontier I'm thinking they are in the US.

⬆ 1 ⬇    📤 Share    ⋯



## More posts you may like

 r/Tiktokhelp

**Has ANYONE ever heard back from tiktok after being permabanned?**

2 upvotes · 9 comments

 r/nordvpn

**Torrents stropping after a good run and just hanging at 0kbps**

3 upvotes · 8 comments

 r/Piracy

**Sony Steals Customers' Purchased Content - Piracy is COMPLETELY JUSTIFIED | Louis Rossmann Youtube**



520 upvotes · 161 comments

Skip to main content   r/VPNTorrents  Search in r/VPNTorrents    Log In  

 **r/VPNTorrents** • 2 yr. ago
Sankerin

# Just got a DMCA from my ISP (Frontier), what's the consequences and what should I do now?

I've been pirating for over 2 years now, and this is the first time something like this happened. They said they're able to sue me and that kinda scares me. What do I do? Do I call them? And how do I not get caught again?

> Archived post. New comments cannot be posted and votes cannot be cast.

 20    28    Share

Sort by: Best

 **lkeels** • 2 yr. ago

Torrenting? Bind your client to the VPN adapter (you are using a VPN, right?).
The notice, do not respond in any fashion, whatsoever.

↑ 15 ↓   Share   ···

15 more replies

 **Angus-Black** • 2 yr. ago

Anyone can sue anyone.

Get a VPN and use qBittorrent.

I use AirVPN. There are a few good ones. Mulllvad is often recommended.

Do not respond to the letter. Any response indicates guilt. Your ISP really doesn't care. They are obligated to send the letters.

↑ 12 ↓   Share   ···

3 more replies

 **nectarween16** • 2 yr. ago

I've gotten letters from Comcast. Nothing happened but I'd get a VPN and stop pirating for a while

↑ 5 ↓   Share   ···

1 more reply

Case 3:24-mc-80005 Document 1-2 Filed 01/09/24 Page 15 of 17 Just got a DMCA from my ISP (Frontier), what's the consequences and what should I do now? : r/VPNTorrents

Skip to main content    r/    Log In

I got 7 dmca letters from Frontier in one weekend. The last two sounded like they were prepared to drop me immediately, It was just after I bought a VPN and forgot to use it. If you're connected using a VPN you shouldn't get any more nasty-grams. For torrenting I like Mullvad best.

5    Share

**Lordb14me** • 2 yr. ago

Bruh.

4    Share

**AllCarvedUp** • 2 yr. ago

Idk I don't have frontier but I got a threat letter, and nothing happened. I just now make sure to always torrent with a vpn lol

3    Share

**truthtortoise** • 2 yr. ago

Do not call them or take any action except to throw the letter away. It's a letter meant to scare you

ISPs send at least 5 of these before doing anything at all

2    Share

**Sythya** • 2 yr. ago

As an extra layer of protection, never use your real name when signing up for internet. If they ask for a credit check opt for a deposit instead. Let them try to sue John Doe who unfortunately just moved out and you have no idea where he went or how to contact him.

1    Share

## More posts you may like

Related    VPN    Web service    Information & communications technology    Technology

r/macgaming

**Stray on Mac! (Native for 🍎) (M3 Max)**


youtube

122 upvotes · 44 comments

r/apexlegends

12/17/23, 8:40 PM
Warning: DO NOT attempt piracy if Comcast Xfinity is your provider. It can get you in BIG trouble. They monitor you : r/Piracy
Case 3:24-mc-80005 Document 1-2 Filed 01/09/24 Page 16 of 17

Skip to main content

r/Piracy ✕   Search in r/Piracy

Log In

**r/Piracy** • 2 yr. ago
Arceist_Justin

# Warning: DO NOT attempt piracy if Comcast Xfinity is your provider. It can get you in BIG trouble. They monitor you

Discussion

My brother-in-law took some screenshots on his xBox of Lady Dimitrescu's mutated monster form for me in his legal owned copy of Resident Evil 8.

However, by the time (2 weeks later) I had a flash drive ready to go to put the pictures on, his xBox automatically deleted every screenshot of this monster that he took. My brother-in-law refuses to play through the game again just to retake those screenshots.

**long story short**, I downloaded a copy of Resident Evil 8 on 1337 torrent site JUST so I could take the screenshots myself. Was not even planning on keeping it or even playing through the game. Just to the Lady Dimitrescu boss fight and that's it.

However, Comcast Xfinity sent a lengthy email today (two days after I downloaded the game) with a copyright infringement notice and all the legal charges that I am going to face as a result. I was also told that my services could be terminated

Been using Frontier DSL for years. Despite the shitty internet, they didn't give a shit what I downloaded. But I download ONE game just for screenshots and Comcast throws me into a legal battle

So I am putting this warning out there for the rest of you. **IF YOU HAVE COMCAST OR XFINITY, They monitor you and if you are caught downloading pirated material, they WILL send you a notice**

Archived post. New comments cannot be posted and votes cannot be cast.

582   294   Share

Sort by: Best

**Jon171** • 2 yr. ago

This is why you should use a VPN, seedbox or a debrid service for torrenting.

693   Share

88 more replies

**kloeckwerx** • 2 yr. ago

Which VPN are you using?

12/17/23, 8:40 PM                    Warning: DO NOT attempt piracy if Comcast Xfinity is your provider, it can get you in BIG trouble. They monitor you : r/Piracy

Case 3:24-mc-80005 Document 1-2 Filed 01/09/24 Page 17 of 17

Skip to main content   Log In

> What's that?
>
> -OP, probably

△ 628 ▽   ↑ Share   …

＋ 16 more replies

＋ 6 more replies

＋ [deleted] • 2 yr. ago

**SatanicHorseOrgy** • 2 yr. ago

Yeah, they'll ALL send you a notice. Are you sure that the email you got isn't just a list of potential legal threats that they "could" carry out but likely won't? I feel like I see a post from a terrified person every once in a while who got one of those emails. I've gotten like three of those now? They're automatic. I'm not sure how Comcast or Xfinity do things but for my service the second time it happened they turned off my internet and then I had to call in and have them turn it back on.

Then I got a VPN and haven't heard about it since. I think you'll be fine.

△ 79 ▽   ↑ Share   …



## More posts you may like

**r/Piracy**

Sony Steals Customers' Purchased Content - Piracy is COMPLETELY JUSTIFIED | Louis Rossmann Youtube

520 upvotes · 161 comments

