UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | **ORDER GRANTING MOVANTS' MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA** |

**[proposed] ORDER GRANTING MOVANTS' MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA**

Before the Court is the Motion of Voltage Holdings, LLC and Screen Media Ventures, LLC to compel non-party REDDIT, INC. ("Reddit") to fully produce documents in response to Movants' subpoena pursuant to Fed. R. Civ. P. 26(b)(1), 34(c), 45(d)(2)(i) and Civ L.R. 37. For GOOD CAUSE shown in Movants' memorandum in support of their Motion, Movants' Motion is hereby GRANTED. Reddit shall file a response to the subpoena within 5 business days disclosing all the requested information for the users without any objections. Failure to comply with this Order may result in a finding of contempt of Court against Reddit, pursuant to Fed. R. Civ. P. 45(g).

Entered and dated at _____, California, this ____ day of _____, 2024.

BY THE COURT:

1