# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | **ORDER GRANTING MOVANTS' MOTION FOR EXPEDITED BRIEFING SCHEDULE** |

### [proposed] ORDER GRANTING MOVANTS' MOTION TO FOR EXPEDITED BRIEFING SCHEDULE

Before the Court is the Motion of Voltage Holdings, LLC and Screen Media Ventures, LLC pursuant to Civ L.R. 6-3(b) for an expedited briefing schedule on their motion to compel non-party REDDIT, INC. ("Reddit") to fully produce documents in response to Movants' subpoena pursuant to Fed. R. Civ. P. 26(b)(1), 34(c), 45(d)(2)(i) and Civ L.R. 37.  For GOOD CAUSE shown in Movants' memorandum in support of their Motion, Movants' Motion is hereby GRANTED. Reddit shall file its Response in Opposition to the Motion within seven (7) days of the date of service (Jan. 9, 2024).  Movants may file a Reply within three (3) days from the date of service of Reddit's Response.

Entered and dated at _____, California, this ____ day of _____, 2024.

BY THE COURT: