UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoena to Reddit, Inc. | Case No. 24-mc-80005-TSH  **ORDER DENYING MOTION TO EXPEDITE BRIEFING SCHEDULE**  Re: Dkt. No. 1 |

Voltage Holdings, LLC and Screen Media Ventures, LLC move this Court to grant an order compelling Reddit, Inc. to produce documents in response to Movants' subpoena issued in the bankruptcy matter *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG, in the Bankruptcy Court for the Southern District of New York.  ECF No. 1.  As part of their motion, movants request the Court set a shortened deadline of seven days for Reddit to respond to the motion and three days from the date of Reddit's response for movants to file a reply.  As the deadline for fact discovery in the bankruptcy case is not until June 13, 2024, the Court **DENIES** the request for an expedited briefing schedule.

**IT IS SO ORDERED.**

Dated: January 10, 2024

THOMAS S. HIXSON
United States Magistrate Judge