UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoena to Reddit, Inc. | Case No. 24-mc-80005-TSH<br><br>**ORDER RE: MOTION TO COMPEL**<br>Re: Dkt. No. 1 |

Voltage Holdings, LLC and Screen Media Ventures, LLC move this Court to grant an order compelling Reddit, Inc. to produce documents in response to a subpoena issued in the bankruptcy matter *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG, in the Bankruptcy Court for the Southern District of New York.  ECF No. 1.  According to movants, the bankruptcy court has already issued opinions related to the subject matter of the subpoena.  Given the bankruptcy court's familiarity with this case, the Court finds transfer to that court may be appropriate.  *See* Fed. R. Civ. P. 45(f) ("When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances."); *Mirza v. Yelp, Inc.*, 2021 WL 2939922, at *3 (N.D. Cal. July 13, 2021) ("Rule 45(f) presents no bar whatsoever to the return of the matter to the Issuing Court where the Subpoenaing Parties object to the transfer and the nonparties subject to the subpoena consent to the transfer).  Accordingly, the Court **ORDERS** Reddit to file a statement by January 17, 2024 stating whether it consents to having this matter transferred to the Southern District of New York Bankruptcy Court.  Movants shall serve this order on Reddit and file proof of service by January 11, 2024.

**IT IS SO ORDERED.**

Dated: January 10, 2024

THOMAS S. HIXSON
United States Magistrate Judge