Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:  +1.206.359.8000
Facsimile:  +1.206.359.9000

Hayden M. Schottlaender, TX Bar No. 24098391
*Pro Hac Vice Application Pending*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone:  +1.214.965.7700
Facsimile:  +1.214.965.7799

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:  +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Reddit, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Subpoena to Reddit, Inc.*, | Case No. 3:24-mc-80005-TSH<br><br>**REDDIT, INC.'S RESPONSE TO COURT'S ORDER DATED JANUARY 10, 2024** |

In response to this Court's order dated January 10, 2024 [Doc. 5], Reddit hereby states that it does <u>not</u> consent to having this matter transferred to the Southern District of New York Bankruptcy Court. To the contrary, Reddit believes that the Northern District of California, San Francisco Division, is the appropriate court for this dispute and has moved to relate this action to two nearly-identical cases that Judge Laurel Beeler has already resolved in Reddit's favor. *See In re Reddit, Inc.*, No. 3:23-mc-80037, 2023 WL 3163455 (N.D. Cal. Apr. 28, 2023) ("*Reddit I*"), ECF No. 23 (Judge Beeler denying motion to compel subpoena nearly identical to the one at issue here); *see also In re Subpoena to Reddit, Inc.*, No. 3:23-mc-80173 (N.D. Cal.) ("*Reddit II*"), ECF No. 24 (Jan. 17, 2024) (Reddit's motion to relate, explaining the identicality between this case and *Reddit II*, involving the same parties, same issues, and same counsel).

Separately, Reddit notes that there are not "exceptional circumstances" that would warrant transfer of this action over Reddit's objections. Fed. R. Civ. P. 45(f).[1] "The prime concern in deciding Rule 45(f) transfer motions should be avoiding burdens on local nonparties subject to subpoenas, and it should not be assumed that the issuing court is in a superior position to resolve subpoena-related motions." *Music Grp. Macao Com. Offshore Ltd. v. Does*, 82 F. Supp. 3d 979, 984 (N.D. Cal. 2015) (cleaned up). Transfer here would be inappropriate for at least four reasons.

First, this district has a long history of protecting internet users' First Amendment anonymity rights. *Id.* This court—the home court for many of the internet's most popular sites like Reddit—is likely more familiar with the relevant First Amendment standards to be applied here than would be the Southern District of New York Bankruptcy Court. More to the point, the relevant legal standard here (the First Amendment standard that applies to the unmasking of potential *witnesses*

---

[1] Notably, likely because they know that they cannot satisfy "the burden of showing that [exceptional] circumstances are present," Movants have not even requested transfer here. Fed. R. Civ. P. 45(f), 2013 Advisory Committee Notes.

rather than potential *parties*) has been repeatedly recognized by this court and by the Western District of Washington, but not yet (to Reddit's knowledge) by the Southern District of New York. *See Doe v. 2TheMart*, 140 F. Supp. 2d 1088 (W.D. Wash. 2001); *Rich v. Butowsky*, No. 20-mc-80081, 2020 WL 5910069, at *3–4 (N.D. Cal. Oct. 6, 2020) (both establishing the "exceptional" standard for unmasking alleged witnesses). Movants should not be permitted to sidestep vital constitutional protections for Reddit's users by unjustifiably moving the dispute across the country.

Second, Reddit is precisely the type of local nonparty that ought to be protected from nationwide subpoena litigation. As this Court is likely aware, Reddit and the many other internet companies with headquarters in Northern California are routine recipients of civil legal process. Rule 45(f)'s intent is to avoid the imposition of nationwide litigation burdens on nonparties. *See, e.g., Music Grp. Macao*, 82 F. Supp. 3d at 984 (denying transfer motion based on the same volume argument asserted by Twitter).

Third, far from "exceptional" circumstances, this court has found itself in precisely these circumstances, with these parties, adjudicating these issues, twice in the last year. Judge Beeler properly resolved those cases without any need to transfer or consult with the court hearing the underlying copyright actions. *See Reddit II*, ECF No. 21; *see also Reddit I*, ECF No. 23.[2]

Finally, the Court's order noted that transfer may be warranted here because "the bankruptcy court has already issued opinions related to the subject matter of the subpoena." Doc. 5, at 1. Reddit respectfully disagrees. The bankruptcy court has issued an order authorizing the Movants to seek identifying information <u>from the defendant ISP</u> in the underlying litigation, not Reddit. Doc. 1, ¶ 9. To the contrary,

---

[2] *Reddit I* involved a subpoena in connection with litigation proceeding in the United States District Court for the District of New Jersey. *Bodyguard Prods., Inc. v. RCN Telecom Svcs., LLC*, No. 3:21-cv-15310 (D.N.J.). *Reddit II* involved a subpoena in connection with litigation proceeding in the United States District Court for the Western District of Texas. *After II Movie LLC v. Grande Coms. Networks LLC*, No. 1:21-cv-00709 (W.D. Tex.).

that order has nothing to do with Reddit, any subpoena to Reddit, or Reddit's users. Indeed, in *Reddit II*, the underlying court in that case issued a nearly identical order to *that* ISP. *See Reddit II*, ECF No. 1, ¶ 5. In that case, Judge Beeler recognized that the issuance of such an order supports *quashing* the subpoena to Reddit, because the "evidence" available through Reddit is not "unavailable from another source"—the other source is the ISP itself. *Reddit II*, ECF No. 21, at 7. Therefore, contrary to what the Movants suggested in their Motion to Compel, the Southern District of New York does not have any head-start or any special information that would help it adjudicate Reddit's First Amendment objections to unmasking Reddit's users. *See In re enTrilogy, LLC*, No. 22-mc-80134, 2022 WL 3155412, *3 (N.D. Cal. Aug. 8, 2022) (foreign court's acknowledgment of relevance of requested discovery does not support transfer under Rule 45(f)).

For the foregoing reasons, this action should not be transferred to the Southern District of New York.

Dated:  January 17, 2024                                **PERKINS COIE LLP**

By: *Julie E. Schwartz*
Julie E. Schwartz, Bar No. 260624
Hayden M. Schottlaender, TX Bar No. 24098391*
Jameson Ullman, Bar No. 345480

**Pro hac vice application pending*

ATTORNEYS FOR REDDIT, INC.