Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Movants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:24-mc-80005-TSH<br>Hearing Date: Feb. 15, 2024<br>Time: 10:00 AM<br>**NOTICE OF HEARING ON PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA** |

**NOTICE OF HEARING ON MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **Feb. 15, 2024, at 10:00 a.m.**, the undersigned will appear before the Honorable Magistrate Judge Thomas Hixson of the United States District Court for the Northern District of California, and argue in favor of the Motion [Doc. #1] of Movants Voltage Holdings, LLC and Screen Media Ventures, LLC for an order compelling non-party REDDIT, INC. ("Reddit") to fully produce documents in response to Movants' subpoena pursuant to Fed. R.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

1  Civ. P. 26(b)(1), 34(c), 45(d)(2)(i) and Civ L.R. 37.

2  DATED:    Kailua-Kona, Hawaii, Jan. 19, 2024.

Respectfully submitted,

**CULPEPPER IP, LLLC**

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper, *pro hac vice*
*Attorney for Plaintiffs*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that by the methods of service noted below, a true and correct copy of the foregoing was filed via ECF and therefore served to parties on the NEF list.

DATED:   Kailua Kona, Hawaii,   Jan. 19, 2024

Respectfully submitted,

**CULPEPPER IP, LLLC**

/s/ Kerry S. Culpepper
Kerry S. Culpepper
*Attorney for Plaintiffs*
Admitted *Pro Hac Vice*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3