Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Movants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:24-mc-80005-TSH<br>Hearing Date: Feb. 15, 2024<br>Time: 10:00 AM<br>**NOTICE OF JOINDER TO MOVANTS' MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA** |

**NOTICE OF JOINDER OF MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA**

Killing Link Distribution, LLC ("Killing Link"), Family of the Year Productions, LLC ("Family of the Year") and Laundry Films, Inc. ("Laundry") join as movants with Voltage Holdings, LLC and Screen Media Ventures, LLC in their motion for this Court to grant an order: compelling non-party REDDIT, INC. ("Reddit") to fully produce documents in response to Movants' subpoena.

Killing Link, Family of the Year and Laundry are claimants in the underlying bankruptcy

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

action and parties to the subpoena at issue.  Accordingly, the arguments made by Movants pertain to Killing Link, Family of the Year and Laundry.

DATED: Kailua-Kona, Hawaii, Jan. 19, 2024.

Respectfully submitted,

**CULPEPPER IP, LLLC**

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper, *pro hac vice*
*Attorney for Movants*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2