Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:   +1.206.359.8000
Facsimile:   +1.206.359.9000

Hayden M. Schottlaender, TX Bar No. 24098391
*Admitted Pro Hac Vice*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone:   +1.214.965.7700
Facsimile:   +1.214.965.7799

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:   +1.415.344.7000
Facsimile:   +1.415.344.7050

Attorneys for Reddit, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

*In re Subpoena to:*
*Reddit, Inc.*,

Case No. 3:24-mc-80005-TSH

**REDDIT, INC.'S OPPOSITION TO MOTION TO COMPEL**

Date: February 15, 2024
Time: 10:00 a.m.
Judge: Hon. Thomas S. Hixson

# TABLE OF CONTENTS

**Page**

I.   INTRODUCTION ...................................................................................... 1

II.  BACKGROUND ....................................................................................... 2

    A.  The copyright holders lost *Reddit I*. ............................................. 2

    B.  The copyright holders lost *Reddit II*. ............................................ 3

    C.  *Reddit III* is factually indistinguishable from *Reddit I* and *Reddit II*. ........................................................................................ 3

III. ARGUMENT ............................................................................................ 4

    A.  Movants' subpoena should be quashed under *2TheMart* where the information sought is available from another source. .......................... 4

        1.  Compelled disclosure of IP addresses is subject to the same *2theMart* standard. ................................................... 5

    B.  Plaintiffs can obtain this evidence through other, less constitutionally invasive means. ................................................. 6

        1.  Movants are already seeking this evidence directly from known copyright infringers on Frontier's network. .......................... 7

        2.  Evidence about Frontier's repeat infringer policies can come from Frontier. ......................................................... 8

    C.  The Court should, for the third time, reject Movants' argument that their unfounded allegations of copyright infringement make *2theMart* inapplicable. ................................... 9

IV. CONCLUSION ........................................................................................ 10

# TABLE OF AUTHORITIES

**Page(s)**

CASES

*Castro v. Doe,*
No. 23-mc-80198-TSH, 2023 WL 9232964 (N.D. Cal. Oct. 12, 2023) ..................... 6

*Doe v. 2TheMart.com,*
140 F. Supp. 2d 1088 (W.D. Wash. 2001) ................................................... 2, 3, 5, 8

*In re Anonymous Online Speakers,*
661 F. 3d 1168 (9th Cir. 2011) ........................................................................ 9

*In re DMCA § 512(h) Subpoena to Twitter, Inc.,*
608 F. Supp. 3d 868 (N.D. Cal. 2022) .......................................................... 9

*In re DMCA Subpoena to Reddit, Inc.,*
441 F. Supp. 3d 875 (N.D. Cal. 2020) ...................................................... 10

*In re: Frontier Comms. Corp.,*
No. 20-22476-mg (S.D.N.Y. Bankr. Jan. 17, 2024) ........................................... 4, 7

*In re Grand Jury Subpoena No. 16-03-217,*
875 F.3d 1179 (9th Cir. 2017) ....................................................................... 6

*In re Reddit, Inc.,*
– F. Supp. 3d –, 2023 WL 3163455 (N.D. Cal. Apr. 28, 2023) ...................... *passim*

*In re Reddit, Inc.,*
No. 3:23-mc-80173-LB, 2023 WL 4849434 (N.D. Cal. July 29, 2023) ........... *passim*

*In re Zynga Privacy Litigation,*
750 F.3d 1098 (9th Cir. 2014) ....................................................................... 5

*La Force v. GoSmith, Inc.,*
No. 17-cv-05101, 2017 WL 9938681 (N.D. Cal. Dec. 12, 2017) ........................... 8

*Obi Pharma, Inc. v. Does 1-20,*
No. 16CV2218, 2017 WL 1520085 (S.D. Cal. Apr. 27, 2017) ................................ 6

*Rich v. Butowsky,*
No. 20-mc-80081-DMR, 2020 WL 5910069 (N.D. Cal. Oct. 6, 2020) ................. 5, 7

*Smythe v. Does,*
No. 15-mc-80292-LB, 2016 WL 54125 (N.D. Cal. Jan 5, 2016) ............................ 9

*United States v. Forrester,*
512 F.3d 500 (9th Cir. 2008) ....................................................................... 5

## TABLE OF AUTHORITIES *(Continued)*

**Page**

*Wirt v. Twitter, Inc.,*
    No. 21-mc-801660-JSC, 2021 WL 5919846 (N.D. Cal. Dec. 15, 2021) ............... 6, 9

-iii-

Reddit, Inc. hereby files this Opposition to the Motion to Compel ("Motion") filed by Voltage Holdings, LLC et al.[1] ("Movants"), seeking to unmask six anonymous Reddit users.[2]

## I.   INTRODUCTION

Movants here seek to compel Reddit to unmask six of its users who discussed torrenting on networks provided by Frontier Communications, an internet service provider (ISP) whom Movants are suing for secondary copyright infringement. Movants believe that the Reddit users could have evidence relevant to that underlying infringement litigation because they made posts on Reddit discussing torrenting on Frontier's networks.

But this Court has already denied two substantively identical motions. *See In re Reddit, Inc.*, – F. Supp. 3d –, No. 3:23-mc-80037, 2023 WL 3163455 (N.D. Cal. Apr. 28, 2023) (Beeler, M.J.) ("*Reddit I*"); *see also In re Reddit, Inc.*, No. 3:23-mc-80173, 2023 WL 4849434 (N.D. Cal. July 29, 2023) (Beeler, M.J.) ("*Reddit II*"). As recognized in both cases, whether the targeted Reddit users should be unmasked under these circumstances is subject to the governing *2TheMart* standard, which requires Plaintiffs to show that identifying the users supplies "directly and materially relevant" evidence for Plaintiffs' claim that is "unavailable from any other

---

[1] The complete list of Movants includes: Voltage Holdings, LLC and Screen Media Ventures, LLC, Killing Link Distribution, LLC, Family of the Year Productions, LLC, and Laundry Films, Inc.

[2] Reddit separately notes a discrepancy with Movants' interested party certification. ECF No. 8. On January 10, 2024, Voltage Holdings and Screen Media Ventures, LLC filed a certification that no other "persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities" have any interest, financial or nonfinancial, in the subject matter of this dispute. *Id.* But, nine days later, and in response to Reddit's motion to relate this case to *Reddit II, infra*, based on an identicality of parties, counsel for Movants filed a motion to join three parties from the underlying bankruptcy litigation as movants here, demonstrating that these additional parties had an existing interest in the subject matter of this dispute. ECF No. 17.

source." *Reddit I*, 2023 WL 3163455, at *3 (quoting *Doe v. 2TheMart.com*, 140 F. Supp. 2d 1088, 1095 (W.D. Wash. 2001)). And as previously determined in this particular factual scenario, these copyright owners *cannot* meet that standard because the evidence that Movants seek can be obtained from: (a) the defendant ISP itself; and (b) a number of ISP subscribers that Movants *know* to have engaged in copyright infringement, already in Movants' possession.

Undeterred, Movants pursue this Motion, which presents no new facts and no new arguments.[3] Just as in *Reddit I and Reddit II,* the Court should deny the Motion.

## II.    BACKGROUND

Reddit is a community of online communities. Declaration of Hayden M. Schottlaender ("Schottlaender Decl.") ¶ 2. Within those communities, called "subreddits," users gather to discuss shared interests. *Id*. Users generally participate on the platform pseudonymously, and Reddit does not require that they use or provide Reddit with their legal names or addresses. *Id*.

The parties have already been here twice before on substantively identical facts.

### A.    The copyright holders lost *Reddit I*.

In February 2023, a number of copyright holders, including Voltage Holdings, LLC, filed *Reddit I*. In *Reddit I*, the copyright holders sought to unmask seven Reddit users who had generally posted about internet service providers and about copyright infringement notices they received from those providers. *See Reddit I*, 2023 WL 3163455, at *2. Those copyright holders suggested that unmasking the Reddit users would help the copyright holders establish that a defendant internet service provider (ISP) in the underlying litigation did not adequately implement a

---

[3] As described below, Movants even raise the same arguments that this Court has already previously rejected.

repeat infringer policy for purposes of seeking a Digital Millennium Copyright Act (DMCA) safe harbor. *Id.* The Court analyzed the copyright owners' motion under a specific and highly contextual First Amendment standard previously articulated in *2TheMart.com*, 140 F. Supp. 2d 1088. *Id.* at *3. Applying that standard, the Court denied the copyright holders' motion to compel Reddit to produce identifying information, recognizing that under the circumstances, it was implausible to believe that the Reddit users served as an "irreplaceable source" of evidence in the copyright holders' underlying litigation. *Id.* at *4.

**B.**   **The copyright holders lost *Reddit II*.**

In June 2023, many of the same copyright holders (with a few added) filed *Reddit II*. Both Voltage Holdings, LLC and Screen Media Ventures, LLC were movants in *Reddit II*. *See Reddit II*, ECF No. 1, at 1–2. *Reddit II* presented nearly identical facts to *Reddit I* but involved different Reddit users and a different defendant internet service provider. *Reddit II*, 2023 WL 4849434, at *1. Notably, in *Reddit II*, the copyright holders had requested and received from the defendant ISP a list of that ISP's top infringing IP addresses. *Id.* The Court again applied *2TheMart* and closely analyzed *why* the copyright holders were seeking to unmask Reddit users, recognizing that those users would hold "at best weak evidence about [the ISP's] insufficient policy regarding repeat infringers or its appeal to pirating subscribers." *Id.* at *4. As the Court pointed out, the copyright owners' ability to subpoena "even a subset of" the individuals identified by the defendant ISP "would [] yield information at least equivalent to, if not better than, information from the six Reddit subscribers." *Id.* On those bases, the Court again denied the copyright holders' motion to compel Reddit to produce identifying information. *Id.*

**C.**   **_Reddit III_ is factually indistinguishable from _Reddit I_ and _Reddit II_.**

The Movants have now filed *Reddit III*. *Reddit III* is a third iteration of *Reddit I* and *Reddit II*, involving precisely the same factual background and legal

-3-

issues. This time, the Movants are suing Frontier Communications for secondary copyright infringement. Mot. ¶ 1. Movants seek to unmask six Reddit users who discussed receiving DMCA notices from Frontier on the theory that these Reddit users have made comments that "support Movants' assertion that the ability to pirate content efficiently without any consequences is a draw for becoming a Frontier subscriber [] and that Frontier does not have an effective policy for terminating repeat infringers (rebutting Frontier's purported DMCA safe harbor)." *Id.* ¶ 27. The underlying bankruptcy court adjudicating the copyright litigation has already ruled that the Movants can obtain identifying information <u>from Frontier</u> for IP addresses known to have pirated using Frontier's network. *Id.* ¶¶ 8–9. Movants have sought that information from Frontier (*id.* ¶ 8) and Frontier has stated in that litigation that it will produce that identifying information upon the Movants' issuance of subpoenas to Frontier. *See In re: Frontier Comms. Corp.*, No. 20-22476, ECF No. 2255 (S.D.N.Y. Bankr. Jan. 17, 2024).

## III.   ARGUMENT

### A.   <u>Movants' subpoena should be quashed under *2TheMart* where the information sought is available from another source.</u>

*Reddit I* and *Reddit II* confirmed that this type of unmasking subpoena, targeting a potential witness rather than a potential defendant, is subjected to First Amendment scrutiny under the *2TheMart* standard. *Reddit II*, ECF No. 21, at 5–6; *Reddit I*, ECF No. 23, at 4–5. As the Court held:

> [D]isclosure of anonymous users' identities is appropriate only "in the exceptional case where the compelling need for the discovery sought outweighs the First Amendment rights of the anonymous speaker." Courts consider four factors: whether "(1) the subpoena seeking the information was issued in good faith and not for any improper purpose, (2) the information sought relates to a core claim or defense, (3) the identifying information is directly and materially relevant to that claim or defense, and (4) information sufficient to establish or to disprove that claim or defense is unavailable from any other source."

*Reddit II*, 2023 WL 4849434, at *3 (internal citations omitted).

1       A higher standard for unmasking a non-party witness exists than for

2   unmasking a potential defendant because–unlike the need to identify a potential

3   defendant–litigation can often continue without trampling a non-party witness's

4   First Amendment right to anonymity. *2TheMart*, 140 F. Supp. 2d at 1095.

5   Consequently, this Court in *Reddit I* recognized that a dispositive "question here is

6   whether the information is available from 'any' other source," (*Reddit I*, 2023 WL

7   3163455, at *4) and in *Reddit II* reiterated that bar and labeled it "a high standard."

8   *Reddit II*, 2023 WL 4849434, at *4; *see also Rich v. Butowsky*, No. 20-mc-80081, 2020

9   WL 5910069, at *5 (N.D. Cal. Oct. 6, 2020) (subpoena only enforced because the

10  anonymous account was a singularly "essential witness" for the litigants).

                        **1.**      **Compelled disclosure of IP addresses is subject to the same *2theMart* standard.**

13      Movants attempt to avoid those core holdings from *Reddit I* and *Reddit II* by

14  bizarrely suggesting that the Motion does not seek to compel "anonymous users'

15  identities" but is instead "limited to requesting the Reddit users' IP address logs."

16  Mot. ¶ 28. That is not a cognizable distinction and Reddit is unaware of a single case

17  where a court has declined to apply a First Amendment unmasking standard on the

18  theory that "only" IP addresses were being sought.[4]

19      First, and most obviously, Movants' subpoena exclusively seeks the IP

20  addresses of the targeted Reddit users. Were IP addresses not identifying

---

[4] Movants' references to Fourth Amendment jurisprudence and consumer privacy class actions are irrelevant. Mot. ¶ 29 (citing *United States v. Forrester*, 512 F.3d 500, 510 (9th Cir. 2008) (an evidentiary suppression case holding that government surveillance of a criminal defendant's internet activity did not constitute a search under the Fourth Amendment) and *In re Zynga Privacy Litigation*, 750 F.3d 1098, 1108–09 (9th Cir. 2014) (holding that internet referrer headers do not constitute "content" under the Electronic Communications Privacy Act such that disclosure of referrer headers could sustain a civil claim under that law)). At issue here are the Reddit users' oft-recognized First Amendment rights to anonymity, and neither *Forrester* nor *Zynga* suggest that IP addresses are excluded from First Amendment review. Indeed, neither addresses the First Amendment at all.

1  information, they would hold no evidentiary value to Movants whatsoever and the

2  subpoena would be pointless.

3        Second, as Movants know, the process of unmasking a Reddit user turns on

4  Reddit's disclosure of an IP address because Reddit does not require its users to

5  provide their real names or addresses. Schottlaender Decl. ¶ 2. For that reason,

6  provision of an IP address *is* unmasking subject to First Amendment scrutiny. *See,*

7  *e.g.*, *Castro v. Doe*, No. 23-mc-80198-TSH, 2023 WL 9232964, at *2–3 (N.D. Cal. Oct.

8  12, 2023) (Hixson, M.J.) (applying First Amendment unmasking standards to

9  subpoena seeking "A list of all internet protocol addresses used by Wikipedia

10  Administrator…to access his Wikipedia account over the past 12 months."); *Wirt v.*

11  *Twitter, Inc.*, No. 21-mc-801660, 2021 WL 5919846, at *1 (N.D. Cal. Dec. 15, 2021)

12  (engaging in First Amendment analysis where IP addresses associated with Tweets

13  were being requested from Twitter); *see also Obi Pharma, Inc. v. Does 1-20*, No.

14  16CV2218, 2017 WL 1520085, at *5 (S.D. Cal. Apr. 27, 2017) (after application of

15  First Amendment standards, recognizing IP addresses to be essential to unmasking

16  because an "IP address cannot be made up in the same way that a poster may

17  provide a false name and address"). After learning an IP address, the Movants need

18  only subpoena the ISP for the subscriber information associated with that IP

19  address, and the ISP does not share Reddit's interest in protecting the anonymity of

20  that user. *See, e.g.*, *In re Grand Jury Subpoena, No. 16-03-217*, 875 F.3d 1179, 1183

21  n.2 (9th Cir. 2017) (recognizing a platform's unique third-party standing to assert

22  the First Amendment rights of its users because the platform has a "sufficiently

23  close relationship" to those users and because the platform would suffer its *own*

24  injury to its business if forced to identify its users).

25     **B.**    **Plaintiffs can obtain this evidence through other, less**

26               **constitutionally invasive means.**

27        Movants cannot show that the information they seek here is unavailable from

28  other sources. As in *Reddit I* and *II*, Movants justify their First Amendment

1   encroachments here by arguing that they seek evidence: (i) that "the ability to freely
2   pirate" drew customers to Frontier; and (ii) that Frontier failed to implement a
3   repeat infringer policy. Mot. ¶ 21. But evidence on those issues is available and
4   obtainable outside of these six targeted Reddit users such that it is not "essential"
5   and fails *2TheMart. Rich*, 2020 WL 5910069, at *5.

6           **1.**     **Movants are already seeking this evidence directly from**
7                      **known copyright infringers on Frontier's network.**

8         As in *Reddit II*, Movants here are already actively pursuing alternative
9   evidence far better than what they could obtain from Reddit. In *Reddit II*, Movants
10  admitted that they were in possession of a list of IP addresses that had most
11  frequently infringed copyrights using that defendant ISP's networks. This Court
12  recognized that admission to be fatal under *2TheMart*; where the Movants already
13  have the "top pirating IP addresses…it is not obvious why subpoenaing even a
14  subset of those addresses would not yield information at least equivalent to, if not
15  better than, information from the six Reddit subscribers." *Reddit II*, 2023 WL
16  4849434, at *4. Here, Movants again admit that they already have "pirating [IP]
17  addresses." Mot. ¶ 8; *see also In re Frontier*, ECF No. 2233, at 2 (Dec. 1, 2023)
18  ("Movie Company Claimants have identified the IP addresses of the alleged
19  infringers."). And, as described above, Frontier has already indicated that it will
20  provide Movants with identifying information for those IP addresses upon receipt of
21  a subpoena. *In re Frontier*, ECF No. 2255.

22        Movants offer two nonsensical responses. First, they complain that Fronter
23  has objected to disclosing subscriber information. Mot. ¶ 33. But that is belied by
24  Frontier's latest filing, which postdates the Motion. *In re Frontier*, ECF No. 2255
25  (suggesting that Movants need only issue a subpoena for this information). Movants'
26  argument also misleads the Court about the information in Reddit's possession. As
27  described above, the only identifying information in Reddit's possession *is* IP
28  addresses. Where Movants *already have* IP addresses for alleged copyright

infringers on Frontier's network, Reddit's disclosure of the Reddit users' IP addresses offers Movants nothing new—only significantly less relevant IP addresses.

Second, Movants argue that even if they obtain subscriber information for those infringer IP addresses, "this information would not provide Movants with documented evidence that the ability to pirate freely was a draw to using Frontier's service or that Frontier failed to reasonably implement a policy for terminating repeat infringers." Mot. ¶ 33. But Reddit does not have any such "documented evidence" in its possession either —it only has IP addresses. And to the extent Movants are suggesting that the Reddit posts themselves are "documented evidence," Movants need not unmask the Reddit users to admit that documented evidence; Movants could lay the evidentiary foundation for, and authenticate, those posts themselves. *See, e.g.,* Mot. ¶ 32 (conceding that the Reddit posts themselves "refer to Defendant's lack of a policy for terminating repeat infringers and/or failure to reasonably implement such a policy."); *see also 2TheMart*, 140 F. Supp. 2d at 1097 ("The messages are available for use at trial, and TMRT can factually support its defense without encroaching on the First Amendment rights of the Internet users."); *La Force v. GoSmith, Inc.,* No. 17-cv-05101, 2017 WL 9938681, at *3 (N.D. Cal. Dec. 12, 2017) (describing how a litigant can authenticate and admit printouts of webpages as evidence).

### 2. Evidence about Frontier's repeat infringer policies can come from Frontier.

In *Reddit I*, this Court recognized that the copyright holders could not meet the *2theMart* standard because:

> there is information available from another source to establish or disprove the plaintiffs' three alleged categories of relevance. Specifically, [the ISP] is the party that (according to the plaintiffs) "has not reasonably implemented a policy for terminating repeat infringers," "controls the conduct of its subscribers," and allows its customers "to freely pirate without consequence." The high likelihood that this information is available from [the ISP] defeats the plaintiffs'

1

subpoena[.]

2 *Reddit I*, 2023 WL 3163455, at *4. The circumstances here are no different at all;

3 Movants can obtain evidence on these issues in the normal course of discovery from

4 Frontier. While Movants complain that the discovery period in their underlying

5 litigation ends in June 2024 (Mot. ¶ 33), Reddit fails to see the problem.  There is

6 more than sufficient time for Movants to issue a subpoena to Frontier for basic

7 subscriber information for the infringing addresses, and there is even sufficient time

8 to seek redress from the court should Frontier fail to respond.  Importantly, while

9 Movants note that they have propounded nearly a hundred RFPs, they have not

10 provided any other information regarding their efforts to obtain this information

11 from the ISP.  *Id.*  Movants are not shy to prematurely move to compel discovery

12 (*see, e.g., Reddit I; Reddit II; Reddit III*) and fact discovery periods can always be

13 extended to provide a litigant with ample opportunity to obtain necessary evidence.

14      **C.**    **The Court should, for the third time, reject Movants' argument**
**that their unfounded allegations of copyright infringement**

15      **make *2theMart* inapplicable.**

16
    Without mentioning that this Court has already twice rejected the very same

17 argument,[5] Movants argue that because the Reddit users were "boasting of criminal

18 conduct violating [copyright law],"[6] the *2theMart* standard should not apply because

19

20 [5] Worse, it appears that Movants copied and pasted some of their briefing on this
point from *Reddit II*, where the argument was expressly rejected. *Compare* Mot. ¶ 31
21 (asking the Court to apply "the *Twitter* standard" despite not citing a single case
relating to Twitter) *with Reddit II*, ECF No. 1 ¶ 30 (making the exact same
22 argument but citing to *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp.
3d 868, 876 (N.D. Cal. 2022), and asking that court to apply "the *Twitter* standard").
23

24 [6]  Movants' rush to label the users' conduct "criminal" underscores the need to quash
25 the subpoena. "As with other forms of expression the ability to speak anonymously
on the Internet promotes the robust exchange of ideas and allows individuals to
26 express themselves freely without fear of economic retaliation or concern about
social ostracism." *Smythe v. Does*, No. 15-mc-80292, 2016 WL 54125, at *2 (N.D. Cal.
27 Jan 5, 2016) (Beeler, M.J.) (cleaned up) (quoting *In re Anonymous Online Speakers*,
28 661 F. 3d 1168, 1173 (9th Cir. 2011)). Calling these anonymous users "criminal" and

-9-

"copyright law includes built-in First Amendment accommodations such as the fair use defense." Mot. ¶ 31. Movants then cite *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875, 882–83 (N.D. Cal. 2020), a case in which the court held that it need not conduct a First Amendment analysis at the unmasking stage because the to-be defendant in a copyright infringement action would have an opportunity to present their First Amendment defense by asserting fair use. *Id.*

This argument has been rejected twice by the Court when deciding *Reddit I* and *Reddit II* because of the obvious distinction that the anonymous users here are not going to be defendants in any infringement actions. *See* Mot. ¶ 28 ("Movants are not seeking to retaliate economically or officially against these Reddit users. Rather, Movants wish to use their comments as evidence…."). "The fair use defense is available only to those accused of copyright infringement, and the Reddit users at issue here are uninvolved third parties." *Reddit I*, 2023 WL 3163455, at *3 (citing and expressly distinguishing the case on which Movants now rely, *In re DMCA Subpoena to Reddit*, 441 F. Supp. 3d at 882–83); *see also Reddit II*, 2023 WL 4849434, at *3 (declining to apply the lesser "fair use" standard to a Reddit user because that user "is a witness, not a defendant. He thus does [not] have available to him the built-in First Amendment accommodations of copyright law, such as the fair use defense.") (cleaned up).

## IV.    CONCLUSION

For the foregoing reasons, the Court should deny the Motion and quash the subpoena issued to Reddit.

---

then seeking to expose their identities is a thinly-veiled effort to suppress similar speech and activity.

Dated:  January 23, 2024           **PERKINS COIE LLP**

By: *Hayden M. Schottlaender*

Julie E. Schwartz, CA Bar No. 260624
Hayden M. Schottlaender, TX Bar No. 24098391
Jameson Ullman, CA Bar No. 345480

-11-