Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Hayden M. Schottlaender, TX Bar No. 24098391
*Admitted Pro Hac Vice*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: +1.214.965.7700
Facsimile: +1.214.965.7799

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Subpoena to Reddit, Inc.,* | Case No. 3:24-mc-80005-TSH <br><br> **[PROPOSED] ORDER DENYING MOVANTS' MOTION TO COMPEL** <br><br> Date: Feb. 15, 2024 <br> Time: 10:00 a.m. <br> Judge: Hon. Thomas S. Hixson |

-2-

1   Voltage Holdings, LLC, Screen Media Ventures, LLC, Laundry Films, Inc.,
2   Killing Link Distribution, LLC, and Family of the Year Productions, LLC
3   ("Movants") have filed a Motion to Compel (the "Motion") seeking to compel Reddit,
4   Inc. ("Reddit") to produce documents and information in response to a subpoena
5   issued by Movants. ECF No. 1. Reddit opposes that Motion. Having considered all
6   associated briefing, argument, documents, and evidence on the record at the time of
7   this Order, the Motion is hereby **DENIED**, as Movants have failed to satisfy the
8   relevant First Amendment standards, as identified in *In re Reddit, Inc.*, – F. Supp.
9   3d –, 2023 WL 3163455 (N.D. Cal. Apr. 28, 2023) (Beeler, M.J.) and *In re Reddit,*
10  *Inc.*, No. 3:23-mc-80173-LB, 2023 WL 4849434 (N.D. Cal. July 29, 2023) (Beeler,
11  M.J.).

13       IT IS SO ORDERED.

15  Dated: _____, 2024

17                                              By: _____
                                                    The Honorable Thomas S. Hixson
18                                                  United States Magistrate Judge