1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
4  Facsimile: +1.206.359.9000

5  Hayden M. Schottlaender, TX Bar No. 24098391
   *Admitted Pro Hac Vice*
6  HSchottlaender@perkinscoie.com
   PERKINS COIE LLP
7  500 N. Akard Street, Suite 3300
   Dallas, Texas 75201
8  Telephone: +1.214.965.7700
   Facsimile: +1.214.965.7799
9
   Jameson Ullman, Bar No. 345480
10 JUllman@perkinscoie.com
   PERKINS COIE LLP
11 505 Howard Street, Suite 1000
   San Francisco, California 94105
12 Telephone: +1.415.344.7000
   Facsimile: +1.415.344.7050

13

14 **UNITED STATES DISTRICT COURT**
15 **NORTHERN DISTRICT OF CALIFORNIA**
   **SAN FRANCISCO DIVISION**
16

17 | | |
18 | *In re Subpoena to:* | Case No. 3:24-mc-80005-TSH |
   | *Reddit, Inc.,* | |
19 | | **DECLARATION OF HAYDEN M. SCHOTTLAENDER IN SUPPORT OF REDDIT'S OPPOSITION TO MOTION TO COMPEL** |
20 | | |
21 | | Date: February 15, 2024 |
22 | | Time: 10:00 a.m. |
   | | Judge: Hon. Thomas S. Hixson |
23

24

25

26

27

28

1   I, Hayden M. Schottlaender, declare as follows:

2   1.   I am a Partner at the law firm Perkins Coie LLP, am one of the
3   attorneys representing Reddit, Inc. ("Reddit") in this action, and I am a frequent
4   user of Reddit's online platform. I have personal knowledge of the facts set forth in
5   this declaration and am competent to testify thereto.

6   2.   Reddit is a community of online communities. Within those
7   communities, called "subreddits," users gather to discuss shared interests. Users
8   generally participate on the platform pseudonymously, and Reddit does not require
9   that they use or provide Reddit with their legal names or addresses.

10  I declare under penalty of perjury that the foregoing is true and correct.
11  Executed on January 23, 2024, in Dallas, Texas.

By: /s/ *Hayden Schottlaender*
Hayden M. Schottlaender