Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
Attorneys for Movants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:24-mc-80005-TSH<br>Hearing Date: Feb. 15, 2024<br>Time: 10:00 AM<br><br>**MOVANTS' REPLY IN SUPPORT OF MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA** |

**MOVANTS' REPLY IN SUPPORT OF MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA**

Movants Voltage Holdings, LLC; Screen Media Ventures, LLC; Killing Link Distribution, LLC; Family of the Year Productions, LLC; and Laundry Films, Inc., by and through their counsel, pursuant to Civ L.R. 7.3(c), file their Reply in support of their Motion for an order compelling non-party REDDIT, INC. ("Reddit") to fully produce documents in response to their Rule 45 subpoena.

**I.     INTRODUCTION**

1.     Movants are not "unmasking" Reddit's subscribers. Movants' subpoena merely requests Internet Protocol ("IP") address logs. An IP address is not a person. *See Malibu Media, LLC v.*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

*Doe*, No. 1:14-cv-20213-UU, 2014 U.S. Dist. LEXIS 185324, at *5 (S.D. Fla. Mar. 4, 2014) ("…IP addresses…especially are not representative of individual people."). Nor is an IP address, by itself, identification information of a person. *See United States v. Monroe*, 350 F. Supp. 3d 43, 48-49 (D.R.I. 2018) ("It does not, in and of itself, reveal a particular user's identity…"). Accordingly, Reddit's pages of arguments based upon the First Amendment standards for "unmasking" anonymous speakers are not applicable. Reddit does not dispute that the information Movants seek is relevant to their claims and rebuts Frontier's safe harbor defense. Reddit does not assert any burden for disclosing the IP address log information requested. The Court should grant Movants' motion.

## II.    ARGUMENT

### A.  An IP address is not an identification.

2.      Reddit argues that Movants seek to compel it to "unmask" its subscribers. Opp., p.5[1]. But Reddit concedes that should the Court grant Movants' motion, Movants would still have to serve a further subpoena on Frontier to obtain subscriber information associated with IP addresses received from Reddit. *See id.*, p.6 ("After learning an IP address, the Movants need only subpoena the ISP for the subscriber information associated with that IP address…"). As discussed below, this is not the case. But in view of this concession, there is no need for this Court to conduct First Amendment analysis on non-identification information Reddit's subscribers voluntarily turn over to third parties or consider the applicability of earlier Reddit subpoena decisions which Judge Beeler already ruled are not related to this case. *See* Doc. #19. As Movants pointed out in their opening brief, Courts have repeatedly concluded in the Fourth Amendment context that there is no privacy right to IP addresses that are voluntarily turned over to third parties. *Smith v.*

---

[1] Movants are using the ECF numbering of Reddit's Opposition Brief.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

*Maryland*, 442 U.S. 735, 743-744, 99 S. Ct. 2577, 2581-82, 61 L. Ed. 2d 220 (1979).

3. Reddit argues in a footnote that Movants' citation of cases such as *United States v. Forrester,* 512 F.3d 500 (9th Cir. 2008) that explicitly state that individuals do not have a privacy interest in IP addresses are not applicable because they do not include First Amendment analysis. *See* Opp., FN4. But Courts have cited these Fourth Amendment decisions when rejecting the same arguments made by Reddit that the First Amendment protects anonymous speech using IP addresses in the context of copyright infringement. *See, e.g., Strike 3 Holdings v. Doe*, Civil Action No. 3:18-CV- 2120(CSH), 2019 U.S. Dist. LEXIS 30148, at *14 (D. Conn. Feb. 26, 2019) (quoting *Forrester*, *United States v. Ulbricht*, 858 F.3d 71, 96 (2d Cir. 2017) and *United States v. Christie*, 624 F.3d 558, 573 (3d Cir. 2010) in rejecting argument that the First Amendment protected anonymous speech using IP addresses in the context of copyright infringement.). And Courts have noted that First Amendment anonymity cannot be used to mask copyright infringement or to facilitate infringement by other persons. *See, e.g., Arista Records Ltd. Liab. Co. v. Doe*, 604 F.3d 110, 118 (2d Cir. 2010). Indeed, a Court has stated that the Fourth Amendment provides stronger protection from the government's authority than the First Amendment. *See Presbyterian Church v. United States*, 752 F. Supp. 1505, 1511 (D. Ariz. 1990) ("When the focus of a discussion becomes whether to limit the government's authority to conduct criminal investigations, the fourth amendment is triggered more directly than the first amendment simply because the fourth amendment offers greater and more profound protection."). Accordingly, it would be contradictory to conclude that the First Amendment provides a right to privacy for IP addresses of comments boasting of copyright infringement as argued by Reddit when the Ninth Circuit already concluded in *Forrester* that there is no such right.

4. Reddit cites three cases as support for its proposition that disclosure of IP address logs constitutes unmasking. *See* Opp. p.10. However, in two of the cases *Wirt v. Twitter, Inc.*, No.

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

3

21-mc-801660, 2021 WL 5919846, at *1 (N.D. Cal. Dec. 15, 2021) and *Obi Pharma, Inc. v. Does 1-20*, No.16CV2218, 2017 WL 1520085, at *5 (S.D. Cal. Apr. 27, 2017), the subpoenas at issue requested more than just IP address logs. *See Obi Pharma*, 2017 U.S. Dist. LEXIS 64273, at *11 at *11 ("all identifying information, including name(s), address(es), telephone number(s), email address(es), and IP address(es) for the identified inspire.com users.") and *Wirt*, 2021 U.S. Dist. LEXIS 239834, at *2 (N.D. Cal. Dec. 15, 2021)("Dr. Wirt's subpoena seeks only basic subscriber information for the account in question, along with the IP addresses associated with the tweets"). Although the subpoena in the third case: *Castro v. Doe*, No. 23-mc-80198-TSH, 2023 WL 9232964, at *2–3 (N.D. Cal. Oct. 12, 2023) was limited to a list of IP addresses, the *Castro* opinion is not a final decision. Moreover, it does not appear that the *pro se* Movant in *Castro* even argued that the IP addresses requested were not identification data. Accordingly, these three cases cited by Reddit are not applicable.

5.   Movants disagree with Reddit's assertions that "it only has IP addresses" for its users or that "the process of unmasking a Reddit user turns on Reddit's disclosure of an IP address…". Opp., pp.8 and 10.  In other cases, Movants' counsel has obtained information from Reddit besides IP addresses such as email addresses. *See In re Reddit, Inc.*, No. 3:23-mc-80037-LB, 2023 U.S. Dist. LEXIS 74338, at *4 (N.D. Cal. Apr. 28, 2023) ("Reddit later provided the identifying information for one user ("ben125125") after giving that user notice.") and Decl. of Culpepper, ¶4. Indeed, Reddit itself states that it has telephone and name information for users, information which Movants did not request. *See id.*, ¶5. Accordingly, the unmasking process turns on more than just IP addresses.

**B. Reddit's draws an incorrect conclusion that Movants have alternative sources from glancing at the Frontier docket.**

6.   Reddit asserts that "The underlying bankruptcy court adjudicating the copyright litigation

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4

has already ruled that the Movants can obtain identifying information from Frontier for IP addresses known to have pirated using Frontier's network." Opp., p.8. Reddit draws this incomplete picture from its brief glance of the over two thousand docket entry Frontier case. The complete picture is that the Bankruptcy Court issued a Cable Act Order on Jan. 25, 2024 limiting authorization to disclose identifications of only subscribers that infringed one or more of the movies at issue. *See* Decl. of Culpepper, ¶6; Ex. "1". Accordingly, even if Movants sought to use IP addresses obtained from Reddit to obtain identification information in another discovery request to Frontier in the Bankruptcy Court, Movants would at best only be able to obtain such identification information if those Reddit subscribers infringed at least one of the movies at issue from one of the IP addresses turned over by Reddit. Reddit's inaccurate argument makes the point this Court made in the Order [Doc. #5] of Jan. 10, 2024. If the decision on enforcement of this subpoena turns on minute factual details of the underlying case, Movants respectfully assert that the Bankruptcy Court that is familiar with the details of this case is best fit for making that decision. But most importantly, whether the Bankruptcy Court would turn over identification information is beside the point because that is not what Movants are requesting here. Rather, the high evidentiary value in the IP address logs requested is to: (1) show that the Reddit users that made comments boasting of piracy used Frontier IP addresses just as boasted; and (2) identify the number of notices sent to Frontier concerning piracy at these IP addresses where Reddit users boasted of being able to pirate freely with consequence. This evidence will rebut Frontier's assertion that it has implemented a policy for terminating repeat infringers sufficient for the 17 U.S.C. §512(a) safe harbor and prove the second requisite element of Movants' claim for vicarious infringement by establishing that the ability to pirate freely is a draw to users of Frontier's service. *See Rams v. Def Jam Recordings, Inc.*, 202 F. Supp. 3d 376, 385 (S.D.N.Y. 2016) (quoting *A&M Records, Inc. v. Napster Inc.*, 239 F.3d 1004, 1023 (9th Cir. 2001).

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-kona,
Hawaii 96740
(808) 464-4047

7.      Reddit argues that Movants could somehow, "lay the evidentiary foundation for, and authenticate, those posts themselves." Opp., p.12.  However, the Court in *BMG Rights Mgmt. (US) LLC v. Cox Communs.* rejected an attempt by the Plaintiff to introduce similar types of Reddit posts as evidence in a motion for summary judgment. *See BMG Rights Mgmt. (US) LLC v. Cox Communs., Inc.*, 149 F. Supp. 3d 634, 676 n.30 (E.D. Va. 2015).  Movants intend to show that these posts were made from same Frontier IP addresses where multiple notices of infringement were sent to Frontier.  At the very least, Movants need to show that these posts were made from Frontier IP addresses for the Court to consider them as evidence.

8.      Movants cannot obtain evidence of the IP addresses used for these posts from Frontier. Movant cannot plausibly obtain this evidence from the Frontier subscriber identifications since they are only requesting less than 1.2 percent of the infringing IP addresses.  *See* Decl. of Culpepper, ¶6.  But since Reddit does not object based upon any burden to it for producing this information, Movants respectfully assert that whether they could find these needles in a haystack is not at issue.

**C.  The underlying case has a protective order.**

9.      Assuming *arguendo* that the Court considers IP address logs "unmasking" and the specific comments at issue protected speech, Movants urge the Court to consider that the underlying case has a protective order in place that includes Confidential and Highly Confidential – Attorneys' Eyes' Only designations.  Since boasting of piracy is, at best, commercial speech rather than speech on political, religious, or literary issues, it is afforded the least protection.  *See In re Anonymous Online Speakers*, 661 F.3d 1168, 1177 (9th Cir. 2011).  Movants can designate the IP address logs under one of these confidential categories to provide sufficient protection in view of the low value of any speech at issue subject to the approval of the Bankruptcy Court.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

## III. CONCLUSION

10.     Accordingly, Plaintiffs pray that this Court grant its motion to compel Reddit to fully respond to the subpoena and such other relief they are justly due.

DATED:      Kailua Kona, Hawaii,      Jan. 26, 2024.

Respectfully submitted,

**CULPEPPER IP, LLLC**

/s/ *Kerry S. Culpepper*
Kerry S. Culpepper
*Attorney for Movants*
Admitted *Pro Hac Vice*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

7

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed via ECF and therefore served to parties on the NEF list.

DATED:     Kailua Kona, Hawaii,          Jan. 26, 2024

Respectfully submitted,

**CULPEPPER IP, LLLC**

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
*Attorney for Plaintiffs*
Admitted *Pro Hac Vice*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

8