UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:24-mc-80005-TSH |

### SECOND DECLARATION OF KERRY S. CULPEPPER

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney and represent the Movants and the Movie Claimants in the underlying case.

2. I have personal knowledge of the matters stated herein, and this declaration is given in support of Movants' REPLY IN SUPPPORT OF MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA filed herewith.

3. I served a subpoena on Reddit in connection with a different case (*Millennium Funding, Inc., et al., v. Wicked Technology Limited, et al.*, No. 1:21-cv-00282-RDA-TCB (E.D. Va.) for user identities that were violating the permanent injunction to which Reddit responded on July 13, 2022. Reddit provided information besides IP address logs such as the email address the users used to register for the account.

4. I also served a subpoena on Reddit in connection with a different case that was the subject of *In re Reddit, Inc.*, No. 3:23-mc-80037-LB, 2023 U.S. Dist. LEXIS 74338 (N.D. Cal. Apr. 28, 2023). As noted in this case decision, Reddit provided information for one user ("ben125125"). The information provided included the email address, the IP address logs and an excel sheet "linked_phone_number". Although the linked_phone_number file did not include any information, my understanding is that Reddit stores linked phone numbers for some users.

5.   On Jan. 24, 2024, I viewed Reddit's website "Guidelines for Law Enforcement" at https://www.redditinc.com/policies/guideline-for-law-enforcement. Below is a true and accurate partial screenshot of the website as it appeared. According to this website, Reddit stores "Basic Subscriber Information - This includes the username/subscriber identity, IP logs (including registration IP), the user's name (if any), email address (if any), and phone number (if any)." This is consistent with my understanding that Reddit stores linked phone numbers for some users.



6.   On Jan. 22, 2024, Frontier and Movie Claimants (including Movants) submitted dueling versions of a proposed Cable Act Order to the Bankruptcy Court. In the underlying case, there are over 85,000 IP addresses for which Movie Claimants' agents sent notices of infringement. Movie Claimants requested authorization to request identification information for only up to 1000 IP addresses (less than 1.2 percent of the total) in their proposed Cable Act Order. On Jan. 25, 2024, the Bankruptcy Court issued a Cable Act Order [Doc. #2264] authorizing Frontier to disclose identifications of subscribers (current or former) that infringed one or more of the movies at issue. I have attached a true and accurate copy of the Order as Exhibit "1".

7.   On Dec. 13, 2023, the Bankruptcy Court entered a confidentiality order, *see* Doc. #2243, that includes Confidential and Highly Confidential – Attorneys' Eyes' Only designations.

DATED: Kailua-Kona, Hawaii, Jan. 25, 2024.

CULPEPPER IP, LLLC

_/s/ Kerry S. Culpepper_
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

Telephone:   (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com