Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Movants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:24-mc-80005-TSH<br>Hearing Date: Feb. 15, 2024<br>Time: 10:00 AM<br>**UNOPPOSED MOTION FOR LEAVE FOR MOVANTS' COUNSEL TO APPEAR AT HEARING REMOTELY** |

## UNOPPOSED MOTION FOR LEAVE FOR MOVANTS' COUNSEL TO APPEAR AT HEARING REMOTELY

Movants Voltage Holdings, LLC; Screen Media Ventures, LLC; Killing Link Distribution, LLC; Family of the Year Productions, LLC; and Laundry Films, Inc. move for leave to appear remotely at the hearing on the motion (should the Court deem a hearing necessary).

Good cause exists because the office of Movants' counsel Kerry S. Culpepper is outside of this district (in Kailua Kona, Hawaii). The office of Reddit's lead counsel Hayden Schottlaender is also outside of this district (in Dallas, Texas). Significant travel would create unnecessary financial

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

and scheduling burdens for Movants' and Reddit's counsels.  Both parties would also be able to save time and money if their counsels were allowed to appear remotely.

For the reasons set forth herein, Movants respectfully requests their counsel Kerry S. Culpepper be excused from the Court's in-person requirement for the hearing on the motion currently noticed for Feb. 15, 2024 and be allowed to appear remotely.

Movants met and conferred with counsel for Reddit on the substance of this motion via email.  Reddit's counsel Hayden Schottlaender also indicated his wish to appear remotely (via Zoom) at the hearing.  Movants do not oppose Reddit's counsel also being permitted to appear remotely.

DATED:        Kailua-Kona, Hawaii, Jan. 26, 2024.

Respectfully submitted,

**CULPEPPER IP, LLLC**

/s/ Kerry S. Culpepper
Kerry S. Culpepper, *pro hac vice*
*Attorney for Movants*

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047