# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to Reddit, Inc. | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE FOR MOVANTS' COUNSEL TO APPEAR AT HEARING REMOTELY** |

### [proposed] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE FOR MOVANTS' COUNSEL TO APPEAR AT HEARING REMOTELY

Before the Court is the Motion of Voltage Holdings, LLC; Screen Media Ventures, LLC; Killing Link Distribution, LLC; Family of the Year Productions, LLC; and Laundry Films, Inc. for leave for their counsel Kerry S. Culpepper to appear remotely at the hearing on the motion (should the Court deem a hearing necessary). For GOOD CAUSE, Movants' Motion is hereby GRANTED. Movants' counsel Kerry S. Culpepper is excused from the Court's in-person requirement and may appear remotely at the hearing on the motion currently noticed for Feb. 15, 2024.

Entered and dated at __SF__, California, this __30th__ day of __January__, 2024.

BY THE COURT:

_____

Honorable Thomas S. Hixson
United States Magistrate Judge

Call in phone number: 1-888-684-8852/Passcode: 2925506

1