Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:  +1.206.359.8000
Facsimile:  +1.206.359.9000

Hayden M. Schottlaender, TX Bar No. 24098391
*Admitted Pro Hac Vice*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone:  +1.214.965.7700
Facsimile:  +1.214.965.7799

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:  +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Reddit, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

*In re Subpoena to:*
*Reddit, Inc.*,

Case No. 3:24-mc-80005-TSH

**REDDIT, INC.'S STIPULATED ADMINISTRATIVE MOTION FOR TELEPHONIC APPEARANCE**

Date of Relevant Hearing:
February 15, 2024
Time: 10:00 a.m.
Judge: Hon. Thomas S. Hixson

1  Reddit, Inc. ("Reddit") hereby files this Motion for Administrative Relief,

2  requesting that this court permit Reddit's counsel, Hayden M. Schottlaender, to

3  appear telephonically at the February 15, 2024 hearing on the Motion to Compel

4  (ECF No. 1) filed by Voltage Holdings, LLC et al[1] ("Movants").

5  Mr. Schottlaender resides in Dallas, Texas, and travel for in-person

6  appearance at this hearing would create unnecessary financial and scheduling

7  burdens. Further, Movants will be appearing remotely, pursuant to this Court's

8  January 30, 2024 Order. *See* ECF No. 23. As stated in Movants' motion requesting

9  remote appearance, "Movants do not oppose Reddit's counsel also being permitted to

10  appear remotely." ECF No. 22. As indicated below, counsel for Movants has also

11  stipulated to the relief sought by this Motion.

12  Reddit respectfully requests that this Court grant this Motion and enter an

13  order permitting Reddit's counsel to appear telephonically.

14

15  Dated: February 6, 2024          **PERKINS COIE LLP**

16

17  By: */s/ Hayden M. Schottlaender*

18  Julie E. Schwartz, CA Bar No. 260624
    Hayden M. Schottlaender, TX Bar No.
19   24098391
    Jameson Ullman, CA Bar No. 345480
20

21

22

23

24

25

26  [1] The complete list of Movants includes: Voltage Holdings, LLC and Screen Media

27  Ventures, LLC, Killing Link Distribution, LLC, Family of the Year Productions,
    LLC, and Laundry Films, Inc.

28

3:24-MC-80005-TSH
REDDIT'S STIPULATED ADMINISTRATIVE MOTION FOR TELEPHONIC APPEARANCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Kerry S. Culpepper*
Kerry S. Culpepper, *Pro Hac Vice*
HI Bar No. 9837
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI 96740
kculpepper@culpepperip.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February ___, 2024

_____
Hon. Thomas S. Hixson
United States Magistrate Judge

REDDIT'S STIPULATED ADMINISTRATIVE MOTION FOR TELEPHONIC APPEARANCE