Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Hayden M. Schottlaender, TX Bar No. 24098391
*Admitted Pro Hac Vice*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: +1.214.965.7700
Facsimile: +1.214.965.7799

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Subpoena to Reddit, Inc.*, | Case No. 3:24-mc-80005-TSH<br><br>**[PROPOSED] ORDER GRANTING REDDIT, INC.'S MOTION FOR TELEPHONIC APPEARANCE**<br><br>Date of Relevant Hearing:<br>February 15, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Thomas S. Hixson |

|   |   |
|---|---|
| 1 | Reddit, Inc. ("Reddit") has filed a Stipulated Administrative Motion for |
| 2 | Telephonic Appearance ("Motion"). Voltage Holdings, LLC, Screen Media Ventures, |
| 3 | LLC, Laundry Films, Inc., Killing Link Distribution, LLC, and Family of the Year |
| 4 | Productions, LLC have stipulated to that Motion. Having considered all associated |
| 5 | briefing, argument, documents, and evidence on the record at the time of this Order, |
| 6 | Reddit's Motion is hereby **GRANTED** and Reddit is permitted to appear by |
| 7 | telephone at the hearing on the motion to compel currently noticed for Feb. 15, 2024. |

**IT IS SO ORDERED.**

Dated: February ___, 2024

_____
Honorable Thomas S. Hixson
United States Magistrate Judge