1 | Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
2 | PERKINS COIE LLP
1201 Third Avenue, Suite 4900
3 | Seattle, Washington 98101-3099
Telephone:  +1.206.359.8000
4 | Facsimile:  +1.206.359.9000

5 | Hayden M. Schottlaender, TX Bar No. 24098391
*Admitted Pro Hac Vice*
6 | HSchottlaender@perkinscoie.com
PERKINS COIE LLP
7 | 500 N. Akard Street, Suite 3300
Dallas, Texas 75201
8 | Telephone:  +1.214.965.7700
Facsimile:  +1.214.965.7799

Jameson Ullman, Bar No. 345480
10 | JUllman@perkinscoie.com
PERKINS COIE LLP
11 | 505 Howard Street, Suite 1000
San Francisco, California 94105
12 | Telephone:  +1.415.344.7000
Facsimile:  +1.415.344.7050

**FILED**

Feb 06 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

*In re Subpoena to Reddit, Inc.*,

Case No. 3:24-mc-80005-TSH

**[PROPOSED] ORDER GRANTING REDDIT, INC.'S MOTION FOR TELEPHONIC APPEARANCE**

Date of Relevant Hearing:
February 15, 2024
Time: 10:00 a.m.
Judge: Hon. Thomas S. Hixson

1  Reddit, Inc. ("Reddit") has filed a Stipulated Administrative Motion for
2  Telephonic Appearance ("Motion"). Voltage Holdings, LLC, Screen Media Ventures,
3  LLC, Laundry Films, Inc., Killing Link Distribution, LLC, and Family of the Year
4  Productions, LLC have stipulated to that Motion. Having considered all associated
5  briefing, argument, documents, and evidence on the record at the time of this Order,
6  Reddit's Motion is hereby **GRANTED** and Reddit is permitted to appear by
7  telephone at the hearing on the motion to compel currently noticed for Feb. 15, 2024.

**IT IS SO ORDERED.**

Dated: February  6 , 2024

_____
Honorable Thomas S. Hixson
United States Magistrate Judge