Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Movants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:24-mc-80005-TSH<br>**OPPOSED ADMINISTRATIVE MOTION TO AUGMENT THE RECORD** |
|---|---|

## OPPOSED ADMINISTRATIVE MOTION TO AUGMENT THE RECORD

Movants Voltage Holdings, LLC; Screen Media Ventures, LLC; Killing Link Distribution, LLC; Family of the Year Productions, LLC; and Laundry Films, Inc. move for leave to augment the record to include attached Exhibits "A", "B" and "C". This Motion is pursuant to Civ L.R. 7-11 and, to the extent applicable, Civ L.R. 72-3. Movants' counsel Kerry Culpepper certifies that he met and conferred with counsel for Reddit in a good faith effort to resolve this dispute but a stipulation could not be obtained. *See* Decl. of Culpepper, ¶5.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

**I. The specific action requested.**

Movants request leave to augment the record with attached Exhibits "A", "B" and "C".

**II. The reasons supporting the motion.**

Movants intend to file objections to the Feb. 7, 2024 Order denying their motion to compel ("Order"). *See* Doc. #26. The Order cites a docket filing in the underlying case for the conclusion that "…Frontier has indicated it will provide Movants with identifying information for those IP addresses upon receipt of a subpoena." Order, p.8. However, a few hours after the Order issued, Frontier's counsel demanded that Movants' counsel withdraw the subpoena and expressed Frontier's intent to seek legal relief from the Cable Act Order. *See* Ex. "A". Moreover, at least two Frontier subscribers have filed objections to disclosure of their identifying information. *See* Exs. "B" and "C". Accordingly, the attached exhibits go to the heart of the underpinning of the Order. Therefore, citation to these exhibits is necessary for Movants' forthcoming Objections. Because these exhibits were obtained after the date of the Order and briefing on the motion to compel was completed, Movants could not have brought this information to the attention of the Court prior to the date of the Order.

**III. Conclusion.**

For the reasons set forth herein, Movants respectfully requests that the Court grant them leave to augment the record with attached Exs. "A", "B" and "C".

DATED:   Kailua-Kona, Hawaii, Feb. 14, 2024.

Respectfully submitted,

**CULPEPPER IP, LLLC**

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper, *pro hac vice*
*Attorney for Movants*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2