UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:24-mc-80005-TSH |

**THIRD DECLARATION OF KERRY S. CULPEPPER**

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney and represent the Movants and the Movie Claimants in the underlying case.

2. I have personal knowledge of the matters stated herein.

3. Exhibit "A" is a true and accurate copy of a redacted email I received from Frontier's counsel roughly two hours after the Court issued the Order denying the motion to compel. I redacted to exclude my email address, opposing counsels' email addresses and opposing counsel's phone number.

4. Exhibits "B" and "C" are true and accurate copies of redacted objections to identification disclosure filed by subscribers in the Frontier case filed on Feb. 13, 2024. I redacted to exclude the subscribers' identification information except the first letter of their name.

5. On Feb. 12, 2024, I contacted Reddit's counsel to inquire on their position on my administrative motion to augment the record. On Feb. 13, 2024, Hayden Schottlaender told me that Reddit opposed the motion.

DATED: Kailua-Kona, Hawaii, Feb. 14, 2024.

1

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:     kculpepper@culpepperip.com