# Exhibit "A"

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **To:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Cc:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject:** | Frontier Matter |
| **Date:** | Wednesday, February 7, 2024 2:28:37 PM |

Dear Kerry:

We have sent notices to Frontier subscribers regarding disclosure of their personal identifying information per the Court's order regarding the Cable Act and within the deadlines set forth therein.

However, as you are aware, in light of the Hawaii federal court case we cited in our letter to the Court yesterday, it is clear that your "Cable Act" subpoenas are improper. We ask that you withdraw your subpoenas thereunder, including your recently issued subpoena to Armstrong Communications. Please let us know if you would like to discuss this over the phone or meet and confer further. Otherwise, we reserve the right to raise this matter with the Court and exhaust all rights and remedies under applicable law.

Also, please let us know for which of the following entities (all disclosed by your clients as having relevant information in their 26(a) disclosures) you will accept service of subpoenas on their behalf:

- Mani Thankappa
- DANIEL ARHEIDT
- PML Process Management Ltd
- STEPHEN M. BUNTING of SUMURI, LLC

We simply note that for many of the entities/persons located internationally (specifically, PML Process Management and Daniel Arheidt), they are your clients' agents and have filed declarations attached to your proofs of claim. We should not be forced to issue subpoenas to these international entities overseas if they have documents, and they are obviously subject to your clients' control. Should we not receive documents from them because of difficulties in subpoenaing them or because they do not respond, we reserve all rights to seek exclusion of any documents and/or testimony from them.

Thank you Kerry.

**Ildefonso Mas**

Akerman LLP | 750 Ninth Street, N.W., Suite 750 | Washington, D.C. 20001

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

www.akerman.com

CONFIDENTIALITY NOTE: The information contained in this
transmission may be privileged and confidential, and is intended
only for the use of the individual or entity named above. If the reader of this
message is not the intended recipient, you are hereby notified that any

dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.