

To Whom it may concern:

I request that my personal information is exempt from the subpoena that is requesting it be provided in conjunction with Case 20-22476 - Subpoena Requiring Frontier Communications Corp. to Disclose Your Identity in Case No. 20-22476 (MG) Pending in the U.S. Bankruptcy Court in New York.. My personal information is not relevant to the bankruptcy proceeding. My dealing with Frontier were an agreement made in an understanding of privacy, and my personal information should not be disclosed regardless of what legal proceedings Frontier is in.

Thank you for consideration, and appreciate if you would not require my personal information.

I formally object to Frontier providing my personal information and request this subpeona be quashed.

Thank you,
