February 10, 2024

The Clerk of the United States Bankruptcy Court
for the Southern District of New York, One Bowling Green
New York, NY 100004

**IN RE: Subpoena Requiring Frontier Communications Corp. To Disclose Identity in Case No. 20-22476 (MG) Pending in the U.S Bankruptcy Court in New York**

Clerk of the Court,

My name is R███████████ and have received a letter dated January 29, 2024, from Akerman LLP; Attorneys for Frontier Communications, informing me that my information is to be released to a party in a lawsuit relating to copyright infringement which I do not fully understand. The letter was addressed to R████ █████, along with my current address, and an email I do not recognize:

I hereby wish to challenge/object and motion to quash the Subpoena of allowing Frontier to release my personal information. Frontier does not have any right to disclose my personal information to anyone; and by no means produce anything related to my identity for their case as I am no longer a customer.

Sincerely,

R████████