**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to Reddit, Inc. | **ORDER GRANTING OPPOSED ADMINISTRATIVE MOTION TO AUGMENT THE RECORD** |

**[proposed] ORDER GRANTING OPPOSED ADMINISTRATIVE MOTION TO AUGMENT THE RECORD**

Before the Court is the Motion of Voltage Holdings, LLC; Screen Media Ventures, LLC; Killing Link Distribution, LLC; Family of the Year Productions, LLC; and Laundry Films, Inc. for leave to augment the record to include Exhibits "A" – "C". For GOOD CAUSE, Movants' Motion is hereby GRANTED.  Exhibits "A", "B" and "C" are hereby entered into the record for this case and Movants may cite to them in their forthcoming objection to the Order denying the Motion to Compel.

Entered and dated at _____, California, this _____ day of _____, 2024.

BY THE COURT:

1