1  Julie E. Schwartz, Bar No. 260624
2  JSchwartz@perkinscoie.com
   PERKINS COIE LLP
3  1201 Third Avenue, Suite 4900
   Seattle, Washington 98101-3099
4  Telephone:   +1.206.359.8000
5  Facsimile:   +1.206.359.9000

6  Hayden M. Schottlaender, TX Bar No. 24098391
   *Admitted Pro Hac Vice*
7  HSchottlaender@perkinscoie.com
   PERKINS COIE LLP
8  500 N. Akard Street, Suite 3300
9  Dallas, Texas 75201
   Telephone:   +1.214.965.7700
10 Facsimile:   +1.214.965.7799

11
   Jameson Ullman, Bar No. 345480
12 JUllman@perkinscoie.com
   PERKINS COIE LLP
13 505 Howard Street, Suite 1000
14 San Francisco, California 94105
   Telephone:   +1.415.344.7000
15 Facsimile:   +1.415.344.7050

16 Attorneys for Reddit, Inc.

17
18                          **UNITED STATES DISTRICT COURT**
                            **NORTHERN DISTRICT OF CALIFORNIA**
19                               **SAN FRANCISCO DIVISION**

20 | *In re Subpoena to:* | |
   | *Reddit, Inc.*, | Case No. 3:24-mc-80005-TSH |
21 | | |
22 | | **REDDIT, INC.'S STATEMENT OF** |
   | | **NON-OPPOSITION TO ADMINISTRATIVE** |
23 | | **MOTION TO AUGMENT THE RECORD** |
24 | | Date: N/A – No Hearing (Civil L.R. 7-11(c)) |
   | | Time: N/A – No Hearing (Civil L.R. 7-11(c)) |
25 | | Judge: Hon. Thomas S. Hixson |

26
27
28

1  Reddit, Inc. ("Reddit") hereby files this Statement of Non-Opposition to the Administrative Motion to Augment the Record ("Administrative Motion") filed by Voltage Holdings, LLC et al[1] ("Movants").

Reddit originally opposed the Administrative Motion because, when Movants emailed Reddit requesting its position, Movants did not indicate they were supplementing the record in connection with a motion for de novo determination of dispositive matter referred to a magistrate judge, pursuant to Local Rule 72-3, and Movants refused to provide a draft of the Administrative Motion when asked.[2] Given that Local Rule 72-3 states that a motion to augment the record is to be filed "[a]t the time" that a party files a motion for de novo review, Reddit was unaware of any reason for which the record would need to be augmented.

While Reddit does not oppose the relief sought by the Administrative Motion, it reserves the right to argue that Movants' new evidence should not affect the ultimate outcome because, as Judge Hixson correctly recognized, the Movants can obtain the evidence they seek by requesting discovery relief against Frontier in the underlying litigation against Frontier. ECF No. 26, at 10.

Dated: February 15, 2024	**PERKINS COIE LLP**

By: */s/ Hayden M. Schottlaender*

Julie E. Schwartz, CA Bar No. 260624
Hayden M. Schottlaender, TX Bar No. 24098391
Jameson Ullman, CA Bar No. 345480

---

[1] The complete list of Movants includes: Voltage Holdings, LLC, Screen Media Ventures, LLC, Killing Link Distribution, LLC, Family of the Year Productions, LLC, and Laundry Films, Inc.

[2] Further, in Movant's email to Reddit, Movants only stated that they intended to augment the record with Exhibit A to the Administrative Motion. Movants never mentioned or sought Reddit's position on Exhibits B and C.