# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | **ORDER GRANTING MOVANTS' MOTION FOR RELIEF FROM JUDGE HIXXON'S ORDER** |

**[proposed] ORDER GRANTING MOVANTS' MOTION FOR RELIEF FROM JUDGE HIXSON'S ORDER**

Before the Court is the Motion of Movants Voltage Holdings, LLC; Screen Media Ventures, LLC; Killing Link Distribution, LLC; Family of the Year Productions, LLC; and Laundry Films, Inc. for de novo determination of or in the alternative relief from Nondispositive Pretrial Order of Magistrate Judge Hixson's Order [Doc. #26] ("Order") denying their motion to compel non-party Reddit, Inc. ("Reddit") to fully produce documents in response to their Rule 45 subpoena pursuant to Civ L.R. 72-2. For GOOD CAUSE shown in Movants' Objections, Movants' Motion is hereby GRANTED. Reddit shall file a response to the subpoena within 5 business days disclosing all the requested information for the users without any objections. Failure to comply with this Order may result in a finding of contempt of Court against Reddit, pursuant to Fed. R. Civ. P. 45(g).

Entered and dated at _____, California, this \_\_\_\_ day of _____, 2024.

BY THE COURT:

1