Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Movants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:24-mc-80005-JD<br>Hearing Date: April 11, 2024<br>Time: 10:00 AM<br>**NOTICE OF HEARING ON PLAINTIFFS' MOTION [DOC. #29] FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE AND/OR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

**NOTICE OF HEARING ON PLAINTIFFS' MOTION [DOC. #29] FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE AND/OR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **April 11, 2024, at 10:00 a.m.,** the undersigned will appear before the Honorable Judge Donato of the United States District Court for the Northern

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

1   District of California, and argue in favor of the Motion [Doc. #29] of Movants Voltage Holdings,

2   LLC; Screen Media Ventures, LLC; Killing Link Distribution, LLC; Family of the Year

3   Productions, LLC; and Laundry Films, Inc., for an order sustaining their objections, rejecting or

4   reversing Magistrate Judge Hixson's Order [Doc. #26] and compelling REDDIT, INC. ("Reddit")

5   to fully respond to the subpoena and such other relief they are justly due.

6

7          This Notice is pursuant to Civ. L.R. 7-2(a).

8   DATED:          Kailua-Kona, Hawaii, Mar. 6, 2024.

9                                              Respectfully submitted,

10                                             **CULPEPPER IP, LLLC**

11

12                                             */s/ Kerry S. Culpepper*
                                               Kerry S. Culpepper, *pro hac vice*
13                                             *Attorney for Movants*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

1

2

<u>**CERTIFICATE OF SERVICE**</u>

3

The undersigned hereby certifies that by the methods of service noted below, a true and

4

correct copy of the foregoing was filed via ECF and therefore served to parties on the NEF list

5

and to the following at their last known address:

6

7

John P. Campo, Counsel for Frontier
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020

8

9

10

DATED:          Kailua Kona, Hawaii,          Mar. 6, 2024

11

Respectfully submitted,

12

**CULPEPPER IP, LLLC**

13

14

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
*Attorney for Movants*
Admitted *Pro Hac Vice*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3