Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Movants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:24-mc-80005-JD<br>Hearing Date: May 16, 2024<br>Time: 10:00 AM<br>**MOVANTS' REPLY IN SUPPORT OF MOTION [DOC. #29] FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE AND/OR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

**MOVANTS' REPLY IN SUPPORT OF MOTION [DOC. #29] FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE AND/OR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF <u>MAGISTRATE JUDGE</u>**

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

Movants Voltage Holdings, LLC; Screen Media Ventures, LLC; Killing Link Distribution, LLC; Family of the Year Productions, LLC; and Laundry Films, Inc., by and through their counsel, pursuant to Civ L.R. 7.3(c), file their Reply to Reddit's Opposition [Doc. #33] ("Opp.") in support of their motion for de novo determination of Magistrate Judge Hixson's Order [Doc. #26] ("Order") denying their motion to compel non-party Reddit, Inc. ("Reddit") to fully produce documents in response to their Rule 45 subpoena pursuant to Civ L.R. 72-2, or, in the alternative, pursuant to Civ L.R. 72-3.

## I.   INTRODUCTION

1.   Movants filed this miscellaneous action to compel compliance with a Rule 45 subpoena requesting Reddit to produce IP address logs for certain Reddit subscribers that made posts, some of which are in a Reddit forum ("subreddit") explicitly dedicated to and named Piracy, openly boasting of using Internet service of the ISP Frontier (Defendant in the underlying case) for copyright infringement: "Been using Frontier DSL for years. Despite the sh*tty internet, they didn't give a sh*t what I downloaded. But I download ONE game just for screenshots and Comcast throws me into a legal battle."  Order, p.4.  These are not "random posts about torrenting" as downplayed by Reddit, Opp. at p.5,[1] but rather admissions of deliberate unlawful copyright infringement which the Supreme Court has stated "is no less an unlawful taking of property than garden-variety theft".  *MGM Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913, 961, 125 S. Ct. 2764, 2793 (2005).  Nonetheless, Movants are not seeking to unmask Reddit's subscribers but rather merely requested IP address logs.[2]

2.   Reddit argues that based upon actions some of the Movants took in a *different case* where

---

[1] Movants are using the ECF numbering in the heading.
[2] The Order mistakenly states "login" information rather than logs which are records of the IP address Movants pointed out that the Cable Act order in the underlying case does not permit them to unmask Reddit's subscribers.  Nonetheless, es used to login to the account.  Order, p.2.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

they explicitly sought to unmask subscribers, that Movants will seek to unmask subscribers here. False. Movants repeat that the Cable Act order in the underlying case does not permit them to unmask the Reddit subscribers unless they are among the top pirating IP addresses that shared copies of Movants' movies. Should the Court grant Movants' motion, Movants will not serve a subpoena on Frontier or any other ISP to obtain identification information of the Reddit subscribers as in the different case. To the extent disclosure of IP addresses is unmasking, the Movants' needs for the information they seek outweighs the limited to no First Amendment value in speech boasting of unlawful conduct.

## II.     LEGAL STANDARD

3.     Reddit does not dispute that the do novo standard of review is the applicable standard of review. *See* Opp., p.9 ("…Reddit addresses the issues as though the Order is being reviewed de novo"). Notably, despite Movants limiting their opening brief to less than 5 pages to also comply with Civ L.R. 72-2(b), Reddit filed a 13 page opposition brief. Accordingly, the Court should apply the de novo standard in reviewing the Magistrate Judge's Order.

## III.    ARGUMENT

***A. Reddit fails to refute Movants' argument that disclosure of IP address logs is not unmasking.***

4.     Reddit repeatedly refers to *In re Reddit, Inc.*, — F. Supp. 3d —, No. 3:23-mc-80037, 2023 WL 3163455, at *3 (N.D. Cal. Apr. 28, 2023) (Beeler, M.J.) ("*Reddit I*") and *In re Reddit, Inc.*, No. 3:23-mc-80173, 2023 WL 4849434 (N.D. Cal. July 29, 2023) (Beeler, M.J.) ("*Reddit II*") and argues that the same arguments were rejected twice. Not exactly true. Movants' subpoena does not request identification information like *Reddit I* and *Reddit II*. Rather, the subpoena is limited only to IP address logs records. Accordingly, Movants could not unmask Reddit's subscribers based upon the information they seek (IP address log records). Reddit concedes this point by

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3

citing *Bodyguard Productions, Inc. v. RCN Telecom Serv's, LLC*, Case No. 24-1321, (N.D. Ill, Feb. 15, 2024) ("*Bodyguard Productions*")[3] where some of same Movants later served a subpoena on T-Mobile (an ISP different from the Defendant RCN in the underlying case) to obtain identification information for the Reddit subscriber after obtaining IP address log records from Reddit. However, the fact that the Movants had to serve a subpoena to obtain the identification information shows that disclosure of IP address logs does not unmask the subscriber.

5. Reddit's argues that "the *only* identifying information Reddit may maintain on its users is their IP address…". Opp., p.6. Not true again. Reddit also often includes the email address of the user and phone number. *See* Doc. #21-1, ¶¶4-5. Indeed, Reddit's response to the subpoena in *Bodyguard Productions* included an RCN email address the Reddit subscriber used to register for the Reddit account. *See* Ex. "A, ¶4. And an email address is more reliable unmasking means than an IP address since a user can access the Internet via a Virtual Private Network, public WiFi, etc. Nonetheless, the point is Movants did *not* request identification information such as email addresses or names from Reddit. Thus, the subpoena does not seek to unmask Reddit's subscribers.

6. Conceding this point, Reddit points to *Bodyguard Productions* and argues that Movants' true intentions are to use the IP address logs to later serve further subpoenas to obtain the identification information. Not true again. Firstly, the Movants in *Bodyguard Productions*[4] never made any assurances to Reddit or this Court that they would not seek to unmask the Reddit subscribers if they obtained the IP address log information. Rather, the Movants explicitly argued that their intention was unmasking. *See Reddit II*, 2023 U.S. Dist. LEXIS 74338, at *3 (N.D. Cal.

---

[3] *Bodyguard* and *Reddit I* are ancillary cases of *Bodyguard Prods., Inc. v. RCN Telecom Servs. of Mass., LLC*, No. 3:21-cv-15310 (D.N.J.)

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4

Apr. 28, 2023). Secondly, in this case Movants explicitly pointed out that the Cable Act Order in the underlying case only permits Movants to request identification information for Frontier subscribers that pirated their movies. *See* Doc. ##21, p5, 21-1, ¶6. Accordingly, Movants could not use the IP addresses from Reddit to obtain the Reddit subscribers' identification information from Frontier merely because they made boasts of piracy even if they wanted to. Accordingly, Movants have clearly stated on the record that they could not and will not obtain the identification for the Reddit subscribers in this case. Nonetheless, to reiterate this point, Movants state that should the Court grant their request, they will not serve subpoenas on other ISPs for non-Frontier IP addresses in the log records as in *Bodyguard Productions*, seek another broader Cable Act Order for the purposes of obtaining the identification information of the Reddit subscribers from Frontier, or otherwise seek to use the IP address logs to unmask the Reddit subscribers. However, if by coincidence one of the IP addresses in the Reddit logs are among the top pirating IP addresses that Movants already requested from Frontier on Nov. 22, 2023, only in that case Movants would obtain identification information per outstanding requests. Movants also point out that Reddit's description of Movants merely serving a subpoena on a Reddit subscriber and filing a motion to compel compliance when the Reddit subscriber ignored the subpoena as "harassing" or "hound…with needless and exhaustive discovery…", Opp., pp. 3, 9, is a gross exaggeration.

7. Reddit's relies on *Obi Pharma, Inc. v. Does 1-20*, No.16CV2218, 2017 WL 1520085, at *5 (S.D. Cal. Apr. 27, 2017) for its argument that disclosure of IP addresses is unmasking. This argument fails because the subpoenas at issue in *Obi Pharma* requested more than just IP address logs. *See Obi Pharma*, 2017 U.S. Dist. LEXIS 64273, at *11 ("all identifying information, including name(s), address(es), telephone number(s), email address(es), and IP address(es) for the identified inspire.com users.").

8. On the other hand, the case of *Dig. Shape Techs., Inc. v. Glassdoor, Inc.*, No. 16-mc-

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

80150-JSC, 2016 U.S. Dist. LEXIS 141534, at *14 (N.D. Cal. Oct. 12, 2016) ("*Dig. Shape Techs*" - copy filed at Doc. #29-2) where this Court explicitly rejected the same argument made by Reddit that mere disclosure of IP address information implicates First Amendment analysis fits the present facts perfectly. Reddit first attempts to distinguish *Dig. Shape Techs.* by arguing that the Movant in *Dig. Shape Techs* had made a representation that it would not take the further step of seeking the user's identity and that Movant here have not made same representation. But as stated above, Movants make that same representation in this paper, although they made the same representation in their previous Reply Brief. *See* Doc. ##21, p5 ("But most importantly, whether the Bankruptcy Court would turn over identification information is beside the point because that is not what Movants are requesting here…"), 21-1, ¶6.

9.     Reddit also attempts to distinguish *Dig. Shape Tech* by arguing it did not involve anonymous speech because the user (Ms. Mikulec) admitted she authored the alleged defamatory review at the IP addresses sought by Movant. *See* Opp., p.11. But Reddit coyly omits a key fact of *Dig. Shape Tech* – that the Movant also sought to compel Glassdoor to provide "the IP addresses for the users who viewed Ms. Mikulec's review." *See* Doc. #29-2, p.6. The Court in *Dig. Shape Tech* rejected arguments just like Reddit's made by Glassdoor that the Movant would "seek to subpoena the Internet Service Providers (ISPs) associated with the IP addresses to discover the identity of any individual who viewed the review". Importantly, *Dig. Shape Tech* considered Fourth Amendment cases such as *United States v. Forrester*, 512 F.3d 500, 510 (9th Cir. 2008) in arriving at the conclusion that the First Amendment is not implicated when disclosing IP addresses because there is no expectation of privacy. *See* Doc. #29-2, p.4. In comparison, the Magistrate Judge's Order here ignores *Forrester*. Movants respectfully assert that this Court should adopt the on-point reasoning of *Dig. Shape Tech* and reject Reddit's arguments that mere disclosure of IP address logs is unmasking.

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

6

**B.     Reddit admits that it possesses IP address logs Movants seek that are not available from other sources.**

10.     Reddit raised the example of *Bodyguard Productions* to argue that Movants will seek to use the IP address logs to subpoena a different ISP to unmask their subscribers. *See* Opp., p.9. However, here Reddit admits that the IP address logs it possesses include IP addresses besides those of Frontier (such as T-Mobile) where its subscribers logged into Reddit. Frontier will not possess the IP address logs of these other ISPs. Thus, Movants cannot obtain this information from Frontier. Only Reddit possesses it. And although Movants will not use the non-Frontier IP address logs to unmask the subscribers should this Court grant their motion to compel, this information only Reddit possesses will rebut a defense Frontier is trying to develop that Movants must prove that Frontier users downloaded or uploaded a copy of copyright protected content rather than offered to share a copy with Movants' investigator to prove direct infringement. *See* Ex. "B" (Requests for Admissions Nos. 1-3). Evidence that Reddit users pirated content across different IP addresses of other ISPs as well as Frontier's will rebut Frontier's developing defense.

**C.     Reddit fails to rebut Movants' argument that the Court's conclusion that it can obtain information from Frontier or Frontier's subscribers is premature.**

11.     One of Movants' claims against Frontier is based upon vicarious liability for copyright infringement. An element of vicarious liability Movants must prove is that the Defendant has "an obvious and direct financial interest in the exploitation of copyrighted materials." *EMI Christian Music Grp., Inc. v. MP3tunes, LLC*, 844 F.3d 79, 99 (2d Cir. 2016). The obvious and direct financial interest may be established where infringing material acts as a 'draw' to attract subscribers to a defendant's business, even if it is not the primary, or even a significant draw. *See id.* Besides rebutting Frontier's safe harbor defense, the Reddit subscribers' comments show that the ability to freely pirate content without any consequences is a draw to them being a subscriber

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

7

of Frontier. *See* Doc. #1, p.9. Because Movants need not show that the ability to freely pirate is the primary or significant draw, evidence from Reddit's comments backed up by proof that the comments were made from Frontier IP addresses will satisfy this the draw prong of vicarious liability.

12. Unlike contributory infringement, vicarious liability does not require that the Defendant have knowledge of the infringement. *See Premier Fabrics, Inc. v. Woodland Trading Inc.*, 42 F. Supp. 3d 549, 555 (S.D.N.Y. 2014) ("While knowledge . . . is a required element of contributory copyright infringement, it is not required to state a claim for vicarious copyright infringement."). Accordingly, Reddit's argument that Movants can obtain evidence that the ability to pirate freely is a draw to being a subscriber of Frontier from "run-of-the-mill party discovery" is misplaced. Reddit's citation to *Reddit I* is also unavailing. In *Reddit I* the court noted that discovery had just started in the underlying case and that there was a "high likelihood that this information is available from RCN"[5]. *In re Reddit, Inc.*, No. 3:23-mc-80037-LB, 2023 U.S. Dist. LEXIS 74338, at *9 (N.D. Cal. Apr. 28, 2023). However, in the underlying case discovery has been open since November, yet Frontier has not provided this type of information.[6]

### D. Reddit does not rebut Movants' argument that the Magistrate Judge's Order fails to examine the nature of the speech.

13. Reddit does not dispute Movants' argument that *Anonymous Online Speakers v. United States Dist. Court (In re Anonymous Online Speakers)*, 661 F.3d 1168, 1177 (9th Cir. 2011)

---

[5] Movants' counsel (the same counsel as in *Reddit I*) told the Court that it was highly unlikely that the Defendant RCN would possess this type of information. As of the date of this filing, the Defendant RCN in *Reddit I* has not produced that type of information despite requests for marketing materials. Nor has Frontier.

[6] Movants previously argued that Frontier had stated its intention to seek legal relief from the Cable Order. *See* Doc. #29, p4. On March 8, 2023, Frontier disclosed a portion of the subscriber identifications requested. The Court set a hearing for March 28, 2023 on objections.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

8

requires the Court to conduct an examination of the nature of the speech.  Nonetheless, Reddit argues that the Court merely needed to apply the test of *Doe v. 2themart.com Inc.*, 140 F. Supp. 2d 1088, 1097 (W.D. Wash. 2001) without any examination of the speech at issue.  However, Reddit's approach ignores the Ninth Circuit's instructions in *Anonymous Online Speakers* that "the nature of the speech should be a driving force in choosing a standard by which to balance the rights of anonymous speakers in discovery disputes." *Anonymous Online Speakers*, 661 F.3d at 1177.  The Ninth Circuit noted in *Anonymous Online Speakers* that in discovery disputes involving the identity of anonymous speakers, "the notion that commercial speech should be afforded less protection than political, religious, or literary speech is hardly a novel principle" and that commercial speech enjoys limited First Amendment protection as long as the communication is neither misleading nor related to unlawful activity. *Id.* at 1173 and 1177.  Such is applicable here because the Reddit subscribers' speech is at best low value commercial speech related to unlawful activity subject to very limited or no First Amendment protection.  Reddit attempts to portray the Reddit subscribers' boasting of piracy amorphously as "speech about copyright infringement" rather than "speech consisting of copyright infringement".  Opp., p.11.  The Reddit subscribers' comments were not advocacy for a change of copyright law or critiques.  Rather, the comments are boastful admissions of copyright infringement that amount to "garden-variety theft." *MGM Studios Inc.*, 545 U.S. at 961 (2005).

14.     Reddit argues that in the recent decision of *Counterman v. Colorado*, 600 U.S. 66, 76 (2023) the Supreme Court "reaffirmed that speech advocating illegal acts fall within the First Amendment's core." Opp., p.16. But *Courterman* concerned the issue of whether Colorado's enforcement of a criminal stalking statute applied the proper mental state (recklessness) to withstand First Amendment scrutiny.  Here, there is no criminal or civil prosecution of the Reddit commentators.  Indeed, Movants are not even asking Reddit to unmask the commentators.  Even

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

9

*Counterman* noted that criminal speech such as true threats are outside the bounds of First Amendment protection and punishable as crimes. *Counterman*, 143 S. Ct. at 2113 (2023). Moreover, the speech at issue here does not concern "advocacy of illegal acts", but rather the commentators boasting of their own unlawful acts.  On the other hand, the Supreme Court has noted that certain commercial speech is not subject to any First Amendment protection.  *See Zauderer v. Office of Disciplinary Counsel of Supreme Court of Ohio*, 471 U. S. 626, 638, 105 S. Ct. 2265, 85 L. Ed. 2d 652, 17 Ohio B. 315 (1985); *In re R. M. J.*, 455 U. S. 191, 203, 102 S. Ct. 929, 71 L. Ed. 2d 64 (1982) ("Truthful advertising . . . is entitled to the protections of the First Amendment," but "[m]isleading advertising may be prohibited entirely")

15. Reddit's reliance on *Music Grp. Macao Commer. Offshore Ltd. v. Does*, 82 F. Supp. 3d 979, 985 (N.D. Cal. 2015) where the single remark made by the anonymous speaker was not a boast of unlawful conduct as here but rather legitimate commercial speech or satire is also unavailing.

### E. Movants argued before the Magistrate Judge that the speech deserved limited to no First Amendment protection.

16. Reddit argues that Movants waived any argument that the speech at issue should receive no First Amendment protection because they are boasts of unlawful conduct.  *See* Opp., p.16. Contradictorily, in FN4 Reddit argues that the Magistrate Judge rejected Movants' argument that the Reddit subscribers' comments should be afforded less protection because they are boasts of criminal conduct. Nonetheless, Reddit is wrong.  Movants argued in their opening brief, "The speech here should receive even less protection than commercial speech since it is arguably speech boasting of criminal conduct violating 17 U.S.C. § 506(a)(1)(C). Three of the posts at issue here are explicitly in a forum dedicated to and named "Piracy". Doc. #1, pp.10-11.  Accordingly, Movants properly made this argument before the Magistrate Judge.  Nonetheless, in *United States*

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

10

*v. Howell*, 231 F.3d 615, 622 (9th Cir. 2000) the Ninth Circuit stated that the District Court has discretion to consider evidence presented for the first time in a party's objection to a magistrate judge's recommendation. Should the Court disagree that Movants raised this issue before the Magistrate Judge, Movants respectfully request that the Court exercise its discretion to consider this argument.

### III.    WAIVER OF HEARING

17.    The Fact discovery cut-off in the underlying case is June 13, 2024. *See* Doc. #1-1, ¶17. Accordingly, pursuant to Fed. R. Civ. P. 78(b), Movants waive a hearing and request that their Motion be determined based upon the papers filed.

### IV.    CONCLUSION

18.    Accordingly, Movants pray that this Court reject or reverse Magistrate Judge Hixson's Order and grant their motion to compel Reddit to fully respond to the subpoena and grant any further relief Movants are justly due.

DATED:    Kailua Kona, Hawaii,    Mar. 12, 2024.

Respectfully submitted,

**CULPEPPER IP, LLLC**

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
*Attorney for Movants*
Admitted *Pro Hac Vice*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

11

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed via ECF and therefore served to parties on the NEF list and to the following at their last known address:

<u>Mar. 12, 2024 Via First Class Mail</u>
John P. Campo, Counsel for Frontier
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
.

DATED:     Kailua Kona, Hawaii,          Mar. 12, 2024

Respectfully submitted,

**CULPEPPER IP, LLLC**


<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
*Attorney for Plaintiffs*
Admitted *Pro Hac Vice*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

12