# Exhibit "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>RCN TELECOM SERVICES, LLC, et al.,<br>Defendants. | Civil Action No. 24-1321<br><br>**DECLARATION OF KERRY CULPEPPER IN SUPPORT OF MOTION TO COMPEL** |

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney and represent the Plaintiffs. I have personal knowledge of the matters stated herein.

2. Below is a true and accurate copy of a comment that Reddit user "ben125125" posted in a forum "Piracy" on the social media platform Reddit boasting of how Defendants (RCN) do not take any steps to stop ongoing piracy despite having explicit notice.



3. On Jan. 7, 2023, Plaintiffs served a subpoena to Reddit requesting "Basic account information including IP address registration and logs from 1/1/2016 to present, name, email address and other account registration information for "ben125125" among others.

20-023T

4. On March 6, 2023, Reddit provided responsive information that showed "ben125125" registered for the Reddit account with an RCN email address and logged into the Reddit account from IP addresses associated with T-Mobile and RCN, as well as other service providers.

5. On April 17, 2023, Plaintiffs served a subpoena on T-Mobile requesting subscriber information for the customer assigned the T-Mobile IP addresses where "ben125125" logged into his Reddit account.

6. On June 9, 2023, T-Mobile provided responsive information that showed Sherman was the subscriber assigned the T-Mobile IP addresses. Further, public records from Lexis show that an individual named Ben Sherman – similar to the username "ben125125" – resides with Sherman.

7. On June 29, 2023, I sent a letter to Sherman asking to discuss the circumstances of the Reddit comments and his service with RCN. Sherman did not respond to the letter.

8. On Dec. 8, 2023, Plaintiffs issued a *subpoena duces tecum* from the District of New Jersey, with a response deadline of Dec. 28, 2023, to be served on non-party Sherman. Attached as Exhibit "1" is a true and accurate copy of the subpoena.

9. On Dec. 27, 2023, Sherman was served the *subpoena duces tecum*. Attached as Exhibit "2" is a true and accurate copy of the proof of service.

10. On or around the first week of January, 2024, a man called my office and stated that he was the family attorney for Sherman. We briefly discussed background on the subpoena and the case. I emphasized to him that the Plaintiffs were not suing Sherman or his family. The man stated that he would send a follow up email that day and responsive documents in the near

future.  I did not write down his name because the man said he would be sending me a follow up that same day and it was a very busy day for me.

11.  On Jan. 29, 2024, after I had not heard anything further from the man who said he was Sherman's lawyer or Sherman, I sent a letter to Sherman requesting that he have his attorney contact the undersigned.  I have attached a true and correct copy of this letter as Exhibit "3".  As of the date of this motion, neither Sherman nor any representative on his behalf has served any response to the subpoena or informed Plaintiffs' counsel that a response was forthcoming.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, Feb. 15, 2024.


*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:     (808) 464-4047
Facsimile:      (202) 204-5181
E-Mail:          kculpepper@culpepperip.com
**Attorney for Plaintiffs**

20-023T                                                          3