# Exhibit "B"

Case 3:24-mc-80005-JD   Document 36-2   Filed 03/12/24   Page 1 of 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRONTIER COMMUNICATIONS | ) | Case No. 20-22476 (MG) |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST SET OF REQUESTS FOR ADMISSIONS**
**TO THE MOVIE COMPANY CLAIMANTS (NOS. 1-40)**

The Reorganized Debtors (collectively "Frontier"), by and through undersigned counsel and pursuant to this Court's Case Management Order (ECF No. 2229), Rules 26 and 36 of the Federal Rules of Civil Procedure, made applicable to these Contested Matters by Rules 7026 and 7036 of the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and the Local Rules of the United States District Court for the Southern District of New York, hereby request that the Movie Company Claimants (as defined below), subject to the following instructions and definitions, admit or deny the truth of the following within thirty (30) days of service hereof.

**DEFINITIONS**

As used herein:

1. The terms "Movie Company Claimants," "You," and "Your" shall mean Rambo V Productions, Inc., Millennium Funding, Inc., Fun Mom Dinner, LLC, Bedeviled, LLC, SF Film, LLC, Rise Up, LLC, Status Update LLC, Dallas Buyers Club, LLC, After Productions, LLC, AMBI Distribution Corp., The Rest of Us, Inc., Ace in the Hole Productions, LP, Killing Link Distribution, LLC, Fallen Productions, Inc., Shock and Awe, LLC, Justice Everywhere Productions LLC, Family of the Year Productions, LLC, Gunfighter Productions, LLC, TBV

8.      The term "MPA" shall mean the Motion Picture Association, Inc. or its predecessors, and all of its affiliates and agents acting on its behalf, including counsel.

## INSTRUCTIONS

1.      To the extent individual Movie Company Claimants have different responses to the requests for admissions below, the Movie Company Claimants shall provide separate admission responses for those particular Respondents.

## REQUESTS FOR ADMISSION

1.      Admit that the Movie Company Claimants cannot identify any IP address associated with a Frontier subscriber that actually disseminated, as opposed to offered to share, a copyrighted work with any other IP address, other than an IP address used by the Movie Company Claimants or an agent for the Movie Company Claimants, such as, without limitation, the MPA, MaverickEye, GuardaLey, IPP, American Films, 42 Ventures, and any other company/individual acting on the Movie Company Claimants' behalf.

2.      Admit that the Movie Company Claimants cannot identify any IP address that actually received a copyright work from any IP address associated with a Frontier subscriber, other than an IP address used by the Movie Company Claimants or an agent for the Movie Company Claimants, such as, without limitation, the MPA, MaverickEye, GuardaLey, IPP, American Films, 42 Ventures, and any other company/individual acting on the Movie Company Claimants' behalf.

3.      Admit that the Movie Company Claimants cannot identify any specific copyrighted work that an IP address associated with a Frontier subscriber actually disseminated to, as opposed to offered to share with, any other IP address, other than an IP address used by the Movie Company Claimants or an agent for the Movie Company Claimants, such as, without limitation, the MPA,

38. Admit that the cost to the Movie Company Claimants to acquire the rights to the copyrighted works alleged to be infringed by Frontier is not the same for each work.

39. Admit that the Movie Company Claimants have not attempted to quantify the actual harm to them from the copyright infringement alleged against Frontier.

40. Admit that the Movie Company Claimants have attempted to quantify the actual harm to them from the copyright infringement alleged against Frontier.

Dated: New York, New York
December 11, 2023

**AKERMAN LLP**

By: /s/ John P. Campo
John P. Campo
1251 Avenue of the Americas
37th Floor
New York, NY 10020
Tel. No.: (212) 880 3800
Fax No.: (212) 880 8965
E-mail: john.campo@akerman.com

-and-

Rubén Castillo (Admitted *Pro Hac Vice*)
Ildefonso P. Mas (Admitted *Pro Hac Vice*)
**AKERMAN LLP**
71 South Wacker Drive
47th Floor
Chicago, IL 60606
Tel. No.: (312) 634 5700
Fax No. : (312) 424 1900
E-mail: ruben.castillo@akerman.com
E-mail: ildefonso.mas@akerman.com

*Co-Counsel for Reorganized Debtors*