# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: May 16, 2024                                               Judge: Hon. James Donato

Time: 15 Minutes

Case No.        **3:24-mc-80005-JD**
Case Name       **In re Subpoena to Reddit, Inc.**

Attorney(s) for Plaintiff(s):    Kerry Culpepper/Tobi Clinton
Attorney(s) for Defendant(s):    Hayden Schottlaender

Court Reporter: Ana Dubb

Deputy Clerk: Lisa Clark

### PROCEEDINGS

Motion hearing -- Held

### NOTES AND ORDERS

The motion for de novo determination of the motion to enforce the subpoena, Dkt. No. 29, is denied, and the magistrate judge's order, Dkt. No. 26, is affirmed, for the reasons stated on the record. The unopposed administrative motion to supplement the record, Dkt. No. 27, is granted.