Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Movants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG (Bankr. S.D.N.Y.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:24-mc-80005-JD<br><br>**UNOPPOSED MOTION FOR 30 DAY EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |

**UNOPPOSED MOTION FOR 30 DAY EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Movants Voltage Holdings, LLC; Screen Media Ventures, LLC; and Killing Link Distribution, LLC[1] by and through their counsel, file this motion for a 30 day extension of time up to and including July 15, 2024 to file a notice of appeal. The Motion is made pursuant to Fed. R. App. P. 4(a)(5) and Fed. R. Civ. P. 6(b)(1)(A).

---

[1] Movants Family of the Year Productions, LLC and Laundry Films, Inc. entered into stipulations with Defendant Frontier Communications, Inc. dismissing their claims that were endorsed by the Court on June 12, 2024.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

Movants' counsel Kerry Culpepper certifies that he met and conferred with counsel for Reddit and was informed on June 12, 2024 that Reddit did not oppose this Motion. *See* Decl. of Culpepper, ¶4.

**I.   INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES.**

1. On May 16, 2024, the Court issued an Order [Doc. #37] denying Movants' motion for de novo determination. *See* Doc. #37. Pursuant to Fed. R. App. P. 4(a)(1) and 4(a)(4)(A), Petitioners have until June 17, 2024 (June 15 being a Saturday) to file a Notice of Appeal.

2. Fed. R. App. P. 4(a)(5)(A) provides that the Court may extend the deadline to file a notice of appeal if the motion for the extension is made "no later than 30 days after the time prescribed by this Rule 4(a) expires". Petitioners have filed this motion prior to the June 17, 2024 deadline provided by Rule 4(a)(4)(A).

3. Fed. R. App. P. 4(a)(5)(A)(ii) further provides that the standard is "excusable neglect or good cause." Likewise, Fed. R. Civ. P. 6(b)(1) provides that the Court may extend a deadline for good cause when the motion is filed before the deadline expires as in the present circumstance.

4. Counsel for Movants Kerry Culpepper is lead counsel for Plaintiffs in a lawsuit in the District of Colorado that currently has a summary judgement deadline of June 21, 2024 and in the underlying contested matter in the Bankruptcy Court for the Southern District of New York (S.D.N.Y.) that has a fact discovery cut-off of June 13, 2024. Accordingly, Mr. Culpepper is intensely busy conducting and defending depositions in the underlying S.D.N.Y. contested matter and preparing for summary judgment motion practice in the Col. action. Therefore, there is good cause to extend the deadline by 30 days to July 15, 2024 for Mr. Culpepper to consult with his clients and file a notice of appeal after completing the critical stages in the Col. and S.D.N.Y matters. *See* Decl. of Culpepper, ¶3.

5. WHEREFORE, Movants pray that this Court grant their motion and extend their deadline

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

to file a notice of appeal by 30 days up to and including July 15, 2024.

DATED:     Kailua Kona, Hawaii,     Jun. 12, 2024.

Respectfully submitted,

**CULPEPPER IP, LLLC**

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
*Attorney for Movants*
Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed via ECF and therefore served to parties on the NEF list and to the following at their last known address:

<u>June 12, 2024 Via First Class Mail</u>
John P. Campo, Counsel for Frontier
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020

DATED:     Kailua Kona, Hawaii,     June 12, 2024

Respectfully submitted,

**CULPEPPER IP, LLLC**

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
*Attorney for Plaintiffs*
Admitted *Pro Hac Vice*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3