**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re Subpoena to:

Reddit, Inc.

Case No.: 3:24-mc-80005-TSH

### DECLARATION OF KERRY S. CULPEPPER

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney and represent the Movants.

2. I have personal knowledge of the matters stated herein.

Set forth with particularity the reasons for the requested enlargement or shortening of time

3. I am lead counsel for Plaintiffs in a lawsuit in the District of Colorado that currently has a summary judgement deadline of June 21, 2024 and in the underlying contested matter in the Bankruptcy Court for the Southern District of New York (S.D.N.Y.) that has a fact discovery cut-off of June 13, 2024. Accordingly, I am intensely busy conducting and defending depositions in the underlying S.D.N.Y. contested matter and preparing for summary judgment motion practice in the Col. action. I request an extension of 30 days up to and including July 15, 2024 to obtain sufficient time to consult with my clients and file a notice of appeal after completing the critical stages in the Col. and S.D.N.Y matters.

Describe the efforts the party has made to obtain a stipulation to the time change

4. I met and conferred with counsel for Reddit and was informed on June 12, 2024 that Reddit does not oppose this Motion.

Identify the substantial harm or prejudice that would occur if the Court did not

1

change the time.

5.      As explained above, if the deadline is not modified, I will not have sufficient time to consult with clients and timely file the notice of appeal.

Discloses all previous time modifications in the case, whether by stipulation or Court order.

6.      None

Describe the effect the requested time modification would have on the schedule for the case.

7.      None because this is an ancillary matter to enforce a Rule 45 subpoena.

DATED: Kailua-Kona, Hawaii, June 12, 2024.

CULPEPPER IP, LLLC

Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

Telephone:    (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:       kculpepper@culpepperip.com