# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

| | |
|---|---|
| Name of U.S. District Court: | NORTHERN DISTRICT OF CALIFORNIA |
| U.S. District Court case number: | 3:24-mc-80005-JD |
| Date case was first filed in U.S. District Court: | 01/09/2024 |
| Date of judgment or order you are appealing: | 05/16/2024 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(●) Yes    ( ) No    ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Screen Media Ventures, LLC; and
Killing Link Distribution, LLC

Is this a cross-appeal?  ( ) Yes  (●) No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ( ) Yes  (●) No

If Yes, what is the prior appeal case number?

Your mailing address:

75-170 Hualalai Road

Suite B204

| City: Kailua Kona | State: HI | Zip Code: 96740 |
|---|---|---|

Prisoner Inmate or A Number (if applicable):

| **Signature** /s/ Kerry S. Culpepper | **Date** Jun 17, 2024 |
|---|---|

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                *Rev. 12/01/2018*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Screen Media Ventures, LLC; and
Killing Link Distribution, LLC

Name(s) of counsel (if any):
Kerry S. Culpepper

Address: 75-170 Hualalai Road, Suite B204  Kailua Kona, HI 96740
Telephone number(s): 808-464-4047
Email(s): kculpepper@culpepperip.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Reddit, Inc.

Name(s) of counsel (if any):
Julie E. Schwartz

Address: 1201 Third Avenue, Suite 4900 Seattle, Washington 98101-3099
Telephone number(s): 1.206.359.8000
Email(s): JSchwartz@perkinscoie.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                            1                                     Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Reddit, Inc.

Name(s) of counsel (if any):
Hayden M. Schottlaender

Address: 500 N. Akard Street, Suite 3300 Dallas, Texas 75201

Telephone number(s): 1.214.965.7700

Email(s): HSchottlaender@perkinscoie.com

Name(s) of party/parties:
Reddit, Inc.

Name(s) of counsel (if any):
Jameson Ullman

Address: 505 Howard Street, Suite 1000, San Francisco, California 94105

Telephone number(s): 1.415.344.7000

Email(s): JUllman@perkinscoie.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                       2                                Rev. 12/01/2018