

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

JUN 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:                24-3893
Originating Case Number:      3:24-mc-80005-JD

Short Title:

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:              24-3893
Originating Case Number:    3:24-mc-80005-JD

Case Title:

**Monday, July 1, 2024**

| | |
|---|---|
| Voltage Holdings, LLC | Mediation Questionnaire due |
| Screen Media Ventures, LLC | Mediation Questionnaire due |
| Laundry Films, Inc. | Mediation Questionnaire due |
| Killing Link Distribution, LLC | Mediation Questionnaire due |
| Family of the Year Productions, LLC | Mediation Questionnaire due |

**Monday, July 8, 2024**

| | |
|---|---|
| Voltage Holdings, LLC | Appeal Transcript Order Due |
| Screen Media Ventures, LLC | Appeal Transcript Order Due |
| Laundry Films, Inc. | Appeal Transcript Order Due |
| Killing Link Distribution, LLC | Appeal Transcript Order Due |
| Family of the Year Productions, LLC | Appeal Transcript Order Due |

**Friday, August 9, 2024**

| | |
|---|---|
| Voltage Holdings, LLC | Appeal Transcript Due |
| Screen Media Ventures, LLC | Appeal Transcript Due |
| Laundry Films, Inc. | Appeal Transcript Due |
| Killing Link Distribution, LLC | Appeal Transcript Due |
| Family of the Year Productions, LLC | Appeal Transcript Due |

**Thursday, September 12, 2024**

| | |
|---|---|
| Voltage Holdings, LLC | Appeal Opening Brief Due |
| Screen Media Ventures, LLC | Appeal Opening Brief Due |
| Laundry Films, Inc. | Appeal Opening Brief Due |
| Killing Link Distribution, LLC | Appeal Opening Brief Due |
| Family of the Year Productions, LLC | Appeal Opening Brief Due |

**Monday, October 14, 2024**

| | |
|---|---|
| Reddit, Inc. | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**