**Pages 1 - 14**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

**Originating Case:** *In re: Frontier Commc'ns Corp.*, Case No. 20-224765-MG (Bankr. S.D.N.Y)

| | |
|---|---|
| IN RE SUBPOENA TO: ) | |
| ) | **NO. 3:24-mc-80005 JD** |
| REDDIT, INC.        ) | |
| _____) | |

San Francisco, California
Thursday, May 16, 2024

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Movants Voltage Holdings, LLC; Screen Media Ventures, LLC; Laundry Films Incorporated; Killing Link Distribution, LLC; and Family of the Year Productions, LLC:
        CULPEPPER IP, LLLC
        75-170 Hualalai Road, Suite B204
        Kailua Kona, Hawaii 96740
  BY:  **KERRY S. CULPEPPER, ATTORNEY AT LAW**

        CLINTON FIRM
        5515 Pacific Street, Suite 2954
        Rocklin, California 95677
  BY:  **TOBI C. CLINTON, ATTORNEY AT LAW**

For Reddit, Inc.:
        PERKINS COIE LLP
        500 North Akard Street, Suite 3300
        Dallas, Texas 75201
  BY:  **HAYDEN SCHOTTLAENDER, ATTORNEY AT LAW**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
        CSR No. 7445, Official United States Reporter

```
 1   Thursday - May 16, 2024                                10:17 a.m.
 2                       P R O C E E D I N G S
 3                             ---o0o---
 4          THE CLERK:  Calling Miscellaneous Case 24-80005,
 5   In Re Subpoena to Reddit, Inc.
 6          THE COURT:  Thank you.
 7          THE CLERK:  Counsel?
 8          MR. CULPEPPER:  Good morning, Your Honor.  Kerry
 9   Culpepper appearing on behalf of petitioners Voltage Holdings,
10   LLC; Screen Media Ventures, LLC; Laundry Films Incorporated;
11   Killing Link Distribution, LLC; and Family of the Year
12   Productions, LLC; along with local counsel Tobi Clinton.
13          MR. SCHOTTLAENDER:  Good morning, Your Honor.  Hayden
14   Schottlaender from Perkins Coie on behalf of Reddit.
15          THE COURT:  Who's the attorney from Kona?  From Kona?
16   No.  Who's the lawyer from --
17          MR. CULPEPPER:  It's me.
18          THE COURT:  Oh, it's you?
19          MR. CULPEPPER:  Yes, it's me, Your Honor.
20          THE COURT:  I'm a member of the Hawaii Bar.
21          MR. CULPEPPER:  Oh, great.
22          THE COURT:  Yeah.  I've never practiced there because
23   I got nominated before I could do it, but my bar number is not
24   that far from yours.
25          Well, welcome to California, San Francisco.
```

1     Okay.  All right.  So that's Mr. Culpepper?

2          **MR. CULPEPPER:**  Yes, Your Honor.

3          **THE COURT:**  All right.  I just -- look, I have some
4  doubts about the First Amendment approach, but I don't think we
5  need to reach that because I just don't understand what you --
6  what are you going to do with the IP logs for six Reddit users?
7  How is that going to give you anything that's relevant to what
8  you're trying to do with Frontier?

9          **MR. CULPEPPER:**  Yes, Your Honor.  Thank you.
10     These -- first, I don't know what these IP addresses are.
11 They --

12         **THE COURT:**  No.  But assuming you get them, what are
13 you going to do with them?

14         **MR. CULPEPPER:**  I will know then that these IP
15 addresses are from Frontier IP addresses.  And knowing that
16 these IP addresses are from Frontier IP addresses, that lies
17 weight to the comments that are made in social media about
18 Frontier's Internet service, because right now --

19         **THE COURT:**  Let me just jump in.
20     This is what I'm not getting.  So the e-mails all say,
21 "I am on Frontier and I'm pirating like crazy."
22     Why do you need -- what is the IP log going to show you
23 that you don't already have in the body of that e-mail?

24         **MR. CULPEPPER:**  The e-mail is just, frankly, hearsay.
25 There's no way to confirm whether that person who made that

1  comment is even really a Frontier customer.  But if I know the
2  IP address --
3         **THE COURT:**  You think someone is saying, "I'm on the
4  Frontier" -- in an e-mail, someone is saying, "I'm on Frontier,
5  pirating like crazy," but you think there's reasonable doubt
6  that they're not actually on Frontier?
7         **MR. CULPEPPER:**  Your Honor, to be frank, it's just a
8  comment on social media made anonymously.
9         In the case of *BMG v.* --
10        **THE COURT:**  Forget about the case law.  This is
11 discovery.
12        How is this relevant to anything that you have in your
13 bankruptcy claims against Frontier?  I don't see the relevance.
14        **MR. CULPEPPER:**  One of the claims are based upon
15 vicarious infringement, and one of the prongs of vicarious
16 infringement is whether --
17        **THE COURT:**  I understand that.  But I'm talking about
18 the IP logs.  How is that relevant to anything you're doing?
19 You already have six e-mails, or you have e-mails from six
20 people, maybe five.  Five of them are crystal clear.
21        "We are copyright infringing like there's no tomorrow
22 thanks to our friends at Frontier."
23        The e-mails say that, more or less.  What is the IP
24 address going to do for you that you don't already have in
25 hand?

1   **MR. CULPEPPER:** As I said previously, there's no proof
2   that that comment was made from a Frontier -- from Frontier's
3   service. The IP address --
4   **THE COURT:** No proof. It's in the body of the e-mail.
5   "I'm on Frontier, and I'm stealing copyrighted
6   information."
7   **MR. CULPEPPER:** Your Honor, I would submit the judge
8   in the Southern District of New York would look very
9   disfavorably on my attempt to submit as evidence an anonymous
10  comment made on social media without any proof whatsoever that
11  the comment made means what it means.
12  I'm not asking for the identification of the person who
13  made the comment. I'm only asking for the IP address.
14  And knowing the IP address, one, I'll be able to confirm
15  whether that customer was really a customer of Frontier.
16  **THE COURT:** How are you going to do that with an IP
17  log?
18  **MR. CULPEPPER:** An IP address, although you can't tell
19  the person's name from it, the American Registry of Internet
20  Numbers maintains a database called the Whois database. I can
21  put the IP address in that database and see which service
22  provider is assigned that IP address, so I'll be able to see if
23  it's a Frontier IP address or an IP address of another service
24  provider.
25  More importantly, we send notices to service providers

1  concerning -- not "we."  The petitioners' agent sends notices
2  to service providers concerning IP addresses where infringement
3  is observed.  So if -- once -- if I can obtain the IP addresses
4  where these comments are made, one, I can confirm whether or
5  not it was truly a Frontier customer; and, two, I can also
6  confirm whether or not we had evidence of infringement of our
7  movies at those same IP addresses.
8      I would strongly --
9          **THE COURT:**  Well, let me ask you this.  I mean, this
10 is six people.  I'm assuming Frontier had -- how many customers
11 did Frontier have?
12         **MR. CULPEPPER:**  Frontier has thousands of customers.
13 We served, pursuant to the Cable Act order in this outstanding
14 case, we served a subpoena on Frontier for the identifications
15 of 900 IP addresses.  Frontier was only able to provide us
16 roughly 80 for customer identifications.
17     And I'm bringing this up because at the time I filed the
18 reply brief, there was a dispute whether or not Frontier would
19 actually do that.  So I'm representing to the Court that that
20 dispute was resolved.
21         **THE COURT:**  Why can't you just take the e-mail
22 addresses and run it by Frontier and say:  Were these
23 customers?  They would have the e-mail address of these
24 customers; right?
25         **MR. CULPEPPER:**  First, there's a big difference

1  between the e-mail address and an IP address.
2        **THE COURT:** No. I understand. Trust me. We're in
3  Silicon Valley. I get it. I'm saying something different.
4      Why can't you -- you're saying you can't stand up in front
5  of this bankruptcy judge and say "I know these were Frontier
6  customers" unless you have the IP logs.
7      I'm saying you could just take the e-mail addresses, which
8  you have, and ask Frontier to verify that they're Frontier
9  customers. And if they say "No," then you're done. Why do you
10 need -- if all you're trying to do is say "I know this e-mail
11 says I'm a Frontier customer, but for some reason, I think I
12 need something more," just ask Frontier. Just say, "Are these
13 e-mail addresses associated with a Frontier account?"
14       **MR. CULPEPPER:** Your Honor, I do not have --
15       **THE COURT:** What's wrong with that?
16       **MR. CULPEPPER:** I don't have e-mail addresses. All I
17 have are the screenshots of the comment and the username of the
18 Reddit username. We don't have e-mail addresses.
19     If I had e-mail addresses, I would agree with Your Honor.
20       **THE COURT:** I thought they had e-mail addresses on
21 these things.
22       **MR. CULPEPPER:** There's no e- -- there's a Reddit --
23 if we go to Docket 1 -- one moment, Your Honor.
24              (Pause in proceedings.)
25       **MR. CULPEPPER:** If we go to --

1   **THE COURT:** CRABMAN16, that's all you have?
2   **MR. CULPEPPER:** I beg your pardon?
3   **THE COURT:** You only have things like CRABMAN16? You
4   don't have an e-mail address?
5   **MR. CULPEPPER:** Yes, Your Honor. That's the username,
6   the Reddit username.
7   **THE COURT:** All right.
8   **MR. CULPEPPER:** Frontier is not going to have any --
9   **THE COURT:** Well, so you get six of these things.
10  What are you going to prove with six? If there are thousands
11  and thousands, probably tens of thousands, if not more,
12  customers, you've got six people, how does that show that they
13  didn't have a repeat infringer policy?
14  **MR. CULPEPPER:** Some of these customers have a
15  screenshot of the amount of notices they've received.
16  **THE COURT:** I'm saying, okay, so you have six people
17  who are pirating. That's six people out of tens of thousands
18  of customers. How does that prove that Frontier does not have
19  a repeat infringer policy for DMCA purposes?
20  **MR. CULPEPPER:** The repeat -- if we step back to the
21  repeat -- the 17 U.S.C. 512 -- 17 U.S.C. 512 section about
22  repeat infringer policy, the requirement is that you have a
23  policy for terminating customers who repeatedly infringe
24  copyright subject matter.
25  **THE COURT:** I'm with you on that. So you've got six

1   examples where maybe Frontier didn't do that.  I'm saying, so
2   what?  That's six out of tens of thousands, maybe hundreds of
3   thousands of customers.  So that's like a .01 percent
4   I-didn't-enforce rate.  That doesn't show they didn't have a
5   policy that they repeatedly didn't enforce.
6       In other words, it's such a small sample, it seems largely
7   irrelevant.
8           **MR. CULPEPPER:**  Response to that, two points.
9       In vicarious infringement, courts have said that the
10  ability of infringing material to use the service provider's
11  service has to be a draw.  They haven't made any specifications
12  about what percent of the customers have to be attracted to use
13  that service by a draw.  And in some cases --
14          **THE COURT:**  Section 512 says it has to be reasonably
15  enforced.  So I don't -- I just don't -- so you have six
16  examples, maybe, where it was not enforced; and you have six
17  out of tens of thousands of customers.
18       To me, that has zero impact on whether Frontier was
19  reasonably enforcing it or not.  Maybe six people fell through
20  the cracks.  I mean, if you had 600 or 6,000, you'd have a
21  case, but six?
22          **MR. CULPEPPER:**  To be frank, Your Honor, we're trying
23  to limit our request to Reddit.  We didn't collect every single
24  comment on Reddit where the customer -- where the Reddit user
25  admitted to infringement.

1      In the first *Reddit* case that Reddit cites before another
2 magistrate judge which was against another ISP, the magistrate
3 judge criticized us for requesting some comments that were not
4 specifically tailored to the ISP in issue.
5      So in this particular case, in view of the requirement to
6 narrowly tailor our request to the proportional needs of the
7 case, we sought out the most egregious comments and only
8 requested that from Reddit.
9      I would ask Your Honor not to punish petitioners for
10 trying to limit the burden to a non- --
11          **THE COURT:**  It's not a matter of punishing anybody.
12      If this is your best shot, I would say you haven't come
13 close to proving that they were unreasonable in their
14 enforcement because it's just six.  I mean, if this is the
15 cream of the crop, which is what you're saying, this is the
16 best of the best, you took only the gold standard infringers,
17 it's six.  I mean, that's -- I don't think a reasonable judge
18 would say that that was unreasonable enforcement of a policy.
19      But anyway, Reddit?
20          **MR. SCHOTTLAENDER:**  Your Honor, I don't have much to
21 add.
22      I would say one option that has not been discussed today,
23 which seems fairly evident to Reddit, would be for the movants
24 to simply get the list of the most -- the top infringing
25 IP addresses from Frontier and then pursue discovery from those

infringers.  That seems like the shortest, most obvious path for the movants to get evidence about why those infringers were drawn to Frontier in the first place.

As you said, Your Honor, unmasking six random Reddit users who once posted about Frontier is just a very convoluted way to go about trying to prove these claims.

Yeah, I would leave it at that, Your Honor.  I have nothing else unless you have some questions.

**THE COURT:**  Let me ask you this.  Separate question.  Did you consent to magistrate judge jurisdiction?

**MR. SCHOTTLAENDER:**  In the two former cases, we did, Your Honor.

**THE COURT:**  No, no.  In this case.

**MR. SCHOTTLAENDER:**  In this case, we did not get an opportunity to file a consent.

**THE COURT:**  Why was that, though?  Because the judge -- was it Judge Hixson?

**MR. SCHOTTLAENDER:**  Yes, it was.

**THE COURT:**  Judge Hixson had a docket entry at least a month before the order came out, saying the parties are directed to consent or decline magistrate judge jurisdiction.

**MR. SCHOTTLAENDER:**  Your Honor, I don't have the docket in front of me, and I don't recall that entry.

But Reddit would have consented, just as --

**THE COURT:**  It is Docket Number 3 (as read):

| | |
|---|---|
| 1 | "Consent/Declination due by January 24th, 2024." |
| 2 | So that's Docket Number 3, Docket Entry Number 3. |
| 3 | So, but you didn't consent? |
| 4 | **MR. SCHOTTLAENDER:** No, Your Honor. We would have |
| 5 | consented, just as we consented in the two prior cases. I |
| 6 | apologize. I did not see that. |
| 7 | **THE COURT:** And, Plaintiff, did you consent? |
| 8 | **MR. CULPEPPER:** I don't believe -- I believe one of |
| 9 | the parties did not consent to the jurisdiction of the |
| 10 | magistrate judge to decide the dispute finally. |
| 11 | **THE COURT:** No, no. Did you consent? Did the |
| 12 | plaintiffs consent? |
| 13 | **MR. CULPEPPER:** I do not believe plaintiffs consented. |
| 14 | **THE COURT:** You're the lawyer. Did you consent or |
| 15 | not? |
| 16 | **MR. CULPEPPER:** I don't -- I don't believe we |
| 17 | consented to it. I don't have that -- |
| 18 | **THE COURT:** Why are you saying "believe"? It's your |
| 19 | case. Did you file a consent or didn't you? If you say |
| 20 | "I can't remember," that's one thing; but don't tell me -- did |
| 21 | you handle this? Was it somebody else or was it you? |
| 22 | **MR. CULPEPPER:** No. I handled this, Your Honor. I |
| 23 | never -- |
| 24 | **THE COURT:** All right. So did you consent to the |
| 25 | magistrate judge's jurisdiction or not? It's just "yes" or |

1  "no."
2          **MR. CULPEPPER:**  Because I don't remember exactly.
3          **THE COURT:**  You don't remember.
4          **MR. CULPEPPER:**  I'm 99 percent sure I didn't.
5          **THE COURT:**  Okay.  All right.  I wish you had both
6  consented because then you could have appealed to the
7  Ninth Circuit rather than to me, but I'll handle this now.
8       Look, I'm very skeptical that this meets the basic
9  criterion for production.  This is a Rule 45.  This is third
10 party.  They don't owe you the time of day.  And so questions
11 of relevance and burden and disproportionate amount of
12 resources and can you get it from other people are particularly
13 sharp in the Rule 45 context because they're not a party to any
14 of this.
15      I don't think this is a First Amendment case.  It's plain
16 as day that these people were saying that they were involved in
17 copyright infringement, and First Amendment does not protect
18 infringing conduct.  So I'm not sure where all the
19 superstructure came from.  But we don't have to get to that.
20 We can just deal with this more on the nuts-and-bolts aspects
21 of discovery.
22      So I'm just not hearing anything that would justify
23 imposing a burden on Reddit to produce these things,
24 particularly for a seven-year period.  You want to go all the
25 way back to 2017.

1    I think you have more than ample resources, either in hand
2  or available directly from Frontier, to do this without
3  burdening a complete bystander third party.
4       And relevance, I'm not blocking this on relevance, but
5  it's a factor to take into account with everything else
6  cumulatively.  The relevance to proving that Frontier was not
7  reasonably enforcing a repeat infringer policy under
8  Section 512 of the DMCA is just very, very weak.
9       So Judge Hixson denied discovery?
10           **MR. SCHOTTLAENDER:**  Correct, Your Honor.
11           **THE COURT:**  That's affirmed.
12      Okay.  All right.  Thanks a lot.
13           **MR. SCHOTTLAENDER:**  Thank you, Your Honor.
14           **THE COURT:**  Thank you.
15              (Proceedings adjourned at 10:32 a.m.)
16                          ---o0o---
17                   **CERTIFICATE OF REPORTER**
18       I certify that the foregoing is a correct transcript
19  from the record of proceedings in the above-entitled matter.
20
21  DATE:  Sunday, July 14, 2024
22
23                    *Ana Dub* (signature)
24  _____
25         Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
         CSR No. 7445, Official United States Reporter