|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | DEC 30 2024 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

IN RE: SUBPOENA TO REDDIT, INC.

REDDIT, INC.,

    Interested Party - Appellee,

 v.

VOLTAGE HOLDINGS, LLC; et al.,

    Movants - Appellants.

No. 24-3893

D.C. No. 3:24-mc-80005-JD
Northern District of California,
San Francisco

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The unopposed motion to substitute (Docket Entry No. 28) is granted. *See* Fed. R. App. P. 43(b). The clerk will replace Screen Media Ventures, LLC with Chapter 7 trustee George L. Miller as a movant-appellant in this appeal.

Within 14 days, appellant Miller must notify the court in writing whether appellant prefers to adopt the opening brief on file, or to submit a supplemental or replacement brief. If Miller does not timely respond to this order, the court will treat the lack of response as an adoption of the opening brief on file.

Briefing is stayed pending further order of the court.