UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IN RE: SUBPOENA TO REDDIT, INC.<br><br>--------------------------------------<br><br>REDDIT, INC.,<br><br>  Interested Party - Appellee,<br><br> v.<br><br>VOLTAGE HOLDINGS, LLC; et al.,<br><br>  Movants,<br><br>and<br><br>KILLING LINK DISTRIBUTION, LLC and GEORGE L. MILLER, Chapter 7 Trustee,<br><br>  Movants - Appellants. | No. 24-3893<br><br>D.C. No. 3:24-mc-80005-JD<br>Northern District of California, San Francisco<br><br>ORDER |

The Court **GRANTS** Appellants' motion to voluntarily dismiss the appeal.

**Dkt. No. 53.** Pursuant to the motion, each party shall bear its own costs and fees on appeal. The filing of this order shall serve as the Court's mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT