Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:  +1.206.359.8000
Facsimile:  +1.206.359.9000

Hayden M. Schottlaender, TX Bar No. 24098391
*Admitted Pro Hac Vice*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone:  +1.214.965.7700
Facsimile:  +1.214.965.7799

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:  +1.415.344.7000
Facsimile:  +1.415.344.7050

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Subpoena to Reddit, Inc.*, | Case No. 3:24-mc-80005-JD<br><br>**[PROPOSED] ORDER GRANTING REDDIT, INC.'S MOTION FOR FEES**<br><br>Date: August 7, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato |

1     Before the Court is Reddit, Inc's Motion for Fees pursuant to Rules 37(a)(5)(B)
2 and 45(d) of the Federal Rules of Civil Procedure in the amount of $55,204.19. The
3 Court, having reviewed the Motion and accompanying memoranda, declarations and
4 exhibits in support, any opposition thereto, the reply, the arguments of counsel, and
5 good cause appearing, hereby ORDERS that the Motion is **GRANTED**.

6     On May 16, 2024, this Court denied Movants' motion for de novo review of the
7 Magistrate Judge's denial of their motion to compel non-party Reddit to comply with
8 a non-party subpoena. Federal Rule 37 requires that if a motion to compel is denied,
9 the losing party must pay the winning party's reasonable attorneys' fees incurred
10 defending against the motion unless the motion was "substantially justified" or
11 "other circumstances make an award of expenses unjust." See Fed. R. Civ. P.
12 37(a)(5)(B). The Court finds that Movants have failed to meet their burden that their
13 motions were "substantially justified" or that "other circumstances make an award
14 of expenses unjust." Rather, the motions lacked merit and Movants' failure in two
15 analogous prior actions support this conclusion.

16     Federal Rule 45 requires that parties who issue subpoenas to non-parties
17 "must take reasonable steps to avoid imposing undue burden or expense on a person
18 subject to the subpoena." Fed. R. Civ. P. 45(d)(1). A party that seeks to enforce a
19 subpoena that imposes an undue burden on a non-party may be appropriately
20 sanctioned, to include through the payment of the non-party's reasonable attorneys'
21 fees. *Id.* Movants' subpoena was unenforceable, lacked merit, and closely resembled
22 two prior subpoenas that the court also found unenforceable. This subpoena and
23 Movants' pursuit of it imposed an undue burden on non-party Reddit. Therefore, the
24 Court finds that the sanction of Movants paying Reddit's reasonable attorneys' fees
25 is also warranted pursuant to Federal Rule 45(d)(1).

26     The Court concludes that Reddit's detailed billing records are consistent with
27 a "presumptively reasonable" lodestar of "reasonable rates multiplied by reasonably
28

1  hours expended." *Apple, Inc. v. Samsung Elec's. Co., Ltd.*, 2012 WL 5451411, at *3
2  (N.D. Cal. Nov. 7, 2012); *see also Hensley v. Exkerhart*, 461 U.S. 424, 433 (1983).
3      Accordingly, Reddit is entitled to a fee award from Movants of Reddit's
4  reasonable attorneys' fees in the amount of $55,204.19.
5  **IT IS SO ORDERED.**
6  Dated: _____, 2025

                                                 HONORABLE JAMES DONATO
                                                 UNITED STATES DISTRICT JUDGE