# Exhibit A

| Date | Timekeeper | Task | Time | Fees Billed |
|---|---|---|---|---|
| 01/09/24 | H. Schottlaender | Correspond with opposing counsel | 0.2 | $ 162.75 |
| 01/10/24 | H. Schottlaender | Review briefing to date; correspond with J. Schwartz and J. Roche on ▮ call with J. Ullman to discuss ▮ | 1 | $ 813.75 |
| 01/11/24 | H. Schottlaender | Correspond with client on ▮ | 0.2 | $ 162.75 |
| 01/19/24 | H. Schottlaender | Draft and revise opposition to motion to compel | 6.9 | $ 5,614.88 |
| 01/22/24 | H. Schottlaender | Revise opposition to motion to compel; update client on ▮; call with J. Schwartz regarding ▮ | 1.8 | $ 1,464.75 |
| 01/23/24 | H. Schottlaender | Draft declaration; revise proposed order; several rounds of opposition brief revisions and review for make-final; review ▮; correspond with opposing counsel concerning hearing and proposed order; correspond with J. Ullman regarding ▮; correspond with J. Schwartz on ▮ | 4 | $ 3,255.00 |
| 01/29/24 | H. Schottlaender | Review reply; summarize ▮ for client and provide advice on ▮ correspond with J. Roche on ▮ | 1 | $ 813.75 |
| 02/07/24 | H. Schottlaender | Review order on motion to compel and ▮ for client | 0.8 | $ 651.00 |
| 02/07/24 | H. Schottlaender | Correspond with J. Schwartz on ▮ | 0.2 | $ 162.75 |
| 02/26/24 | H. Schottlaender | Comment on and revise opposition to de novo review | 1.2 | $ 976.50 |
| 02/26/24 | H. Schottlaender | Call with J. Harris to discuss ▮ | 0.5 | $ 406.88 |
| 02/28/24 | H. Schottlaender | Review opposition brief | 5.2 | $ 4,231.50 |
| 02/28/24 | H. Schottlaender | Call with J. Harris regarding ▮ | 0.2 | $ 162.75 |
| 01/09/24 | J. Ullman | Review ▮ for subpoena issued in connection with bankruptcy proceedings | 0.2 | $ 113.75 |
| 01/18/24 | J. Ullman | Draft opposition to motion to compel | 3.3 | $ 568.75 |
| 01/19/24 | J. Ullman | Further drafting of opposition to motion to compel | 2.9 | $ 113.75 |
| 01/19/24 | J. Ullman | Further drafting of opposition to motion to compel | 3.6 | $ 3,924.38 |
| 01/22/24 | J. Ullman | Prepare proposed order | 0.2 | $ 1,023.75 |
| 01/23/24 | J. Ullman | Correspond with clerk regarding filing requirements | 0.3 | $ 2,275.00 |
| 01/23/24 | J. Ullman | Finalize opposition for filing | 0.6 | $ 568.75 |
| 02/20/24 | J. Harris | Review motion to compel in Frontier | 0.6 | $ 448.88 |
| 02/21/24 | J. Harris | Analyze ▮ | 1.2 | $ 897.75 |
| 02/21/24 | J. Harris | Research ▮ | 1.3 | $ 972.56 |
| 02/21/24 | J. Harris | Research ▮ | 0.5 | $ 374.06 |
| 02/21/24 | J. Harris | Research ▮ | 0.9 | $ 673.31 |
| 02/21/24 | J. Harris | Research ▮ | 0.8 | $ 598.50 |
| 02/21/24 | J. Harris | Outline opposition to Plaintiffs' motion for de novo review | 0.5 | $ 374.06 |
| 02/22/24 | J. Harris | Research ▮ | 0.7 | $ 523.69 |
| 02/22/24 | J. Harris | Research ▮ | 0.6 | $ 448.88 |
| 02/22/24 | J. Harris | Draft opposition to Plaintiffs' motion for de novo review | 4.9 | $ 3,665.81 |
| 02/23/24 | J. Harris | Draft opposition to Plaintiffs' motion for de novo review | 6.6 | $ 4,937.63 |
| 02/23/24 | J. Harris | Draft correspondence to H. Schottlaender concerning ▮ | 0.2 | $ 149.63 |
| 02/26/25 | J. Harris | Analyze opposition to Plaintiff's motion for de novo review based on feedback from H. Schottlaender | 1.5 | $ 1,122.19 |
| 02/27/24 | J. Harris | Revise opposition to Plaintiffs' motion for de novo review based on feedback from H. Schottlaender | 4.7 | $ 3,516.19 |
| 02/28/24 | J. Harris | Review revisions of H. Schottlaender to draft opposition to motion for de novo review and correspondence concerning ▮ | 0.7 | $ 523.69 |
| 03/04/24 | H. Schottlaender | Revise opposition brief and correspond with team regarding ▮ | 0.5 | $ 406.88 |
| 03/04/24 | J. Ullman | Prepare opposition for filing | 1.2 | $ 284.38 |
| 03/04/24 | J. Harris | Review ▮ | 0.3 | $ 224.44 |
| 03/05/24 | H. Schottlaender | Revise opposition brief and manage filing of same | 0.6 | $ 488.25 |
| 03/06/24 | H. Schottlaender | Review new notice | 0.1 | $ 81.38 |
| 03/06/24 | J. Ullman | Update client regarding ▮ | 0.5 | $ 398.13 |

| Date | Timekeeper | Description | Hours | Fees |
|---|---|---|---|---|
| 03/12/24 | H. Schottlaender | Review reply brief | 0.5 | $ 406.88 |
| 03/12/24 | H. Schottlaender | Correspond with J. Schwartz concerning ■ | 0.2 | $ 162.75 |
| 04/18/24 | H. Schottlaender | Correspond with opposing counsel and J. Schwartz about ■ | 0.2 | $ 162.75 |
| 05/13/24 | H. Schottlaender | Meet with J. Harris regarding needs for hearing | 0.4 | $ 325.50 |
| 05/13/24 | J. Harris | Assist H. Schottlaender in preparing for upcoming oral argument | 0.5 | $ 374.06 |
| 05/14/24 | J. Harris | Assist H. Schottlaender with preparation for oral argument | 0.1 | $ 74.81 |
| 05/15/24 | H. Schottlaender | Prepare for hearing | 4.2 | $ 3,417.75 |
| 05/16/24 | H. Schottlaender | Attend hearing | 1.4 | $ 1,139.25 |
| 05/16/24 | H. Schottlaender | Update client on ■ | 0.3 | $ 244.13 |
| 05/24/24 | H. Schottlaender | Review order and update client | 0.3 | $ 244.13 |
| 05/27/24 | J. Harris | Review final order of Judge Donato concerning hearing on third party subpoena to Reddit and correspondence regarding the same | 0.1 | $ 74.81 |
| | | Totals | 71.4 | $ 55,204.19 |

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| H. Schottlaender | $ 813.75 | 31.9 | $25,958.63 |
| J. Harris | $ 748.13 | 26.7 | $19,974.94 |
| J. Ullman | $ 568.75 | 12.8 | $9,270.63 |
| Totals | | 71.4 | $55,204.19 |

Case 3:24-mc-80005-JD     Document 48-3     Filed 07/01/25     Page 4 of 4