Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Movants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:24-mc-80005-JD<br>Hearing Date: Aug. 7, 2025<br>Time: 10:00 am<br>**OPPOSITION TO NON-PARTY REDDIT'S MOTION FOR FEES** |

**OPPOSITION TO NON-PARTY REDDIT'S MOTION FOR FEES**

1

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S MOTION FOR FEES

**TABLE OF CONTENTS**

**Page**

TABLE OF CONTENTS ................................................................................................2

TABLE OF AUTHORITIES ..........................................................................................3

I. INTRODUCTION .......................................................................................................5

II. RELEVANT FACTUAL AND PROCEDURAL HISTORY .....................................5

III. ARGUMENT.............................................................................................................7

    A.    Reddit's fee motion is untimely. ...................................................7

    B.    Reddit is not entitled to sanctions under Rule 45(d)(1) ...............10

    C.    Reddit is not entitled to fees under Rule 37................................11

    D.    Reddit's requested fees are unreasonable....................................13

IV. CONCLUSION .......................................................................................................19

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*After II Movie, LLC v. WideOpenWest Fin., LLC*, Civil Action No. 21-cv-01901-DDD-CYC (D. Colo. Mar. 14, 2025) ....................................................................... 10-11

*Bauer v. Metro. Prop. & Cas. Ins. Co.*, No. 19-12299, 2019 U.S. Dist. LEXIS 244918 (E.D. La. Nov. 27, 2019) .................................................................................12

*Clements v. T-Mobile USA, Inc.*, No. 22-cv-07512-EJD (SVK), 2024 U.S. Dist. LEXIS 37558 (N.D. Cal. Mar. 4, 2024) ........................................................................8

*Concha v. London*, 62 F.3d 1493 (9th Cir. 1995) ................................................................9

*Davis v. Speechworks Int'l, Inc.*, No. 03-CV-533S(F), 2005 U.S. Dist. LEXIS 42527 (W.D.N.Y. May 20, 2005) ...............................................................................12

*Doe v. 2TheMart.com Inc.*, 140 F. Supp. 2d 1088 (W.D. Wash. 2001) ............................6

*FBC Mortg., LLC v. Skarg*, No. 23-cv-00143-CRB (RMI), 2024 U.S. Dist. LEXIS 184779 (N.D. Cal. Oct. 9, 2024) ................................................................................14

*Gemini Ins. Co. v. Titan Constr. Servs.*, LLC, No. 17cv8963, 2019 U.S. Dist. LEXIS 197113 (S.D.N.Y. Nov. 12, 2019).......................................................................13

*Glass Egg Dig. Media v. Gameloft, Inc.*, No. 17-cv-04165-MMC (RMI), 2020 U.S. Dist. LEXIS 32163 (N.D. Cal. Feb. 25, 2020)..............................................................14

*Farella Braun + Martel LLP v. FDIC*, No. 24-cv-01306-SI, 2025 U.S. Dist. LEXIS 120049 (N.D. Cal. June 24, 2025) .................................................................17

*Hensley v. Eckerhart*, 461 U.S. 424 (1983) .....................................................................14

*Ho v. Pinsukanjana*, No. 17-cv-06520-PJH (TSH), 2019 U.S. Dist. LEXIS 96296 (N.D. Cal. May 15, 2019) ........................................................................................17

*In re Frontier Commc'ns Corp.*, 658 B.R. 277 (Bankr. S.D.N.Y. 2024) .........................5

*Kona Enters. v. Estate of Bishop*, 229 F.3d 877 (9th Cir. 2000) ......................................9

*Legal Voice v. Stormans Inc.*, 738 F.3d 1178 (9th Cir. 2013) ..................................... 9-10

*Martz v. Muncaster*, No. 19-cv-02085-RS, 2019 U.S. Dist. LEXIS 243932 (N.D. Cal. Aug. 14, 2019) .......................................................................................................8

*Mount Hope Church v. Bash Back*, 705 F.3d 418 (9th Cir. 2012) .................................10

*Olagues v. Schimdt*, 897 F.2d 533 (9th Cir. 1990) ..................................................... 12-13

*Oxford Asset Mgmt., Ltd. v. Jaharis*, 297 F.3d 1182 (11th Cir. 2002)...........................16

*Parr v. United States*, 351 U.S. 513, 76 S. Ct. 912, 100 L. Ed. 1377 (1956) ...................9

*Pennwalt Corp. v. Durand-Wayland, Inc.*, 708 F.2d 492 (9th Cir. 1983) ......................12

*Rodriguez v. AmericanWest Bank*, No. CV 15-5831 MRW, 2017 U.S. Dist. LEXIS 225729 (C.D. Cal. Apr. 20, 2017) ..................................................................................12

*Schwarz v. Sec'y of Health & Human Servs.*, 73 F.3d 895 (9th Cir. 1995) ...................17

**Statutes**

11 U.S.C. § 362(a) ................................................................................................. 5

17 U.S.C. §1202 ..................................................................................................... 5

**Rules**

Fed. R. Civ. P. 26 .................................................................................................. 6

Fed. R. Civ. P. 34 .................................................................................................. 6

Fed. R. Civ. P. 37 ......................................................................................... 7-8, 11-12

Fed. R. Civ. P. 45 .......................................................................................... 6, 8, 10-12

Fed. R. Civ. P. 54 ................................................................................................ 8-10

Fed. R. Civ. P. 78 ................................................................................................... 19

Civil L.R. 7 ........................................................................................................ 7-10

Civil L.R. 37 ....................................................................................................... 6-8

Civil L.R. 54 ....................................................................................................... 8-10

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S MOTION FOR FEES

Movants[1] Voltage Holdings, LLC; Killing Link Distribution, LLC; Family of the Year Productions, LLC; and Laundry Films, Inc., ("Movants"), file their opposition to the motion for fees of non-party REDDIT, INC. ("Reddit").

**MEMORANDUM**

**I.   INTRODUCTION**

1. Reddit's fee motion argues the incorrect federal rule and legal standard, is arguably more than a year too late, and includes a fee sheet with numerous mathematical errors. The Court should deny the motion.

**II.   RELEVANT FACTUAL AND PROCEDURAL HISTORY**

2. Movants were Claimants against Debtor Frontier Communications, Corp. ("Frontier") in the bankruptcy matter *In re: Frontier Commc'ns Corp.*, Case No. 20-22476-MG in the Bankruptcy Court for the Southern District of New York. *See In re Frontier Commc'ns Corp.*, 658 B.R. 277 (Bankr. S.D.N.Y. 2024). Movants alleged that Frontier was secondarily liable for copyright infringement of their movies and violations of the integrity of the copyright management information conveyed with file titles of their movies per 17 U.S.C. §1202. *See id.* at 283, 286.

3. On Dec. 17, 2023, Movants served a subpoena to Reddit requesting "IP address log information from 1/1/2017 to present for users: "Gibson125T"; "Sankerin"; "Old_Package540", "Arceist_Justin"; "ZeroHart"; "Cyb3rR3b0rn"". *See* Doc.#1-2 at 3. The users made comments on Reddit boasting of using Frontier's Internet service for piracy. *See id.* at, e.g., 12 (discusses receiving more DMCA notices after using piracy websites ThePirateBay and 1337x).

---

[1] As explained below, Screen Media Ventures, LLC filed for bankruptcy protection on 6/29/2024. To the extent Reddit seeks fees against Screen Media Ventures, LLC, Reddit violates the automatic stay provided by 11 U.S.C. § 362(a).

5

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S MOTION FOR FEES

4.      On Jan. 2, 2024, Reddit's counsel served a single objection to the subpoena based upon purported First Amendment rights of its users. *See* Doc.#1-3 at 2-3. The word "burden" does not appear a single time in Reddit's objection.

5.      On Jan. 9, 2024, Movants filed a motion to compel Reddit's compliance with the subpoena per Rules 26(b)(1), 34(c), 45(d)(2)(i) and Civil L.R. 37. *See* Doc.#1.

6.      On Feb. 7, 2024, Magistrate Judge Hixson denied Movants' motion. *See* Doc. #26. Judge Hixson ruled that: (i) disclosure of an IP address is unmasking subject to First Amendment Scrutiny; and (ii) Movants could not satisfy the standard of *Doe v. 2TheMart.com Inc.*, 140 F. Supp. 2d 1088 (W.D. Wash. 2001) because the information Movants sought was purportedly available from Frontier. *See* Doc.#26 at 10.

7.      On Feb. 19, 2024, Movants filed a request for *de novo* review of Judge Hixson's order. *See* Doc.#29.

8.      During a hearing on May 16, 2024, Your Honor disagreed with Judge Hixson's ruling concerning the applicability of the First Amendment but affirmed his order quashing the subpoena on alternative grounds of an undue burden to Reddit. *See* Doc.#45 at 13 ("...not hearing anything that would justify imposing a burden on Reddit to produce these things, particularly for a seven-year period."). On May 24, 2024, the Court issued a minute order affirming Judge Hixson's order "for the reasons stated on the record." Doc.#37.

9.      On June 12, 2024, the S.D.N.Y. Bankr. Court entered stipulated dismissals between Frontier and Movants Laundry Films, Inc. ("Laundry") and Family of the Year Productions, LLC ("Family"). *See* Exs. 1-2.

10.      On June 17, 2024, two Movants Screen Media Ventures, LLC ("SMV") and Killing Link Distribution, LLC ("Killing Link") filed a notice of appeal of Your Honor's order affirming Judge Hixson. *See* Doc.#41. Movant Voltage Holdings, LLC ("Voltage") did not join the appeal.

6

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S MOTION FOR FEES

11.     On June 29, 2024, Movant SMV filed for protection under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court of the District of Delaware.[2] *See* Ex. 3.  On July 12, 2024, the undersigned filed a Notice of SMV's Bankruptcy in the appeal.  *See id.*  Thus, Reddit had notice of SMV's Bankruptcy.

12.     On Aug. 23, 2024, Frontier admitted in a letter brief that subscriber records were not available to Movants because it had deleted all records of IP address assignments to subscribers prior to Sept. 2, 2019.  *See* Ex. 4 at 3.

13.     On Dec. 30, 2024, the Ninth Circuit granted an unopposed request to substitute the Chapter 7 Trustee George L. Miller ("Miller") for SMV.  *See* Doc.#46.

14.     On May 6, 2025, the S.D.N.Y. Bankr. Court entered stipulated dismissals between Frontier and Movants Voltage, SMV and Killing Link.  *See* Exs. 5-7.

15.     On May 13, 2025, the Ninth Circuit Court of Appeals granted the motion of Appellants Miller and Killing Link to dismiss the appeal.  *See* Doc.#47.

16.     On July 1, 2025, Reddit filed the present fee motion.

### III.    ARGUMENT

### *A. Reddit's fee motion is untimely.*

17.     Reddit's fee motion filed on July 1, 2025, more than a year from Your Honor's final order of May 24, 2024 affirming Judge Hixson's order denying Movants' motion to compel, is woefully untimely.  *See* Docs.#37, 46 at 1,

18.     Reddit first argues that Rule 37(a)(5)(B) supports the Court awarding its fees.  *See* Doc.#48 at 8.  Assuming *arguendo* Rule 37 is applicable, Civil L.R. 37-4 states that "When...a party moves for an award of attorney fees or other form of sanction under Fed. R. Civ. P. 37...the

---

[2] SMV's bankruptcy was later converted to Chapter 7. *See* Doc.#46 (Chapter 7 Trustee).

motion must: (a) Comply with Civil L.R. 7-8...".[3] Reddit also argues that the sanctions clause in Rule 45(d)(1) provides an "alternative basis for the Court to award Reddit its fees...". Doc.#48 at 11. Civil L.R. 7-8(c), which provides for the form and timing for sanctions motions, states "The motion...must be made as soon as practicable after the filing party learns of the circumstances that it alleges make the motion appropriate". Thus, under either Rules 37 or 45, Reddit must comply with Civil L.R. 7-8(c).

19. Despite Movants' counsel informing Reddit that any fee motion would be untimely, *see* Decl. of Culpepper at ¶12, Reddit does not explain why waiting to file this motion more than a year after the final order was "as soon as practicable" or otherwise appropriate per Civil L.R. 7-8(c). And this Court has concluded far shorter delays are not as soon as practicable. *See Clements v. T-Mobile USA, Inc.*, No. 22-cv-07512-EJD (SVK), 2024 U.S. Dist. LEXIS 37558, at *10 (N.D. Cal. Mar. 4, 2024) (4 months); *Martz v. Muncaster*, No. 19-cv-02085-RS, 2019 U.S. Dist. LEXIS 243932, at *7 (N.D. Cal. Aug. 14, 2019) (2 months).

20. Civil L.R. 7-8(d) provides that "Unless otherwise ordered by the Court, no motion for sanctions may be served and filed more than 14 days after entry of judgment by the District Court." Civil L.R. 54-5 provides that "Motions for awards of attorney's fees by the Court must be served and filed within 14 days of entry of judgment by the District Court...Filing an appeal from the judgment does not extend the time for filing a motion". Likewise, Rule 54(d)(2) provides that the deadline to file a motion for attorney's fees is "no later than 14 days after the entry of judgment".

21. Your Honor's order of May 24, 2024 affirming Judge Hixson's order was arguably

---

[3] As argued *infra*, Fed. R. Civ. P. 37 does not apply because: (i) Reddit is not a party to the litigation; (ii) the subpoena was issued under Rule 45; and (iii) the motion to compel was under Rule 45.

8

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S MOTION FOR FEES

tantamount to a judgment since it terminated this stand-alone case between Movants and Reddit and left nothing more to be done. *See Parr v. United States*, 351 U.S. 513, 518, 76 S. Ct. 912, 100 L. Ed. 1377 (1956). Accordingly, Reddit had 14 days from May 24, 2024 to file its fee motion.

22. But at latest, Reddit had until May 20, 2025 to file its fee motion. Stipulated dismissals were entered in the S.D.N.Y. Bankr. Court on June 12, 2024 [*see* Exs. 1-2 (Laundry and Family)] and May 6, 2025 [*see* Exs. 5-7 (Voltage, SMV and Kill Chain)]. A stipulated dismissal is a judgment. *See Concha v. London*, 62 F.3d 1493, 1507-08 (9th Cir. 1995). Reddit's July 1, 2025 fee motion was filed more than 14 days from the date (May 6, 2025) of the last judgment. Indeed, Reddit's fee motion was also filed more than 14 days from May 13, 2025 when the Ninth Circuit issued the mandate. *See* Doc.#47. Thus, Reddit's motion also fails to comply with Civil L.R. 7-8(d), Civil L.R. 54-5 and Fed. R. Civ. P. 54(d)(2) using either the last dates of the judgments in the underlying case against Frontier (May 6, 2025) or the final order of this case (May 24, 2024). *See Kona Enters. v. Estate of Bishop*, 229 F.3d 877, 889-90 (9th Cir. 2000) ("Although the 14-day period is not jurisdictional, the failure to comply [with Rule 54] should be sufficient reason to deny the fee motion, absent some compelling showing of good cause."). Despite Movants' counsel bringing this issue to the attention of Reddit, it failed to argue any compelling showing of good cause.

23. Movants suffered prejudice from Reddit's failure to file a timely fee motion. *See Legal Voice v. Stormans Inc.*, 738 F.3d 1178, 1183 (9th Cir. 2013) (considering whether the Plaintiffs had relied on a belief that the non-party's time for appeal had expired). Movants cannot seek contribution for any fee award from the bankruptcy estate of SMV because the claim bar date has passed. *See* Decl. of Culpepper at ¶6. And Movants did not take any possible fee award in favor of Reddit into consideration when negotiating settlements with Frontier because they rightfully

relied on the deadlines of this Court's local rules to conclude there was no possibility of such an award. Therefore, Reddit's motion for fees should be denied for failing to comply with the deadlines of Civil L.R. 7-8(c) and (d), Civil L.R. 54-5 and Fed. R. Civ. P. 54(d)(2).

### B. Reddit is not entitled to sanctions under Rule 45(d)(1).

24. Merely losing the motion to compel does not expose Movants to Rule 45(d)(1) sanctions. *See Legal Voice*, 738 F.3d at 1185 (9th Cir. 2013). The Court must find that Movants acted "in bad faith, for an improper purpose, or in a manner inconsistent with existing law." *Id.* Movants' conduct certainly does not meet this high standard.

25. The Ninth Circuit has instructed that "When considering Rule 45(d) sanctions...put "more emphasis on the recipient's burden than on the issuer's motives."" *Id.* at 1186 (quoting *Mount Hope Church v. Bash Back*, 705 F.3d 418, 428-429 (9th Cir. 2012)). Reddit cannot argue that it suffered any "burden" from the subpoena because unlike the non-parties in *Legal Voice* and *Mount Hope Church*, 705 F.3d at 423, Reddit did not object to the subpoena based upon any burden. *See* Doc.#1-3 at 2-3.

26. Reddit argues that "this subpoena had virtually no relevance to the underlying litigation." Doc.#48 at 13. However, Reddit did not make an objection based upon relevance to the subpoena. *See* Doc.#1-3 at 2-3. Further, although Your Honor stated your impression that the relevance to proving Frontier did not have a repeat infringer policy was weak, Your Honor explicitly stated "I'm not blocking this on relevance..." Doc.#45 at 14.

27. Moreover, there is reasonable disagreement on whether the information sought in the subpoena was relevant. In a similar case, a Federal Judge of the District of Colorado denied the Defendant Internet Service Provider WideOpenWest's ("WOW") motion to dismiss the Plaintiffs' vicarious infringement claim based mainly upon just two comments by Reddit users stating to the effect that the ability to pirate on the Internet Service Provider's service was a draw to becoming

10

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S   MOTION FOR FEES

a customer.  *See* Ex. 8 at 5-6 and 15-16 (*After II Movie, LLC v. Wideopenwest Fin., LLC*, Civil Action No. 21-cv-01901-DDD-CYC (D. Colo. Mar. 14, 2025)).  The District of Colorado specifically noted that the comments would need to be in a format admissible before summary judgment and that screenshots of the comments would not suffice.  *See id.* at 16 (FN6).  Further, Frontier later conceded that it did not have the type of information Plaintiffs sought from Reddit.  *See* Ex. 4 at 3.

28.     Reddit repeatedly compares the subpoena in this case to two completely unrelated cases where the opposing parties in the underlying cases were completely different and the subpoenas requested completely different information.  *See* Doc.#48 at 5.  Reddit's comparison is unavailing.  Although Your Honor quashed the subpoena, Your Honor disagreed with Magistrate Judge Hixson's First Amendment reasoning.  *See* Doc.#45 at 13 ("I don't think this is a First Amendment case.").

29.     Without any evidence, Reddit argues that Movants had an improper purpose "to chill lawful speech by Reddit's users."  Doc.#48 at 8.  Reddit has not cited a single instance of chilled speech.  Nor has Reddit explained how merely producing IP addresses Reddit users voluntarily disclosed to Reddit would chill their lawful speech.  Instead, Reddit merely cites to its own arguments in its briefs.

30.     Therefore, because Movants did not act in bad faith, for an improper purpose, or in a manner inconsistent with existing law, Reddit's motion for fees as a sanction under Rule 45(d)(1) should be denied.

### C. Reddit is not entitled to fees under Rule 37.

31.     Movants' motion to compel was pursuant to Rule 45.  *See* Doc.#1 at 1.  Nonetheless, Reddit argues that Rule 37 subjects a litigant to fee-shifting when it unsuccessfully moves to compel a non-party to comply with a Rule 45 subpoena and is applicable here.  Incorrect.  Rule

11

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S   MOTION FOR FEES

37 applies to "parties" to the litigation. Rule 37(a)(3)(A) provides that "If a **party** fails to make a disclosure required by Rule 26(a), any other **party** may move to compel disclosure…" (emphasis added). Likewise, Rule 37(a)(5)(B) provides that "If the motion is denied, the court may…require the movant, the attorney filing the motion, or both to pay the **party** or deponent who opposed the motion its reasonable expenses…" (emphasis added). Reddit is a non-party. Thus, Rule 37 does not apply to whether Reddit is entitled to fees from the Court's denial of Movants' motion to compel Reddit to comply with the Rule 45 subpoena. *See Davis v. Speechworks Int'l, Inc.*, No. 03-CV-533S(F), 2005 U.S. Dist. LEXIS 42527, at *12 (W.D.N.Y. May 20, 2005) ("Rule 37… does not apply to a motion to compel compliance with a subpoena pursuant to [Rule] 45."); *Bauer v. Metro. Prop. & Cas. Ins. Co.*, No. 19-12299, 2019 U.S. Dist. LEXIS 244918, at *10 (E.D. La. Nov. 27, 2019) ("there is no provision in Rule 45 that authorizes a court to turn to the terms of Fed. R. Civ. P. 37(a) to impose costs and attorney's fees…"); *see also Pennwalt Corp. v. Durand-Wayland, Inc.*, 708 F.2d 492, 494 (9th Cir. 1983) (holding Rule 37 is inapplicable to non-parties).

32.    None of the cases cited by Reddit support its argument that a litigant is subject to Rule 37 when it moves unsuccessfully to compel a non-party to comply with a Rule 45 subpoena. In the district court cases Reddit cites, the Court awarded a *party* in the case that made a motion to quash or opposed a motion to compel compliance with a third-party. *See Rodriguez v. AmericanWest Bank*, No. CV 15-5831 MRW, 2017 U.S. Dist. LEXIS 225729, at *2 n.1 (C.D. Cal. Apr. 20, 2017) (the Court notes its suspicion that **Defendant** was not even entitled to bring the motion to quash); *Glass Egg Dig. Media v. Gameloft, Inc.*, No. 17-cv-04165-MMC (RMI), 2020 U.S. Dist. LEXIS 32163, at *1 (N.D. Cal. Feb. 25, 2020) (motion for sanctions filed by **Defendant** Gameloft against Plaintiff). The Court should disregard Reddit's citation of *Olagues v. Schimdt*, 897 F.2d 533 (9th Cir. 1990) in violation of 9TH CIR. R. 36-3's prohibition against citation of unpublished orders

12

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S   MOTION FOR FEES

issued before January 1, 2007. *Olagues* is a one-word affirmance without any description of the facts in the underlying case.

33.     Because Rule 37 is not applicable to a Rule 45 subpoena, Rule 37(a)(5)(B)'s test of "if the motion was substantially justified or other circumstances make an award of expenses unjust" is not applicable. Nonetheless, Movants satisfy this test because they had a good faith belief that the motion to compel would be granted. Reddit's only objection to the subpoena was based upon First Amendment rights of its users. *See* Doc.#1-1. Your Honor rejected Reddit's First Amendment argument. *See* Doc.#45 at 13. As discussed above, there is reasonable disagreement on whether the information sought in the subpoena was relevant. Accordingly, Movants' motion was justified. Moreover, the fact that SMV is insolvent is a circumstance that makes an award unjust. Therefore, Reddit's motion for fees under Rule 37 should be denied.

### D. Reddit's requested fees are unreasonable.

34.     Assuming *arguendo* that Reddit is entitled to fees, Reddit should not be awarded fees for making arguments the Court rejected. *Gemini Ins. Co. v. Titan Constr. Servs*., LLC, No. 17cv8963, 2019 U.S. Dist. LEXIS 197113, at *6(S.D.N.Y. Nov. 12, 2019) (applying across the board reduction because although the party succeeded, most of its arguments were rejected by the Court).

35.     Although Your Honor affirmed the Magistrate Judge's Order quashing the subpoena, the basis for affirmance was "not hearing anything that would justify imposing a burden on Reddit to produce these things, particularly for a seven-year period." Doc.#45 at 13. But Reddit neither objected based upon undue burden nor argued such in its opposition briefs. Rather, Reddit's arguments were based upon purported First Amendment right of its users. But Your Honor rejected Reddit's argument. *See id.* at 13("I don't think this is a First Amendment case...and First Amendment does not protect infringing conduct.") Accordingly, Reddit should not be awarded

13

$55,000 in fees for making unsuccessful First Amendment arguments. Movants respectfully assert that Reddit should only be awarded the 1.4 hours its lead counsel Mr. Schottlaender spent for attending the hearing. *See* Doc.#48-3 at 3. At the least, an across the board reduction of at least 15 percent as in *Gemini* is appropriate.

36.     More than $50,000 in fees for spending 70 hours making arguments Your Honor rejected is unreasonable. In *Glass Egg Dig. Media v. Gameloft, Inc.* where tens of thousands of dollars in fees was sought, the Court noted that it "...found no decision...awarding anywhere near the fees sought here as "reasonable fees and expenses" in connection with a motion to quash..." *Glass Egg Dig. Media v. Gameloft, Inc.*, No. 17-cv-04165-MMC (RMI), 2020 U.S. Dist. LEXIS 32163, at *45 (N.D. Cal. Feb. 25, 2020). Reddit cites *FBC Mortg., LLC v. Skarg* where the Plaintiff was awarded 102.7 hours of attorney work for successfully moving to compel. *See* Doc.#48 at 14. However, in *FBC Mortg., LLC v. Skarg* the Court awarded fees because it was the second time Plaintiff had to move to compel in the same case. *See FBC Mortg., LLC v. Skarg*, No. 23-cv-00143-CRB (RMI), 2024 U.S. Dist. LEXIS 184779, at *5 (N.D. Cal. Oct. 9, 2024) ("In essence, this was the second time that the court had ordered Defendants to produce this information; following which, Plaintiff filed the first of its two pending motions for attorneys' fees"). Such is not the case here.

37.     Although Movants disagree with Reddit's assertion that the present subpoena was "nearly identical" to subpoenas that were the subject of *Reddit I* and *Reddit II* and that the motion to compel in the three cases was "essentially the same motion", Doc.#48 at 7, if such is the case, it is not reasonable that Reddit would spend 70 hours opposing "essentially the same motion" of *Reddit I* and *Reddit II and* staff this case with multiple attorneys performing the same tasks. *See Hensley v. Eckerhar*t, 461 U.S. 424, 434 (1983). For example, from 1/18/2024-1/23/2024 J. Ullman charged over $8400 (10.9 hours) for preparing the opposition to motion to compel. *See*

14

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S  MOTION FOR FEES

Doc.#48-3. But on 1/22/2024-1/23/2024, Mr. Schottlaender also charged over $4000 (5.8 hours) for drafting and revising the same opposition. *See id.* The additional time by Mr. Schottlaender on 1/22-1/23/2024 for the same task as J. Ullman should be subtracted out.

38.     On 2/21-2/28/2024, J. Harries charged over $14,420 (20.1 hours) for preparing the opposition to Plaintiffs' motion for *de novo* review which makes essentially the same arguments of Reddit's opposition to the motion to compel. *See id.* It is unclear why Reddit's counsel did not take advantage of efficiencies by using the same associate (Ullman) who prepared the opposition to the motion to compel. And on 2/26/2024-2/28/2024, Mr. Schottlaender also charges over $5700 (7.1 hours) for reviewing and revising Reddit's opposition to Plaintiffs' motion for *de novo* review. At most, Reddit should be permitted to charge $2500 for opposing Plaintiffs' only 6 page long motion for *de novo* review. *See* Doc.#29. And Mr. Schottlaender's time for duplicate tasks should be subtracted out.

39.     Some of the numbers in Defendant's Exhibit A[Doc.#48-3] call into serious question the reliability of Mr. Schottlaender's calculations and his firm's time keeping records. For example, Mr. Schottlaender declares under penalty of perjury that he "personally reviewed each entry contained in Exhibit A for accuracy and confirm that the tasks, hours, rates, and amounts recorded are correct..." and that J. Ullman's hourly rate is $568.75. Doc.#48-3 at ¶¶5-6. However, even a cursory glance of Exhibit A shows four charges for J. Ullman that are inconsistent with an hourly rate of $568.75:

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 01/19/24 | J. Ullman | Further drafting of opposition to motion to compel | 3.6 | $ 3,924.38 |
| 01/22/24 | J. Ullman | Prepare proposed order | 0.2 | $ 1,023.75 |
| 01/23/24 | J. Ullman | Correspond with clerk regarding filing requirements | 0.3 | $ 2,275.00 |
| 01/23/24 | J. Ullman | Finalize opposition for filing | 0.6 | $ 568.75 |

According to the charge on 1/22/2024 for $1023.75, J. Ullman's hourly rate is not $568.75 but $7583 (dividing 2275/0.3). *See* Decl. of Culpepper at ¶14. The Court should deduct $7791.88 for these four erroneous entries that call into doubt Mr. Schottlaender declaration that he

15

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S   MOTION FOR FEES

personally reviewed each entry.

40. Movants cannot ascertain the reasonableness of Reddit's proposed fees because of the extensive block billing and redactions in Exhibit A. The roughly $19,500 associated with tasks with redactions should be subtracted out. *See Oxford Asset Mgmt., Ltd. v. Jaharis*, 297 F.3d 1182, 1997 (11th Cir. 2002) (abuse of discretion to award fees based on severely redacted fee entries).

41. Mr. Schottlaender's application for *pro hac vice* was filed on 1/16/2024 and granted on 1/18/2024. *See* Docs. ##11, 14. However, Reddit requests fees for tasks on 1/9-1/11/2024 before Mr. Schottlaender's *pro hac vice* application was granted. *See* Doc.#48-3. Accordingly, the first three tasks before 1/18/2024 should be subtracted out because Mr. Schottlaender was not authorized to practice law in this District at that time. In the alternative, the second and third tasks should be subtracted out because the descriptions include excessive redactions or block billing as discussed above.

42. Mr. Schottlaender declares that "The hourly rates charged by the three timekeepers are commensurate with, and in many instances below, prevailing market rates for attorneys of comparable experience practicing complex civil litigation in the Northern District of California." Doc.#48-2 at ¶11. However, Mr. Schottlaender does not reside in the Northern District of California and is not licensed to practice law in California. *See* Doc.#11. Accordingly, Mr. Schottlaender does not have personal knowledge sufficient to declare what are the market rates. Further, Mr. Schottlaender does not explain why it was necessary to have an attorney experienced in complex civil litigation to oppose a motion to compel that Your Honor dealt with by "nut-and-bolts aspects of discovery." Doc.#45 at 13. In view of Mr. Schottlaender's other dubious declaration discussed above, the Court should discount Mr. Schottlaender's declaration about a community he does not live in.

43. When evaluating billing rates, Courts consider "the experience, skill, and reputation of the

16

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S  MOTION FOR FEES

1  attorney requesting fees." *Schwarz v. Sec'y of Health & Human Servs.*, 73 F.3d 895, 906 (9th Cir. 1995). Mr. Schottlaender fails to disclose the years of experience of Harris, Ullman or himself. And the complex case Reddit cites of *Farella Braun + Martel LLP v. FDIC*, No. 24-cv-01306-SI, 2025 U.S. Dist. LEXIS 120049, at *1 (N.D. Cal. June 24, 2025) where a law firm sued the FDIC for unpaid fees and was awarded fees for the FDIC's multiple violations of court ordered discovery is inapposite to the simple discovery dispute here. Therefore, there is no basis set forth supporting the billing rates. In *Ho v. Pinsukanjana*, this Court determined that an hourly rate of $600 was acceptable for a lawyer with 33 years of experience and $285 was acceptable for the associates. *See Ho v. Pinsukanjana*, No. 17-cv-06520-PJH (TSH), 2019 U.S. Dist. LEXIS 96296, at *25-26 (N.D. Cal. May 15, 2019). Given Mr. Schottlaender's failure to provide any evidence supporting the hourly rates and the problems discussed above with his declaration, Movants request the Court use the hourly rates Judge Hixson found appropriate in *Ho v. Pinsukanjana*.

44.  Applying the rates of *Ho v. Pinsukanjana* and redacting time Reddit spent for arguments that were rejected, at most Reddit should be awarded 1.4 hours at the hourly rate of $600 for attending the hearing on May 16, 2024 since the Court rejected all its arguments. Alternatively, Reddit's fees should be reduced to $7863.56 in line with the arguments above and reflected in the summary chart below.

| Timekeeper | Schottlaender | Harris | Ullman |
|---|---|---|---|
| Proposed Hourly Rates per *Ho* | 600 | 285 | 285 |
| Hours Claimed | 31.9 | 26.7 | 12.8 |
| Amount Claimed | 25958.63 | 19974.94 | 9270.63 |
| Deductions (no pro hac vice) | -1.4 | | |

| | | | |
|---|---|---|---|
| Deductions (block billing/redactions) | -9.7 | -7.2 | -0.7 |
| Deductions (Duplicative Work on motion to compel) | -5.8 | | |
| Deductions (Duplicative Work on opposition to motion for de novo review) | -7.1 | | |
| Deductions (Excessive time for opposition to motion for de novo review – capping at 8.75 hours ( $2500 at $285/hour)) | | -11.35 | |
| Deduction for excessive time preparing for hearing | -2.1 | | |
| Deductions for math error | | | 4.7 |
| Total Adjusted Hours | 5.8 | 8.15 | 7.4 |
| Hours multiplied by *Ho* hourly rate | $3480 ($600/hr) | $2322.75 ($285/hr) | $3448.5 ($285/hr) |
| Subtotal | | | $9,251.25 |
| Deduction of 15 percent for asserting First Amendment argument rejected per *Gemini Ins. Co.* | | | -$1387.68 |
| Total | | | $7863.56 |

## IV.    CONCLUSION

Accordingly, Movants pray that this Court deny Reddit's motion. Movants request that the Court rule on the briefs per Rule 78(b).

DATED:    Kailua Kona, Hawaii,    July 14, 2025

Respectfully submitted,

**CULPEPPER IP, LLLC**

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
*Attorney for Movants*
Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed via ECF and therefore served to parties on the NEF list.

DATED:   Kailua Kona, Hawaii,   July 14, 2025

Respectfully submitted,

**CULPEPPER IP, LLLC**

/s/ *Kerry S. Culpepper*
Kerry S. Culpepper
*Attorney for Plaintiffs*
Admitted *Pro Hac Vice*

MOVANTS' OPPOSITION TO NON-PARTY REDDIT'S MOTION FOR FEES