UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re Subpoena to:

Reddit, Inc.

Case No.: 3:24-mc-80005-JD

### DECLARATION OF KERRY S. CULPEPPER

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney and represent the Movants.

2. I have personal knowledge of the matters stated herein.

3. Exhibit 1 is a true and accurate copy of an endorsed stipulated dismissal between Frontier and Movants Laundry Films, Inc. *See* Ex. 1.

4. Exhibit 2 is a true and accurate copy of an endorsed stipulated dismissal between Frontier and Movant Family of the Year Productions, LLC. *See* Ex. 2.

5. Exhibit 3 is a true and accurate copy of a Notice of Bankruptcy I filed in the appeal to the Ninth Circuit Court of Appeals notifying that on June 29, 2024 Screen Media Ventures, LLC filed for protection under Chapter 11 of the Bankruptcy Code in the Bankr. Court of the District of Delaware. A copy of the Notice was served on Reddit.

6. On July 10, 2024, Screen Media Ventures, LLC's Chapter 11 reorganization bankruptcy was converted into a Chapter 7 liquidation. The deadline for filing proofs of claims was in September 18, 2024.

7. Exhibit 4 is a true and accurate copy of a letter brief Frontier filed in the underlying case in the S.D.N.Y. Bankr. Court.

1

8. Exhibit 5 is a true and accurate copy of an endorsed stipulated dismissal between Frontier and Movant Voltage Holdings, LLC.

9. Exhibit 6 is a true and accurate copy of an endorsed stipulated dismissal between Frontier and Movant Screen Media Ventures, LLC.

10. Exhibit 7 is a true and accurate copy of an endorsed stipulated dismissal between Frontier and Movant Killing Link Distribution, LLC.

11. Exhibit 8 is a true and accurate copy of an Order of March 14, 2025 from a different case *After II Movie, LLC et al. v. WideOpenWest Finance, LLC* in the District of Colorado denying the Defendant's motion to dismiss Plaintiffs' vicarious infringement claim. I am lead counsel for the Plaintiffs in this case.

12. On June 24, 2025, I informed Reddit's counsel by phone and later by email that any fee motion would be untimely per Civil L.R. 54-5, Civil L.R. 37-4 and Civil L.R. 7-8(d).

13. Below is a screenshot from some of the tasks in Reddit's Exhibit A.

| Date | Attorney | Task | Hours | Amount |
|---|---|---|---|---|
| 01/19/24 | J. Ullman | Further drafting of opposition to motion to compel | 3.6 | $ 3,924.38 |
| 01/22/24 | J. Ullman | Prepare proposed order | 0.2 | $ 1,023.75 |
| 01/23/24 | J. Ullman | Correspond with clerk regarding filing requirements | 0.3 | $ 2,275.00 |
| 01/23/24 | J. Ullman | Finalize opposition for filing | 0.6 | $ 568.75 |

14. I can calculate the hourly rate by dividing the amount by the hours. The $3924.38 charge is equivalent to an hourly rate of 1090.11. The $1023.75 charge is equivalent to an hourly rate of $5118.75. The $2275 charge is equivalent to an hourly rate of $7583.33. The $568.75 charge is equivalent to an hourly rate of $947.92.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua Kona, Hawaii, July 14, 2025.

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*

Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:     kculpepper@culpepperip.com