# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>FRONTIER COMMUNICATIONS<br>CORPORATION, *et al.*,[1]<br><br>           Post-Effective Date Debtors | )<br>)<br>)  Chapter 11<br>)<br>)<br>)  Case No. 20-22476 (MG)<br>)<br>)  (Jointly Administered)<br>)<br>) |

### JOINT STIPULATION AND ORDER BETWEEN MOVIE COMPANY CLAIMANT LAUNDRY FILMS, INC. AND DEBTORS

1. WHEREAS, on April 14, 2020, Frontier and certain of its direct and indirect subsidiaries and affiliates (collectively, "Debtors") voluntarily filed petitions under Chapter 11 of the United States Bankruptcy Code in the Southern District of New York, jointly administered under Case No. 20-22476 (the "Bankruptcy Case");

2. WHEREAS, on August 21, 2020 Debtors filed their *Fifth Amended Joint Plan of Reorganization of Frontier Communications Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [ECF No. 984] ( (the "Plan") in the Bankruptcy Case;

3. WHEREAS, on August 27, 2020, the Bankruptcy Court entered an Order in the Bankruptcy Case confirming the Plan;

4. WHEREAS, on September 8, 2020 Movie Company Claimant Laundry Films, Inc. ("Laundry") filed a proof of claim in the Bankruptcy Case asserting a general unsecured claim in the amount of $325,000.00 based on theories of secondary copyright infringement with respect to

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

two movies – *The Brass Teapot* and *Tatterdemalion* (collectively, the "Laundry Works") [Claim No. 2777] (the "Laundry Claim");

5. WHEREAS, on April 30, 2021, the Effective Date of the Plan occurred, and the Plan was consummated; and

6. WHEREAS, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii) and/or 41(a)(2), Laundry and Debtors (collectively, "Parties") stipulate to the dismissal of the Laundry Claim and all known and unknown claims between the Parties with prejudice, with each Party to bear its own costs and attorneys' fees. In the interest of clarity, the parties further stipulate that no Party will seek recovery of costs or attorneys' fees against the other incurred in this contested proceeding.

DATED:   New York, New York
         June 9, 2024

| | |
|---|---|
| */s/ Kerry S. Culpepper* <br> Kerry S. Culpepper <br> CULPEPPER IP, LLLC <br> 75-170 Hualalai Road, Suite B204 <br> Kailua-Kona, Hawaii 96740 <br> Telephone: (808) 464-4047 <br> Facsimile: (202) 204-5181 <br> E-Mail: kculpepper@culpepperip.com <br><br> *Attorney for Movie Company Claimant Laundry Films, Inc.* | */s/ Stanley A. Twardy, Jr.* <br> Stanley A. Twardy, Jr. <br> DAY PITNEY LLP <br> 225 Asylum Street <br> Hartford, CT 06103 <br> Tel: (860) 275-0565 <br> Fax: (860) 331-8913 <br> E-mail: satwardy@daypitney.com <br><br> *Attorney for Debtor Frontier Communications Corporation* |

**IT IS SO ORDERED.**

Dated:  June 12, 2024
        New York, New York

                                    **/s/ Martin Glenn**
                                    MARTIN GLENN
                                    Chief United States Bankruptcy Judge

2