# EXHIBIT 3

No. 24-3893

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

SCREEN MEDIA VENTURES, LLC AND KILLING LINK DISTRIBUTION, LLC,

*Movants-Appellants*,

v.

REDDIT, INC.

*Interested Party-Appellee,* and

VOLTAGE HOLDINGS, LLC, FAMILY OF THE YEAR PRODUCTIONS, LLC AND LAUNDRY FILMS, INC.

*Movants*

On Appeal from the United States District Court
for the Northern District of California
No. 3:24-mc-80005-JD
Hon. Judge Donato

**NOTICE OF BANKRUPTCY**

Kerry S. Culpepper, HI Bar No. 9837
Culpepper IP, LLLC
75-170 Hualalai Rd, Suite B204
Kailua Kona, HI 96740
808-464-4047
kculpepper@culpepperip.com
*Attorney for Appellants*

20-023A

On June 29, 2024, Appellant Screen Media Ventures LLC ("SMV"), and its parent company, Chicken Soup For The Soul Entertainment Inc., (collectively, the "Debtors"),[1] filed for protection under chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), in a case captioned *In re: Chicken Soup For The Soul Entertainment Inc., et al.*, 24-11457, which is pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Case"). Accordingly, Appellant SMV is now a debtor and debtor-in-possession pursuant to the Bankruptcy Code.

Pursuant to 11 U.S.C. § 362(a), an automatic stay ("Automatic Stay") applicable to all Debtors is imposed upon the filing of the Bankruptcy Case on June 29, 2024, and prohibits any party from taking any action against any Debtor or its property.

Dated: July 12, 2024                      Respectfully submitted,

By:   /s/ *Kerry S. Culpepper*
      Kerry S. Culpepper (admitted *pro hac vice*)
      CULPEPPER IP, LLLC
      75-170 Hualalai Road, Suite B204
      Kailua Kona, Hawaii 96740
      Telephone: (808) 464-4047
      Facsimile: (202) 204-5181
      E-mail: kculpepper@culpepperip.com

      *Attorneys for Appellants*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

20-023A