# EXHIBIT 6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | )  | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FRONTIER COMMUNICATIONS | ) | |
| CORPORATION, *et al.*[1] | ) | Case No. 20-22476-mg |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**JOINT STIPULATION AND ORDER BETWEEN MOVIE COMPANY CLAIMANT SCREEN MEDIA VENTURES LLC AND DEBTOR**

1. WHEREAS, on April 14, 2020, Frontier and certain of its direct and indirect subsidiaries and affiliates (collectively, "Debtors") voluntarily filed petitions under Chapter 11 of the United States Bankruptcy Code in the Southern District of New York, jointly administered under Case No. 20-22476 (the "Bankruptcy Case");

2. WHEREAS, on August 21, 2020 Debtors filed their *Fifth Amended Joint Plan of Reorganization of Frontier Communications Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [ECF No. 984] (the "Plan") in the Bankruptcy Case;

3. WHEREAS, on August 27, 2020, the Bankruptcy Court entered an Order in the Bankruptcy Case confirming the Plan;

4. WHEREAS, on Aug. 28, 2020, Screen Media Ventures, LLC filed a proof of claim in the Bankruptcy Case asserting a general unsecured claim in the amount of $1,375,000.00 based on theories of secondary copyright infringement with respect to movies – *The Last Full Measure,*

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

*The Hurricane Heist, And So It Goes, Lone Survivor, 2 Guns, Universal Soldier: Day of Reckoning, Flypaper, The Ledge,* and *Beyond a Reasonable Doubt* (the "SMV Works") [Claim No. 2659] (the "SMV Claim");

5. **WHEREAS,** on June 29, 2024, Screen Media Ventures, LLC and its parent company filed voluntary petitions in the United States Bankruptcy Code in the District of Delaware ("Del. Bankr. Court") for relief under chapter 11 of the Bankruptcy Code;

6. **WHEREAS,** on July 10, 2024, the Del. Bankr. Court entered an *Order Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code and Granting Related Relief* [D.I. 120] (the "Conversion Order") effective as of July 10, 2024;

7. **WHEREAS,** on July 11, 2024, the United States Trustee for Regions 3 and 9 appointed George L. Miller as the chapter 7 trustee of the Estates.

8. WHEREAS, on April 30, 2021, the Effective Date of the Plan occurred, and the Plan was consummated; and

9. WHEREAS, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii) and/or 41(a)(2), Screen Media Ventures, LLC and Debtors (collectively, "Parties") stipulate to the dismissal of the SMV Claim and all known and unknown claims between the Parties with prejudice, with each Party to bear its own costs and attorneys' fees.

10. To the extent necessary to effectuate this dismissal, the Parties stipulate to substitution of Chapter 7 trustee George L. Miller for Screen Media Ventures, LLC pursuant to Fed. R. Civ. P. 17 and 25.

11. In the interest of clarity, the parties further stipulate that no Party will seek recovery of costs or attorneys' fees against the other incurred in this contested proceeding.

DATED: New York, New York
May 6, 2025

| | |
|---|---|
| */s/Kerry S. Culpepper*<br>Kerry S. Culpepper<br>CULPEPPER IP, LLLC<br>75-170 Hualalai Road, Suite B204<br>Kailua-Kona, Hawaii 96740<br>Telephone: (808) 464-4047<br>Facsimile: (202) 204-5181<br>E-Mail: kculpepper@culpepperip.com<br><br>*Attorney for Movie Company Claimant Screen Media Ventures, LLC and Chapter 7 Trustee George L. Miller* | */s/ Stanley A. Twardy, Jr. (with permission)*<br>Stanley A. Twardy, Jr.<br>DAY PITNEY LLP<br>225 Asylum Street<br>Hartford, CT 06103<br>Tel: (860) 275-0565<br>Fax: (860) 331-8913<br>E-mail: satwardy@daypitney.com<br><br>*Attorney for Debtor Frontier Communications Corporation* |

**SO ORDERED:**

Dated: New York, New York
     May 6, 2025

                                              **/s/Martin Glenn**
                                         Chief Judge Martin Glenn
                                    United States Bankruptcy Judge