1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   1301 Second Avenue, Suite 4200
3  Seattle, Washington 98101-3804
   Telephone: +1.206.359.8000
4  Facsimile:  +1.206.359.9000

5  Hayden M. Schottlaender, *pro hac vice*
   HSchottlaender@perkinscoie.com
6  PERKINS COIE LLP
   500 N. Akard Street, Suite 3300
7  Dallas, Texas 75201-3347
   Telephone: +1.214.965.7700
8  Facsimile:  +1.214.965.7799

9  Jameson Ullman, Bar No. 345480
   JUllman@perkinscoie.com
10 PERKINS COIE LLP
   505 Howard Street, Suite 1000
11 San Francisco, California 94105-3204
   Telephone: +1.415.344.7000
12 Facsimile:  +1.415.344.7050

13 Attorneys for Reddit, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO COUNTY**

| | |
|---|---|
| *In re Subpoena to:*<br>*Reddit, Inc.* | Case No. 3:24-mc-80005-JD<br><br>**REDDIT, INC.'S STIPULATED WITHDRAWAL OF MOTION FOR FEES**<br><br>Date:    August 7, 2025<br>Time:   10:00 a.m.<br>Judge:  Hon. James Donato |

Pursuant to a separate confidential stipulation between Reddit, Inc. and Movants concerning Reddit's Motion for Fees (Doc. 48) (the "Motion"), Reddit withdraws the Motion without prejudice to its right to reinstate the Motion in the event that the separate confidential stipulation is breached.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: July 22, 2025 | Dated: July 22, 2025 |
| PERKINS COIE LLP | CULPEPPER IP, LLC |
| */s/ Hayden M. Schottlaender* | */s/ Kerry S. Culpepper* |
| By: Hayden M. Schottlaender<br>Julie E. Schwartz, CA Bar No. 260624<br>Hayden M. Schottlaender,<br>*appearing pro hac vice*<br>Jameson Ullman, CA Bar No. 345480<br><br>*Attorneys for Reddit, Inc.* | Kerry S. Culpepper,<br>*appearing pro hac vice*<br>kculpepper@culpepperip.com<br><br>*Attorney for Movants* |

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3), Hayden M. Schottlaender attests that concurrence in filing of this document has been obtained from each of the signatories listed above.

                                                      */s/ Hayden M. Schottlaender*